**Fill in this information to identify the case:**

Debtor name   **Corona - College Heights Orange and Lemon Association**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **6:25-bk-14552-RB**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 21, 2025**          x  *Alan Hoekstra*
                                              Signature of individual signing on behalf of debtor

                                              **Alan Hoekstra**
                                              Printed name

                                              **CFO (Interim)**
                                              Position or relationship to debtor

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**N/A**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**N/A**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**N/A**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:    **July 21, 2025** _____

*Alan Hoekstra*
**Alan Hoekstra**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                          *Page 1*                **F 1015-2.1.STMT.RELATED.CASES**

```
Fill in this information to identify the case:

Debtor name    Corona - College Heights Orange and Lemon Association

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    6:25-bk-14552-RB
```

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................    $   **2,500,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................    $   **26,670,089.79**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................    $   **29,170,089.79**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $   **6,500,000.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................................    $   **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$   **19,090,485.41**

4.  **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b      $   **25,590,485.41**

| Fill in this information to identify the case: |
| --- |

Debtor name    **Corona - College Heights Orange and Lemon Association**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **6:25-bk-14552-RB**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo** | **Payroll** | **5969** | $0.00 |
| 3.2. | **Wells Fargo** | **General** | **5951** | $93,355.24 |
| 3.3. | **Wells Fargo** | **Petty Cash** | **6335** | $616.57 |
| 3.4. | **Wells Fargo Bank** | **Checking** | **8391** | $0.00 |
| 3.5. | **Allspring** | **Treasury Plus** | **3959** | $29,238.78 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $123,210.59 |
| --- |

**Part 2:**    **Deposits and Prepayments**

Debtor    **Corona - College Heights Orange and Lemon Association**                Case number *(If known)*  **6:25-bk-14552-RB**
_____                                          _____
            Name

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

      8.1.   **Insurance (Workers Comp) - Liability, D&O, Property Taxes**                    **$38,000.00**
      _____                    _____

9.    **Total of Part 2.**                                                                   **$38,000.00**
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**      (SEE ATTACHED)

      11b. Over 90 days old:      **1,012,732.33**   -        **0.00**  =....    **$1,012,732.33**
                                  face amount          doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                                   **$1,012,732.33**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.   **Mutual funds or publicly traded stocks not included in Part 1**
      Name of fund or stock:

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
      Name of entity:                              % of ownership

      15.1.  **Co-Bank - Dividend Certificate**        _____ %    **Actual**        **$81,486.44**

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
      Describe:

17.   **Total of Part 4.**                                                                   **$81,486.44**
      Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |

| Customer ID | Customer Name | 0-14 Days | 15-21 Days | 22-30 Days | 31-45 Days | 46 Days & Over | Total | |
|---|---|---|---|---|---|---|---|---|
| ABPRORI | AGUSTIN BARRALES PRODUCE, INC 2032 SUNPARK DRIVE PERRIS, CA 92570 | 0.00 | 0.00 | 0.00 | 0.00 | 9,720.00 | 9,720.00 | |
| BALSPENY | BALDOR SPECIALTY FOODS, INC. 155 FOOD CENTER DRIVE BRONX, NY 10474 | 0.00 | 0.00 | 0.00 | 0.00 | 3,092.25 | 3,092.25 | |
| CITCITHE | CITRUS PLUS INC. 7209 JURUPA AVE RIVERSIDE, CA 92504 | 0.00 | 0.00 | 0.00 | 0.00 | 287.35 | 287.35 | |
| COLPROCO | COLO-PAC PRODUCE, INC. 4345 ONEIDA ST. DENVER, CO 80216-6615 | 0.00 | 0.00 | 0.00 | 0.00 | 1,614.60 | 1,614.60 | |
| FRELLCCA | FREGETABLES, LLC. 1105 W OLYMPIC BLVD MONTEBELLO, CA 90640 | 0.00 | 0.00 | 0.00 | 0.00 | 1,638.00 | 1,638.00 | |
| GLERANRI | GLESS RANCH, INC. 18541 VAN BUREN BLVD RIVERSIDE, CA 92508 | 0.00 | 0.00 | 0.00 | 0.00 | 92,759.80 | 92,759.80 | CCH owes more than balance owed |
| GOGREIND | GO GREEN INDUSTRIES INC 5300 VIA RICARDO JURUPA VALLEY, CA 92509 | 0.00 | 1,341.60 | 0.00 | 5,097.60 | 0.00 | 6,439.20 | |
| KROWESFR | KROGER/WESCO FOODS 1014 VINE ST. CINCINNATI, OH 45202 | 0.00 | 0.00 | 0.00 | 0.00 | 16,416.00 | 16,416.00 | Disputed |
| LAPRODUE | LA PRODUCE. 1601 E. OLYMPIC BLVD STE.100 LOS ANGELES, CA 90021 | 0.00 | 0.00 | 0.00 | 0.00 | 1,172.65 | 1,172.65 | |
| PARTROFL | PARADISE TROPIC IMPORTS, LLC 3130 W 15TH AVE HIALEA, FL 33012 | 0.00 | 0.00 | 0.00 | 0.00 | 5,508.00 | 5,508.00 | |
| PROPROLA | PROGRESSIVE PRODUCE CORP. 15130 NORTHAM ST. LA MIRADA, CA 90638 | 0.00 | 0.00 | 0.00 | 0.00 | 29,145.32 | 29,145.32 | |
| SUNPROCA | SUNCOAST PRODUCE INC. 1752 E. LUGONIA AVE. SUITE 117-200 REDLANDS, CA 92374 | 0.00 | 0.00 | 0.00 | 0.00 | 2,910.60 | 2,910.60 | |
| THERMANG | THERMAL MANGOS LLC C/O JAMES BARKLEY 276 DOOBIE AVENUE LAS VEGAS, NV 89183 | 0.00 | 0.00 | 0.00 | 0.00 | 175,842.81 | 175,842.81 | CCH owes more than balance owed |
| TOMKINTO | TK FRESH PRODUCE, INC. A133 & A135 ONTARIO FOOD TERM. 165 THE QUEENSWAY TORONTO, ONT, CN (M8Y 1H8) | 0.00 | 0.00 | 0.00 | 0.00 | 3,870.63 | 3,870.63 | |
| TOQUALOG | TOTAL QUALITY LOGISTICS 4289 IVY POINTE BLVD CINCINNATI, OH 45245 | 0.00 | 0.00 | 0.00 | 0.00 | 25,608.42 | 25,608.42 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRAJOEMO | TRADER JOE'S COMPANY<br>VENDOR #61288<br>P.O. BOX 5049<br>MONROVIA, CA 91017-7149 | 0.00 | 0.00 | 0.00 | 0.00 | 37,656.80 | 37,656.80 | |
| VEG-FRCO | VEG-FRESH FARMS, LLC.<br>1400 W RINCON STREET<br>CORONA, CA 92880 | 218,464.10 | 139,874.49 | 145,942.76 | 814.21 | 17,227.34 | 522,322.90 | Disputed |
| VILPROCA | VILLA PRODUCE, INC.<br>415 W. PONDEROSA AVE<br>REEDLEY, CA 93654 | 0.00 | 0.00 | 0.00 | 0.00 | 54,891.00 | 54,891.00 | CCH owes more than balance owed |
| WALSTOBE | WAL-MART STORES INC.<br>GROC. WHRSE/ACCT.PAY. #8006<br>1108 S.E. 10TH STREET<br>BENTONVILLE, AR 72716-0655 | 0.00 | 0.00 | 0.00 | 0.00 | 21,836.00 | 21,836.00 | Disputed |
| | 218464.1 | | 141,216.09 | 145,942.76 | 5,911.81 | 501,197.57 | 1,012,732.33 | |

| Debtor | **Corona - College Heights Orange and Lemon Association** | Case number *(If known)* | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **Packing Supply Inventory as of 05/31/2025 - See Attached List of Assets and Depreciation** | | **$0.00** | | **$462,482.21** |

| 23. | **Total of Part 5.** | **$462,482.21** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24.    **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** **See Attached List of Assets and Depreciation** | **$0.00** | | **Unknown** |

40.    **Office fixtures**

| Debtor | **Corona - College Heights Orange and Lemon Association** | Case number *(If known)* | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **See Attached List of Assets and Depreciation** | **$0.00** | | **Unknown** |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| **See Attached List of Assets and Depreciation** | **$0.00** | | **Unknown** |
|---|---|---|---|

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| **$0.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Packing Plant - 225 West Tulare Street, Dinuba, CA 93618** | | **$0.00** | | **$2,500,000.00** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
|---|
| **$2,500,000.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

| Category | Sys No | Ext | In Svc date | Aquired Value | PT | Depr Meth | Est Life | Salv/168 Allow | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | 1502 | | | | | | | | | | | | | | |
| 519 | 1502 | Land Dinuba | 10/1/2016 | 114,246 | R | NoDep | - | | 114,246 | | - | - | - | - | |
| | 1506 | Building Dinuba | 10/1/2016 | 962,949 | R | SLMM | 40 | - | 962,949 | | 146,449 | 170,522 | 24,074 | 170,522 | |
| | 1508 | Equipment-Dinuba | 10/1/2016 | 962,949 | P | SLMM | 10 | - | 962,949 | | 585,794 | 682,089 | 96,295 | 682,089 | |
| | | Belt Conveyors-Dinuba | 12/31/2016 | 9,351 | P | SLMM | 10 | - | 9,351 | | 5,455 | 6,390 | 935 | 6,390 | |
| | | Bin Cleaner Dinuba | 4/30/2019 | 154,181 | P | SLMM | 10 | - | 154,181 | | 53,963 | 69,381 | 15,418 | 69,381 | |
| | | Air Compressor | 1/26/2020 | 35,317 | p | slmm | 10 | - | 35,317 | | 9,712 | 13,244 | 3,532 | 13,244 | |
| | | Roll Elevator Metering | 10/14/2020 | 11,709 | p | slmm | 10 | - | 11,709 | | 2,439 | 3,610 | 1,171 | 3,610 | |
| | | Ground electrical conduits - dinuba | 3/28/2020 | 19,280 | p | slmm | 10 | - | 19,280 | | 4,981 | 6,909 | 1,928 | 6,909 | |
| | | Orange Tape Machina Allipack Dinuba | 12/21/2020 | 28,752 | p | slmm | 10 | - | 28,752 | | 5,271 | 8,146 | 2,875 | 8,146 | |
| | | Refrigeration Rebuild-Dinuba | 11/1/2022 | 26,595 | p | slmm | 10 | - | 26,595 | | - | 2,660 | 2,660 | 2,660 | |
| | | Total | | 1,248,134 | | | | | 1,248,134 | | 667,615 | 792,429 | 124,814 | 792,429 | |
| | 1514 | Repavement of Parking Log - Riverside | 11/1/2022 | 27,000 | p | slmm | 10 | - | 27,000 | | - | 2,700 | 2,700 | 2,700 | |
| | 1516 | Partitions in shipping | 6/15/1991 | 33,945 | R | ADS | 40 | - | 33,945 | 10/31/2002 | 26,630 | 17,821 | 849 | 27,478 | |
| | | Enclosed Canopy | 8/15/1991 | 51,819 | P | ADS | 15 | - | 51,819 | 10/31/2002 | 51,819 | 12,086 | - | 51,819 | |
| | | Fencing | 9/15/1991 | 1,457 | P | ADS | 20 | - | 1,457 | 10/31/2002 | 1,457 | 617 | - | 1,457 | |
| | | Sales Office | 8/15/1991 | 1,157 | R | ADS | 40 | - | 1,184 | 10/31/2002 | 928 | 622 | 30 | 958 | |
| | | Lunch Area | 2/1/1992 | 10,619 | R | ADS | 40 | - | 10,619 | 10/31/2002 | 8,152 | 5,580 | 265 | 8,418 | |
| | | Guard Hut | 6/10/1993 | 4,446 | P | ADS | 20 | - | 4,446 | 10/31/2002 | 4,446 | 2,337 | - | 4,446 | |
| | | Carpeting Office | 3/14/1996 | 10,396 | R | ADS | 40 | - | 10,396 | 10/31/2002 | 6,921 | 5,458 | 260 | 7,181 | |
| | | Roofing Installed | 10/7/2003 | 39,500 | P | ADS | 40 | - | 39,500 | | 19,256 | 20,244 | 988 | 20,244 | |
| | | Loading Dock | 7/23/2004 | 29,394 | p | ads | 10 | - | 29,394 | | 29,394 | 29,394 | - | 29,394 | |
| | | Parking Lot Resurfacing - Leasehold Improvement | 7/23/2004 | 9,200 | p | ads | 15 | - | 9,200 | | 9,200 | 9,200 | - | 9,200 | |
| | | Mesa Fence | 9/30/2009 | 2,592 | p | ads | 20 | - | 2,592 | | 1,750 | 1,879 | 130 | 1,879 | |
| Disposed | | Refrigeration - Stellar | 3/31/2009 | 55,558 | p | ads | 10 | - | 55,558 | | 55,558 | 55,558 | - | 55,558 | |
| | | A/C System Upgrade | 6/30/2010 | 89,055 | p | ads | 10 | - | 89,055 | | 89,055 | 89,055 | - | 89,055 | |
| | | Loading Doors Maint- Diamond Door | 11/30/2009 | 2,946 | P | ADS | 10 | - | 2,946 | | 2,946 | 2,946 | - | 2,946 | |
| | | Improved Refrigeration Room 4&5 | 3/31/2011 | 67,924 | p | ads | 15 | - | 67,924 | | 52,075 | 56,603 | 4,528 | 56,603 | |
| | | Freon Detectors (Alarm System) | 7/31/2011 | 67,930 | p | ads | 15 | - | 67,930 | | 52,080 | 56,608 | 4,529 | 56,608 | |
| | | Wall Panels & Installation | 9/30/2011 | 13,768 | p | ads | 15 | - | 13,768 | | 10,556 | 11,474 | 918 | 11,474 | |
| | | PH Water Heater | 9/30/2011 | 2,058 | p | ads | 15 | - | 2,058 | | 1,578 | 1,715 | 137 | 1,715 | |
| | | Install Asphalt | 2/25/2011 | 6,500 | p | ads | 15 | - | 6,500 | | 4,983 | 5,417 | 433 | 5,417 | |
| | | Install Asphalt | 7/6/2011 | 1,943 | p | ads | 15 | - | 1,943 | | 1,490 | 1,619 | 130 | 1,619 | |
| | | Stellar Freon for Room 5 Coil | 4/8/2011 | 7,298 | p | ads | 15 | - | 7,298 | | 5,595 | 6,082 | 487 | 6,082 | |
| | | Stellar Room 5 Coil | 4/18/2011 | 13,697 | p | ads | 15 | - | 13,697 | | 10,501 | 11,414 | 913 | 11,414 | |
| | | Refrigeration Room 5 | 12/31/2011 | 14,195 | p | ads | 15 | - | 14,195 | | 9,936 | 10,883 | 946 | 10,883 | |
| | | Water Treatment | 2/29/2012 | 4,832 | p | ads | 10 | - | 4,832 | | 4,832 | 4,832 | - | 4,832 | |
| | | Kohlenberger Freon | 6/30/2013 | 61,623 | p | ads | 10 | - | 61,623 | | 58,542 | 61,623 | 3,081 | 61,623 | |

| Category | Sys No | Ext | In Svc date | Aquired Value | PT | Depr Meth | Est Life | Salv/168 Allow | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | JR Environmental PH Monitor | 6/30/2013 | 4,628 | p | ads | 10 | - | 4,628 | | 4,397 | 4,628 | 231 | 4,628 | |
| | | Temperature Sensors | 7/31/2013 | 2,350 | p | ads | 10 | - | 2,350 | | 2,232 | 2,350 | 117 | 2,350 | |
| | | Air Conditioners- Riverside | 10/2/2020 | 24,911 | p | ads | 10 | - | 24,911 | | 5,190 | 7,681 | 2,491 | 7,681 | |
| | | Drain Line/Wasterwater | 1/26/2020 | 20,900 | p | slmm | 10 | - | 20,900 | | 5,748 | 7,838 | 2,090 | 7,838 | |
| | | Total | | 656,669 | | | | | 656,669 | | 537,247 | 503,564 | 23,553 | 560,800 | |
| | 1518 | Building- Meta | 10/1/2002 | 244,479 | r | | 40 | - | 244,479 | 10/31/2002 | 122,495 | 128,352 | 6,112 | 128,607 | |
| | | Citrus Packing Line | 8/31/2002 | 86,200 | p | ads | 10 | - | 86,200 | 10/31/2002 | 86,200 | 85,122 | - | 86,200 | m |
| | | Citrus Belt Roller | 10/14/2002 | 23,010 | p | ads | 10 | - | 23,010 | 10/31/2002 | 23,010 | 22,722 | - | 23,010 | |
| | | Tape Sealer | 6/5/2003 | 4,737 | p | ads | 10 | - | 4,737 | | 4,737 | 4,737 | - | 4,737 | |
| | | Conveyor | 2/21/2003 | 18,293 | p | ads | 10 | - | 18,293 | | 18,293 | 18,293 | - | 18,293 | |
| | | Waste Water Flow Measuring System | 4/5/2003 | 8,812 | p | ads | 10 | - | 8,812 | | 8,812 | 8,812 | - | 8,812 | |
| | | Building - Metal | 5/1/2003 | 291,578 | p | ads | 40 | - | 291,578 | | 142,144 | 149,434 | 7,289 | 149,434 | |
| | | Burner for Dryer | 12/1/2002 | 23,374 | p | ads | 10 | - | 23,374 | | 23,374 | 23,374 | - | 23,374 | |
| | | Accurate Scale- Meter | 12/10/2004 | 2,683 | p | ads | 10 | - | 2,683 | | 2,683 | 2,683 | - | 2,683 | |
| | | Hotsy Forklift - Organic Line Washer | 1/31/2010 | 4,508 | p | ads | 10 | - | 4,508 | | 4,508 | 4,508 | - | 4,508 | |
| | | Spokane Organic Facility | 6/29/2010 | 55,000 | p | ads | 10 | - | 55,000 | | 55,000 | 55,000 | - | 55,000 | |
| | | Water Heater | 8/31/2013 | 4,278 | p | ads | 10 | - | 4,278 | | 4064 | 4,278 | 214 | 4,278 | |
| | | Sizer Rebuild Split | 12/31/2016 | 66,349 | p | slmm | 10 | - | 66,349 | | 38,704 | 45,338 | 6,635 | 45,338 | |
| | | Organic Dump | 10/30/2017 | 94,978 | p | slmm | 10 | - | 94,978 | | 47,489 | 56,987 | 9,498 | 56,987 | |
| | | Hurst Labeling System Split | 9/15/2017 | 41,300 | p | ads | 10 | - | 41,300 | | 21,338 | 25,468 | 4,130 | 25,468 | |
| | 1520 | Autoline Orange Sizer | 5/7/1992 | 52,967 | p | ads | 10 | - | 52,967 | 10/31/2002 | 52,967 | - | - | 52,967 | |
| | | Orange Line Improvement | 7/1/1992 | 342,398 | p | ads | 10 | - | 342,398 | 10/31/2002 | 342,398 | - | - | 342,398 | |
| | | Orange Line Improvement | 4/30/1993 | 37,447 | p | ads | 10 | - | 37,447 | 10/31/2002 | 37,447 | 1,869 | - | 37,447 | |
| | | Accum Bins-Orange LN | 11/1/1992 | 73,333 | p | ads | 10 | - | 73,333 | 10/31/2002 | 73,333 | 3,669 | - | 73,333 | a |
| | | Orange Line | 6/9/1994 | 277,734 | p | ads | 10 | - | 277,734 | 10/31/2002 | 277,734 | 41,663 | - | 277,734 | a |
| | | Orange Sizer upgrade | 11/1/1995 | 12,098 | p | ads | 10 | - | 12,098 | 10/31/2002 | 12,098 | 4,233 | - | 12,098 | |
| | | Orange Sizers FLC | 3/20/1997 | 215,500 | p | ads | 10 | - | 215,500 | 10/31/2002 | 215,500 | 96,975 | - | 215,500 | |
| | | Bin Dump System | 11/1/1990 | 83,102 | p | ads | 10 | - | 83,102 | 10/31/2002 | 83,102 | - | - | 83,102 | |
| | | Roll Elevator | 11/1/1990 | 6,698 | p | ads | 10 | - | 6,698 | 10/31/2002 | 6,698 | - | - | 6,698 | |
| | | Roller Grade Table | 11/1/1990 | 12,183 | p | ads | 10 | - | 12,183 | 10/31/2002 | 12,183 | - | - | 12,183 | |
| | | Air Dryer | 11/1/1990 | 9,582 | p | ads | 10 | - | 9,582 | 10/31/2002 | 9,582 | - | - | 9,582 | |
| | | Dryer | 11/1/1990 | 44,443 | p | ads | 10 | - | 44,443 | 10/31/2002 | 44,443 | - | - | 44,443 | |
| | | Fruit Bin | 11/1/1990 | 20,979 | p | ads | 10 | - | 20,979 | 10/31/2002 | 20,979 | - | - | 20,979 | |
| | | Vertical Elevator | 11/1/1990 | 57,748 | p | ads | 10 | - | 57,748 | 10/31/2002 | 57,748 | - | - | 57,748 | |
| | | Bag Closing Machine | 10/7/2002 | 4,702 | p | ads | 10 | - | 4,702 | 10/31/2002 | 4,702 | 4,643 | - | 4,702 | m |
| | | FMC Tank and Pump | 5/4/2006 | 10,301 | p | ads | 7 | - | 10,301 | | 10,301 | 10,301 | - | 10,301 | |
| | | Grader | 5/1/2007 | 1,031,559 | p | ads | 10 | - | 1,031,559 | | 1,031,559 | 1,031,559 | - | 1,031,559 | |
| | | Sunkist Machine | 11/30/2007 | 59,229 | p | ads | 10 | - | 59,229 | | 59,229 | 59,229 | - | 592,289 | m |
| | | Pressure Washer | 12/9/2008 | 4,405 | p | ads | 10 | - | 4,405 | | 4,405 | 4,405 | - | 4,405 | |
| | | Brix Project Autoline | 9/30/2009 | 54,824 | p | ads | 10 | - | 54,824 | | 54,824 | 54,824 | - | 54,824 | |
| | | Sizer Upgrade - Autoline | 11/30/2009 | 26,745 | p | ads | 10 | - | 26,745 | | 26,745 | 26,745 | - | 26,745 | |
| | | Calipak Bliss Machine | 7/16/2010 | 44,500 | p | ads | 10 | - | 44,500 | | 44,500 | 44,500 | - | 44,500 | |

| Category | Sys No | Ext | In Svc date | Aquired Value | PT | Depr Meth | Est Life | Salv/168 Allow | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Huseman-Guards for Line | 8/3/2011 | 2,715 | p | ads | 10 | - | 2,715 | | 2,715 | 2,715 | - | 2,715 | |
| | | Boiler Vent MC Boil | 7/29/2011 | 5,821 | p | ads | 10 | - | 5,821 | | 5,821 | 5,821 | - | 5,821 | |
| | | Export Grading Table | 3/31/2012 | 42,902 | p | ads | 10 | - | 42,902 | | 42,902 | 42,902 | - | 42,902 | |
| | | Kwik Lok bag closer | 11/1/2012 | 5,093 | p | ads | 10 | - | 5,093 | | 4,838 | 5,093 | 255 | 5,093 | |
| | | FGS- pressure wash minus rebate | 4/19/2013 | 23,641 | p | ads | 10 | - | 23,641 | | 22459 | 23,641 | 1,182 | 23,641 | |
| | | Huseman Pack Table | 6/30/2013 | 2,258 | p | ads | 10 | - | 2,258 | | 2,145 | 2,258 | 113 | 2,258 | |
| | | MAF Chain CVS Machine | 8/31/2014 | 32,625 | p | ads | 5 | - | 32,625 | | 32,625 | 32,625 | - | 32,625 | |
| | | Sizer Rebuild Split | 12/31/2016 | 188,839 | p | slmm | 10 | - | 188,839 | | 110,156 | 129,040 | 18,884 | 129,040 | |
| | | Hurst Labeling System split | 8/15/2017 | 48,814 | p | slmm | 10 | - | 48,814 | | 25,221 | 30,102 | 4,881 | 30,102 | |
| | | Orange Pack Dump - Riverside | 10/31/2019 | 19,265 | p | slmm | 10 | - | 19,265 | | 5,780 | 7,706 | 1,927 | 7,706 | |
| | | Orange Pack Machine Rebuild | 11/1/2022 | 101,821 | p | slmm | 10 | - | 101,821 | | - | 10,182 | 10,182 | 10,182 | |
| | | Total | | 2,956,272 | p | slmm | 10 | - | 2,956,272 | | 2,737,139 | 1,676,700 | 37,424 | 2,774,562 | |
| | 1522 | Crane Trolley, Hoist | 8/27/1992 | 1,343 | p | ads | 10 | - | 1,343 | 10/31/2002 | 1,343 | - | - | 1,343 | |
| | | 10 Tablesw & tools | 9/17/1992 | 2,649 | p | ads | 10 | - | 2,649 | 10/31/2002 | 2,649 | - | - | 2,648 | |
| | | 75g Gas Water Heater | 10/8/1992 | 426 | p | ads | 10 | - | 426 | 10/31/2002 | 426 | - | - | 426 | |
| | | Komatsu Pallet Truck | 1/7/1993 | 7,346 | p | ads | 5 | - | 7,346 | 10/31/2002 | 7,346 | - | - | 7,346 | |
| | | Komatsu Pallet Truck | 1/7/1993 | 7,346 | p | ads | 5 | - | 7,346 | 10/31/2002 | 7,346 | - | - | 7,346 | |
| | | Repack area Imrpovement | 2/28/1993 | 21,944 | p | ads | 10 | - | 21,944 | 10/31/2002 | 21,944 | 1,101 | - | 21,944 | |
| | | Bagging Area Improve | 7/31/1993 | 140,161 | p | ads | 10 | - | 140,161 | 10/31/2002 | 140,161 | 7,009 | - | 140,161 | |
| | | Backflow plumbing | 12/9/1993 | 1,556 | p | ads | 10 | - | 1,556 | 10/31/2002 | 1,556 | 230 | - | 1,556 | |
| | | Bar Code System (SPO) | 9/30/1997 | 59,101 | p | ads | 10 | - | 59,101 | 10/31/2002 | 59,101 | 26,596 | - | 59,101 | |
| | | Pack Machine | 11/1/1990 | 6,730 | p | ads | 10 | - | 6,730 | 10/31/2002 | 6,730 | - | - | 6,730 | |
| | | Scissor Lift | 11/1/1990 | 4,953 | p | ads | 5 | - | 4,953 | 10/31/2002 | 4953 | - | - | 4,953 | |
| | | Microprocessor | 12/31/1998 | 6,476 | p | ads | 10 | - | 6,476 | 10/31/2002 | 6,476 | 3,965 | - | 6,476 | |
| | | FG4000 Washer | 8/31/1999 | 66,094 | p | ads | 10 | - | 66,094 | 10/31/2002 | 66,094 | 45,441 | - | 66,094 | |
| | | Bagger Volm | 8/29/2000 | 64,025 | p | ads | 10 | - | 64,025 | 10/31/2002 | 64,025 | 50,419 | - | 64,025 | |
| | | Bagger Volm | 8/29/2025 | 44,818 | pp | ads | 10 | - | 44,818 | 10/31/2002 | 44,818 | 35,294 | - | 44,818 | |
| | | Carton Sealer FMC | 8/30/2000 | 25,860 | p | ads | 10 | - | 25,860 | 10/31/2002 | 25,860 | 20,365 | - | 25,860 | |
| | | Motor-Electro-Hydron | 9/30/2000 | 2,009 | p | ads | 10 | - | 2,009 | 10/31/2002 | 2,009 | 1,582 | - | 2,009 | |
| | | Volm Pack | 10/6/2000 | 20,076 | p | ads | 10 | - | 20,076 | 10/31/2002 | 20,076 | 15,809 | - | 20,076 | |
| | | Flow Racking System | 1/1/2001 | 270,051 | p | ads | 10 | - | 270,051 | 10/31/2002 | 270,051 | 229,543 | - | 270,051 | |
| Disposed | | FMC Sealer | 1/1/2001 | 25,860 | p | ads | 10 | - | 25,860 | 10/31/2002 | 25,860 | 21,981 | - | 25,860 | |
| Disposed | | FMC Sealer | 1/1/2001 | 25,860 | p | ads | 10 | - | 25,860 | 10/31/2002 | 25,860 | 21,981 | - | 25,860 | |
| | | Exhaust Fan | 2/1/2001 | 4,100 | p | ads | 10 | - | 4,100 | 10/31/2002 | 4,100 | 3,485 | - | 4,100 | |
| | | Exhaust Fan | 2/1/2001 | 4,100 | p | ads | 10 | - | 4,100 | 10/31/2002 | 4,100 | 3,485 | - | 4,100 | |
| | | Citrus Filler FMC | 6/5/2002 | 22,091 | p | ads | 10 | - | 22,091 | 10/31/2002 | 22,091 | 21,263 | - | 22,091 | |
| | | Volm Bagging Machine and related equipment | 6/5/2002 | 132,876 | p | ads | 10 | - | 132,876 | | 132,876 | 132,876 | - | 132,876 | |
| | | Roller Conveyors | 3/31/2003 | 3,996 | p | ads | 10 | - | 3,996 | | 3,996 | 3,996 | - | 3,996 | |
| | | Arm Controller & Rail Guard | 3/31/2003 | 1,326 | p | ads | 10 | - | 1,326 | | 1,326 | 1,326 | - | 1,326 | |
| | | Lemon Filler | 12/31/2002 | 3,699 | p | ads | 10 | - | 3,699 | | 3,699 | 3,699 | - | 3,699 | |
| | | Quat System and Installation | 12/31/2002 | 1,439 | p | ads | 10 | - | 1,439 | | 1,439 | 1,439 | - | 1,439 | |
| | | Packing Machine | 1/16/2004 | 318,200 | p | ads | 10 | - | 318,200 | | 318,200 | 318,200 | - | 318,200 | |

| Category | Sys No | Ext | In Svc date | Aquired Value | PT | Depr Meth | Est Life | Salv/168 Allow | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Scissor Lift | 1/13/2004 | 6,250 | p | ads | 10 | - | 6,250 | | 6,250 | 6,250 | - | 6,250 | |
| | | FMC Filler | 12/31/2003 | 23,540 | p | ads | 10 | - | 23,540 | | 23,540 | 23,540 | - | 23,540 | |
| | | Spokane Computer Hardware | 2/20/2004 | 19,586 | p | ads | 5 | - | 19,586 | | 19,586 | 19,586 | - | 19,586 | |
| | | Pallet Wrap Machine | 11/30/2004 | 22,817 | p | ads | 10 | - | 22,817 | | 22,817 | 22,817 | - | 22,817 | |
| | | Electric- All Tech | 9/30/2005 | 50,345 | p | ads | 10 | - | 50,345 | | 50,345 | 50,345 | - | 50,345 | |
| | | Van Holland Steel Doors | 11/10/2005 | 4,300 | p | ads | 10 | - | 4,300 | | 4,300 | 4,300 | - | 4,300 | |
| Disposed | | Stellar Control Panel Retrofit | 4/30/2006 | 26,685 | p | ads | 10 | - | 26,685 | | 26,685 | 26,685 | - | 26,685 | |
| | | MS Entry Door | 3/16/2006 | 6,800 | p | ads | 10 | - | 6,800 | | 6,800 | 6,800 | - | 6,800 | |
| | | Air Handling Units for Room 6 | 3/27/2006 | 22,000 | p | ads | 10 | - | 22,000 | | 22,000 | 22,000 | - | 22,000 | |
| | | Sunbelt Lift | 10/5/2007 | 8,383 | p | ads | 10 | - | 8,383 | | 8,383 | 8,383 | - | 8,383 | |
| | | Arbon Equip & Diamond Co- Door | 10/5/2008 | 15,746 | p | ads | 15 | - | 15,746 | | 14,827 | 15,746 | 918 | 15,746 | |
| | | Bathroom Remodel | 9/30/2008 | 11,829 | p | ads | 15 | - | 11,829 | | 11,139 | 11,829 | 690 | 11,829 | |
| | | Restroom Remodel - Van Holland | 11/6/2008 | 12,446 | p | ads | 15 | - | 12,446 | | 11,201 | 12,031 | 830 | 12,031 | |
| Disposed | | Bagger - Mesa Citrus | 6/9/2010 | 67,388 | p | ads | 10 | - | 67,388 | | 67,388 | 67,388 | - | 67,388 | |
| | | Steam Cleaner | 4/30/2012 | 7,330 | p | ads | 10 | - | 7,330 | | 7,330 | 7,330 | - | 7,330 | |
| | | Bin Stacker - Huseman | 7/31/2013 | 54,616 | p | ads | 10 | - | 54,616 | | 51,885 | 54,616 | 2,731 | 54,616 | |
| | | Refrigeration System | 6/30/2014 | 388,989 | p | ads | 10 | - | 388,989 | | 330,641 | 369,540 | 38,899 | 369,540 | |
| | | Palletizer | 10/15/2015 | 21,300 | p | slmm | 10 | - | 21,300 | | 15,088 | 17,218 | 2,130 | 17,218 | |
| | | Compressor Controls for 2015 Refrigeration Upgrade | 10/15/2015 | 84,653 | p | slmm | 10 | - | 84,653 | | 59,963 | 68,428 | 8,465 | 68,428 | |
| | | Terminal Strips for 2015 Refrigeration Upgrade | 10/15/2015 | 3,609 | p | slmm | 10 | - | 3,609 | | 2,556 | 2,917 | 361 | 2,917 | |
| | | Refrigeration Upgrade 2015 (rooms 2&3) | 10/15/2015 | 294,592 | p | slmm | 10 | - | 294,592 | | 208,669 | 238,129 | 29,459 | 238,129 | |
| | | Kohelnberger Refrigeration Units | 10/15/2015 | 96,203 | p | slmm | 10 | - | 96,203 | | 68,143 | 77,764 | 9,620 | 77,764 | |
| | | Air Unit for 2015 | 10/15/2015 | 4,022 | p | slmm | 10 | - | 4,022 | | 2,849 | 3,251 | 402 | 3,251 | |
| | | Giro Bagger | 6/30/2017 | 101,507 | p | slmm | 10 | - | 101,507 | | 54,137 | 64,288 | 10,151 | 64,288 | |
| | | Check Weigher | 8/25/2017 | 23,000 | p | slmm | 10 | - | 23,000 | | 11,883 | 14,183 | 2,300 | 14,183 | |
| | | Joint Packing Equipment - Giro | 8/31/2018 | 217,700 | p | slmm | 10 | - | 217,700 | | 90,708 | 112,478 | 21,770 | 112,478 | |
| | | Waste Water improvement system Riverside | 7/31/2019 | 50,108 | p | slmm | 10 | - | 50,108 | | 16,285 | 21,296 | 5,011 | 21,296 | |
| | | Air Compressor - Riverside | 10/31/2019 | 56,507 | p | slmm | 10 | - | 56,507 | | 16,952 | 22,603 | 5,651 | 22,603 | |
| | | Tower Project - Riverside | 2/11/2020 | 629,811 | p | slmm | 10 | - | 629,811 | | 173,198 | 236,179 | 62,981 | 236,179 | |
| | | Oil Pump Replacement | 9/30/2020 | 33,826 | p | slmm | 10 | - | 33,826 | | 7,047 | 10,430 | 3,383 | 10,430 | |
| | | Machine Cleaning Device | 3/11/2021 | 28,300 | p | slmm | 10 | - | 28,300 | | 4,717 | 7,547 | 2,830 | 7,547 | |
| | | Bag Machine Upgrade - label Machine Giropack | 11/1/2022 | 20,838 | p | slmm | 10 | - | 20,838 | | - | 2,084 | 2,084 | 2,084 | |
| | | Total | | 3,711,535 | | | | - | 3,711,535 | | 2,713,824 | 2,599,063 | 210,665 | 2,924,489 | |
| | 1524 | 286-33 Comp W/RNG | 3/28/1991 | 8,809 | p | ads | 6 | - | 8,809 | 10/31/2002 | 8,809 | - | - | 8,809 | |
| | | Chairs | 4/8/1991 | 2,849 | p | ads | 10 | - | 2,849 | 10/31/2002 | 2,849 | - | - | 2,849 | |
| | | Computer Cable | 6/30/1991 | 3,040 | p | ads | 6 | - | 3,040 | 10/31/2002 | 3,040 | - | - | 3,040 | |
| | | Computer Printers | 12/31/1990 | 1,077 | p | ads | 6 | - | 1,077 | 10/31/2002 | 1,077 | - | - | 1,077 | |
| | | Desk , Credenza, 3chair | 4/30/1991 | 2,883 | p | ads | 10 | - | 2,883 | 10/31/2002 | 2,883 | - | - | 2,883 | |
| | | Worktable | 4/30/1991 | 746 | p | ads | 10 | - | 746 | 10/31/2002 | 746 | - | - | 746 | |
| | | Workstation, Udesk | 5/2/1991 | 8,800 | p | ads | 10 | - | 8,800 | 10/31/2002 | 8,800 | - | - | 8,800 | |
| | | Binding Machine | 5/9/1991 | 319 | p | ads | 10 | - | 319 | 10/31/2002 | 319 | - | - | 319 | |
| | | Desk, Credenza, Bookcs | 5/21/1991 | 10,440 | p | ads | 10 | - | 10,440 | 10/31/2002 | 10,440 | - | - | 10,440 | |

| Category | Sys No | Ext | In Svc date | Aquired Value | PT | Depr Meth | Est Life | Salv/168 Allow | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Desk Glass | 1/30/1989 | 154 | p | ads | 10 | - | 154 | 10/31/2002 | 154 | - | - | 154 | |
| | | Bookcase | 1/30/1989 | 457 | p | ads | 10 | - | 457 | 10/31/2002 | 457 | - | - | 457 | |
| | | Office Equipment | 11/1/1990 | 50,909 | p | ads | 6 | - | 50,909 | 10/31/2002 | 50,909 | - | - | 50,909 | |
| | | Chairs | 12/31/989 | 1,591 | p | ads | 10 | - | 1,591 | 10/31/2002 | 1,591 | 975 | - | 1,591 | |
| | | Sales Office workst | 10/31/1999 | 6,563 | p | ads | 10 | - | 6,563 | 10/31/2002 | 6,563 | 4,513 | - | 6,563 | |
| | | Computer Terminal | 11/30/1999 | 7,838 | p | ads | 5 | - | 7,838 | 10/31/2002 | 7,838 | 3,330 | - | 7,838 | |
| | | Office Furniture | 12/30/1999 | 5,531 | p | ads | 10 | - | 5,531 | 10/31/2002 | 5,531 | 3,941 | - | 5,531 | |
| | | Cap Workstation | 5/31/2000 | 2,615 | p | ads | 10 | - | 2,615 | 10/31/2002 | 2,615 | 1,993 | - | 2,615 | |
| | | Office Furniture | 11/1/2000 | 1,540 | p | ads | 10 | - | 1,540 | 10/31/2002 | 1,540 | 1,309 | - | 1,540 | |
| Disposed | | Computer Equipment | 2/24/2002 | 3,309 | p | ads | 5 | - | 3,309 | 10/31/2002 | 3,309 | 2,895 | - | 3,309 | |
| Disposed | | Expert Computer Pen4 | 12/18/2001 | 1,579 | p | ads | 5 | - | 1,579 | 10/31/2002 | 1,579 | 1,302 | - | 1,579 | |
| | | File Cabinet | 4/30/2002 | 806 | p | ads | 10 | - | 806 | 10/31/2002 | 806 | 755 | - | 806 | |
| | | Oak Veneer Table | 7/11/1991 | 634 | p | ads | 10 | - | 634 | 10/31/2002 | 634 | - | - | 634 | |
| | | U-shaped Desk | 7/18/1991 | 957 | p | ads | 10 | - | 957 | 10/31/2002 | 957 | - | - | 957 | |
| | | Glass for Desk | 8/31/1991 | 100 | p | ads | 10 | - | 100 | 10/31/2002 | 100 | - | - | 100 | |
| | | File Cabinet | 12/10/1992 | 668 | p | ads | 10 | - | 668 | 10/31/2002 | 668 | 31 | - | 668 | |
| | | Maynard 1350q TP DR | 6/7/1993 | 1,709 | p | ads | 5 | - | 1,709 | 10/31/2002 | 1,709 | - | - | 1,709 | |
| | | Board Room Furniture | 11/18/1993 | 1,100 | p | ads | 10 | - | 1,100 | 10/31/2002 | 1,100 | 165 | - | 1,100 | |
| | | Microwave | 1/31/1994 | 306 | p | ads | 10 | - | 306 | 10/31/2002 | 306 | 42 | - | 306 | |
| | | Spokane Computer SYS | 7/1/1994 | 253,568 | p | ads | 5 | - | 253,568 | 10/31/2002 | 253,568 | - | - | 253,568 | |
| | | Printer & Screen | 7/10/1995 | 1,320 | p | ads | 5 | - | 1,320 | 10/31/2002 | 1,320 | - | - | 1,320 | |
| | | RCA VCR | 8/31/1995 | 239 | p | ads | 10 | - | 239 | 10/31/2002 | 239 | 68 | - | 239 | |
| | | Spokane Software UPG | 2/6/1996 | 30,000 | p | slmm | 3 | - | 30,000 | 10/31/2002 | 30,000 | - | - | 30,000 | |
| | | 8 S86 100MHZ Nodes | 2/14/1996 | 17,671 | p | ads | 5 | - | 17,671 | 10/31/2002 | 17,671 | - | - | 17,671 | |
| | | Computer Network Cable | 2/20/1996 | 915 | p | ads | 5 | - | 915 | 10/31/2002 | 915 | - | - | 915 | |
| | | HP LaserJet 4v | 1/4/1996 | 2,473 | p | ads | 5 | - | 2,476 | 10/31/2002 | 2,473 | - | - | 2,473 | |
| | | Ethernet for AS400 | 3/1/1996 | 3,144 | p | ads | 5 | - | 3,144 | 10/31/2002 | 3,144 | - | - | 3,144 | |
| | | IBM Printer #5224 | 3/14/1996 | 600 | p | ads | 5 | - | 600 | 10/31/2002 | 600 | - | - | 600 | |
| | | Office Work Station | 4/11/1996 | 19,607 | p | ads | 10 | - | 19,607 | 10/31/2002 | 19,607 | 6,860 | - | 196,087 | |
| | | Lateral Files 5D | 4/11/1996 | 4,008 | p | ads | 10 | - | 4,008 | 10/31/2002 | 4,008 | 1,401 | - | 4,008 | |
| | | Telephone System | 4/12/1996 | 19,264 | p | ads | 10 | - | 19,264 | 10/31/2002 | 19,264 | 6,745 | - | 19,264 | |
| | | Network Cable | 2/20/1996 | 1,057 | p | ads | 5 | - | 1,057 | 10/31/2002 | 1,057 | - | - | 1,057 | |
| | | 17MonitorPC" | 3/31/1997 | 539 | p | ads | 5 | - | 539 | 10/31/2002 | 539 | - | - | 539 | |
| | | Computer Programs - Firewall & Packing | 6/24/2009 | 31,800 | p | ads | 5 | - | 31,800 | | 31,800 | 31,800 | - | 31,800 | |
| | | Paymaster Check Signer | 3/31/2010 | 1,868 | p | ads | 10 | - | 1,868 | | 1,868 | 1,868 | - | 1,868 | |
| | | Packout Audit System Spokane | 10/17/2011 | 22,035 | p | ads | 10 | - | 22,035 | | 22,035 | 22,035 | - | 22,035 | |
| | | Spokane/Expert Upgrade | 3/31/2012 | 63,163 | p | ads | 10 | - | 63,163 | | 63,163 | 63,163 | - | 63,163 | |
| | | Pallet Tag Conversion Spokane | 12/31/2012 | 14,624 | p | ads | 10 | - | 14,624 | | 13,893 | 14,624 | 731 | 14,624 | |
| | | Copier Kaltek | 5/31/2013 | 1,623 | p | ads | 7 | - | 1,623 | | 1,623 | 1,623 | - | 1,623 | |
| | | Spokane - Grower Web Upgrade | 12/4/2014 | 8,500 | p | ads | 3 | - | 8,500 | | 8,500 | 8,500 | - | 8,500 | |
| | | Table, Desk. Chairs, Ventura | 8/26/2015 | 3,116 | p | slmm | 10 | - | 3,116 | | 2,233 | 2,545 | 312 | 2,545 | |
| | | 7 Computers, Printer Ventura, and Riverside | 8/31/2015 | 15,126 | p | slmm | 5 | - | 15,126 | | 15,126 | 15,126 | - | 15,126 | |

| Category | Sys No | Ext | In Svc date | Aquired Value | PT | Depr Meth | Est Life | Salv/168 Allow | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Spokane Programming | 7/1/2016 | 14,000 | p | slmm | 3 | - | 14,000 | | 14,000 | 14,000 | - | 14,000 | |
| | | Total | | 657,589 | | | | | 657,589 | | 655,975 | 211,609 | 1,043 | 657,018 | |
| | 1544 | Komatsu F/L FB 185H-S | 5/25/1994 | 16,235 | p | slmm | 10 | - | 16,235 | 10/31/2002 | 16,235 | 2,431 | - | 16,235 | |
| | | Komatsu F/L 188ct | 8/13/1992 | 25,058 | p | ads | 10 | - | 25,058 | 10/31/2002 | 25,058 | - | - | 25,058 | |
| | | Komatsu forklift | 10/24/1995 | 20,264 | p | ads | 10 | - | 20,264 | 10/31/2002 | 20,264 | 5,829 | - | 20,264 | |
| | | Case580E Forklift | 6/27/1996 | 81,351 | p | ads | 10 | - | 81,351 | 10/31/2002 | 81,351 | 28,473 | - | 81,351 | |
| | | Komatsu Forklift | 8/15/1996 | 13,469 | p | ads | 10 | - | 13,469 | 10/31/2002 | 13,469 | 4,713 | - | 13,469 | |
| | | Komatsu Forklift | 8/15/1996 | 13,469 | p | ads | 10 | - | 13,469 | 10/31/2002 | 13,469 | 4,713 | - | 13,469 | |
| | | PH Forklift | 9/2/1998 | 24,232 | p | ads | 10 | - | 24,232 | 10/31/2002 | 24,232 | 13,328 | - | 24,232 | |
| | | PH Forklift | 9/2/1998 | 24,232 | p | ads | 10 | - | 24,232 | 10/31/2002 | 24,232 | 13,328 | - | 24,232 | |
| | | S86 Forklift | 5/27/1999 | 44,969 | p | ads | 10 | - | 44,969 | 10/31/2002 | 44,969 | 29,792 | - | 44,969 | |
| | | H50XM Forklift-2 | 3/18/1999 | 45,563 | p | ads | 10 | - | 45,563 | 10/31/2002 | 45,563 | 29,047 | - | 45,563 | |
| | | E30XM Forklift-2 | 4/1/1999 | 50,535 | p | ads | 10 | - | 50,535 | 10/31/2002 | 50,535 | 32,214 | - | 50,535 | |
| | | S86G Forklift Sequoi | 1/20/2000 | 51,397 | p | ads | 10 | - | 51,397 | 10/31/2002 | 51,397 | 32,123 | - | 51,397 | |
| | | Wiggins Forklift Yor | 5/31/2000 | 12,900 | p | ads | 10 | - | 12,900 | 10/31/2002 | 12,900 | 9,352 | - | 12,900 | |
| | | Zieman Trailer Yorba | 5/31/2000 | 300 | p | ads | 10 | - | 300 | 10/31/2002 | 300 | 217 | - | 300 | |
| | | Electric Forklift | 7/1/2001 | 8,991 | p | ads | 10 | - | 8,991 | 10/31/2002 | 8,991 | 7,642 | - | 8,991 | |
| | | Hyster Forklift | 5/24/2001 | 26,142 | p | ads | 10 | - | 26,142 | 10/31/2002 | 26,142 | 22,221 | - | 26,142 | |
| | | Hyster Forklift | 5/24/2001 | 26,142 | p | ads | 10 | - | 26,142 | 10/31/2002 | 26,142 | 22,221 | - | 26,142 | |
| | | Hyster Forklift E30MX2 | 6/5/2003 | 21,009 | p | ads | 10 | - | 21,009 | | 21,009 | 21,009 | - | 21,009 | |
| | | Propane Forklift | 1/27/2005 | 23,214 | p | ads | 10 | - | 23,214 | | 23,214 | 23,214 | - | 23,214 | |
| | | Hyster Forklift | 4/25/2008 | 27,908 | p | ads | 10 | - | 27,908 | | 27,908 | 27,908 | - | 27,908 | |
| | | Yale Chase MX Cart | 3/26/2008 | 5,061 | p | ads | 10 | - | 5,061 | | 5,061 | 5,061 | - | 5,061 | |
| | | Ritchie Bros Scissor Lift | 10/15/2009 | 10,815 | p | ads | 10 | - | 10,815 | | 10,815 | 10,815 | - | 10,815 | |
| | | Hyster H50FT Forklift | 9/13/2010 | 27,894 | p | ads | 10 | - | 27,894 | | 27,894 | 27,894 | - | 27,894 | |
| | | Hyster H60FT Forklift | 9/13/2010 | 46,552 | p | ads | 10 | - | 46,552 | | 46,552 | 46,552 | - | 46,552 | |
| Disposed | | Johnson Lift Batteries | 11/30/2010 | 16,989 | p | ads | 7 | - | 16,989 | | 16,989 | 16,989 | - | 16,989 | |
| Disposed | | Motive Energy Forklift Battery | 3/27/2012 | 39,823 | p | ads | 10 | - | 39,823 | | 39,823 | 39,823 | - | 39,823 | |
| Disposed | | Johnson Batteries | 3/31/2013 | 31,723 | p | ads | 7 | - | 31,723 | | 31,723 | 31,723 | - | 31,723 | |
| | | Propane Forklift Yachelas | 6/1/2015 | 38,608 | p | slmm | 10 | - | 38,608 | | 28,634 | 32,495 | 3,861 | 32,495 | |
| | | Floor Scrubber | 2/17/2017 | 48,521 | p | slmm | 10 | - | 48,521 | | 27,495 | 32,347 | 4,852 | 32,347 | |
| | | Forklift Truck | 6/8/2017 | 48,525 | p | slmm | 10 | - | 48,525 | | 26,284 | 31,137 | 4,853 | 31,137 | |
| | | Forklift Dinuba | 2/28/2017 | 157,615 | p | slmm | 10 | - | 157,615 | | 89,315 | 105,076 | 15,761 | 105,076 | |
| | | Forklift Batteries Riverside | 11/1/2002 | 37,536 | p | slmm | 7 | - | 37,536 | | - | 5,362 | 5,362 | 5,362 | |
| | | Total | | 1,067,042 | | | | - | 1,067,042 | | 907,966 | 715,050 | 34,689 | 942,655 | |
| Category | 1546 | Field bins 2016 | 3/1/2013 | 186,711 | p | ads | 7 | - | 186,711 | | 186,711 | 186,711 | - | 186,711 | |
| | | Field bins - Porterville | 12/1/2013 | 129,330 | p | ads | 7 | - | 129,330 | | 129,330 | 129,330 | - | 129,330 | |
| | | Field Bin - 96 | 9/10/2013 | 13,280 | p | ads | 7 | - | 13,280 | | 13,280 | 13,280 | - | 13,280 | |
| | | Field Bins (formly system #482) | 10/31/2012 | - | p | slmm | 7 | - | - | | - | - | - | - | |
| | | Field Bins (384) | 10/28/2014 | - | p | ads | 7 | - | - | | - | - | - | - | |
| | | Field Bins 2015 (192 Bins) | 2/16/2015 | 17,027 | p | slmm | 7 | - | 17,027 | | 17,027 | 17,027 | - | 17,027 | |
| Category | 1546 | Field Bins 2015 (192 Bins) | 10/26/2015 | 22,728 | p | slmm | 7 | - | 22,728 | | 22,728 | 22,728 | - | 22,728 | |

| Category | Sys No | Ext | In Svc date | Aquired Value | PT | Depr Meth | Est Life | Salv/168 Allow | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Field Bins - Dinuba | 10/1/2016 | 75,000 | p | slmm | 7 | - | 75,000 | | 65,179 | 75,000 | 9,821 | 75,000 | |
| | | Macrobins- 384 | 10/31/2016 | 26,093 | p | slmm | 7 | - | 26,093 | | 22,365 | 26,093 | 3,728 | 26,093 | |
| | | Field Bins 2017 | 10/31/2017 | 48,123 | p | slmm | 7 | - | 48,123 | | 34,374 | 41,248 | 6,875 | 41,248 | |
| | | Field Bin Additions 684 Bins | 10/31/2018 | 97,193 | p | slmm | 7 | - | 97,193 | | 55,539 | 69,424 | 13,885 | 69,424 | |
| | | Field Bin Additions 354 Bins | 6/30/2019 | 47,950 | p | slmm | 7 | - | 47,950 | | 22,833 | 29,683 | 6,850 | 29,683 | |
| | | Field Bin Addition Bins | 6/30/2020 | 116,789 | P | slmm | 7 | - | 116,789 | | 38,930 | 55,614 | 16,684 | 55,614 | |
| | | Field Bin Additions 702 Bin | 10/31/2021 | 60,878 | p | slmm | 7 | - | 60,878 | | 8,697 | 17,394 | 8,697 | 17,394 | |
| | 1546 | | | 841,102 | | | | | 841,102 | | 161,992 | 683,532 | 66,539 | 683,532 | |
| Category | 1554 | Brandt Bin Dumper | 2/25/1988 | 3,250 | p | ads | 10 | - | 3,250 | 10/31/2002 | 3,250 | - | - | 3,250 | |
| | | Project 1974 Quarantine JBT | 3/31/2009 | 44,415 | p | ads | 10 | - | 44,415 | | 44,415 | 44,415 | - | 44,415 | |
| | | Project 1975 Quaratine Trailer | 9/30/2009 | 15,706 | p | ads | 10 | - | 15,706 | | 15,706 | 15,706 | - | 15,706 | |
| | | First Trailer Upgrade | 11/1/2009 | 18,482 | p | ads | 10 | - | 18,482 | | 18,482 | 18,482 | - | 18,482 | |
| | | Second Trailer | 11/30/2009 | 57,203 | p | ads | 10 | - | 57,203 | | 57,203 | 57,203 | - | 57,203 | |
| | 1554 | | | 139,056 | | | | | 139,056 | | 139,056 | 135,806 | | 139,056 | |
| Disposed | 1574 | Auto - John Demshki 2010 Navigator | 9/24/2009 | 59,097 | p | ads | 5 | - | 59,097 | | 59,097 | 59,097 | - | 59,097 | |
| | | Ford F150 Garff | 7/6/2010 | 35,552 | p | ads | 5 | - | 35,552 | | 35,552 | 35,552 | | 35,552 | |
| | | Maribel Nenna 2011 GM | 7/31/2011 | 39,128 | p | ads | 5 | - | 39,128 | | 39,128 | 39,128 | - | 39,128 | |
| | | 2014 F- 150 - Raul | 12/10/2014 | 34,021 | p | ads | 5 | - | 34,021 | | 34,021 | 34,021 | - | 34,021 | |
| | | Fritts- Ruben Truck | 2/3/2016 | 37,386 | p | slmm | 5 | - | 37,386 | | 37,386 | 37,386 | - | 37,386 | |
| | | Garff Truck | 4/20/2016 | 50,050 | p | slmm | 5 | - | 50,050 | | 50,050 | 50,050 | - | 50,050 | |
| Disposed | | Sunrise Ford- Brad | 10/31/2016 | 63,995 | p | slmm | 5 | - | 63,995 | | 63,995 | 63,995 | | 63,995 | |
| | | 2017 Ford F-150 | 5/26/2017 | 33,183 | p | slm | 5 | - | 33,183 | | 33,183 | 33,183 | - | 33,183 | |
| | | 2017 F-150 77435 | 1/12/2018 | 25,718 | p | slmm | 5 | - | 25,718 | | 24,861 | 25,718 | 857 | 25,718 | |
| | | 2019GMC Sierra Maribel | 10/29/2019 | 55,610 | p | slmm | 5 | - | 55,610 | | 33,366 | 44,488 | 11,122 | 44,488 | |
| | | 2020 F-150 Vin# 16331 | 11/13/2020 | 36,891 | p | slmm | 10 | - | 36,891 | | 7,378 | 11,067 | 3,689 | 11,067 | |
| Category | 1574 | | | 470,631 | | | | | 470,631 | | 418,016 | 433,685 | 15,668 | 433,685 | |
| Category | 1582 | Lemon Line Improvmnt | 7/28/1994 | 51,447 | p | ads | 10 | - | 51,447 | 10/31/2002 | 51,447 | 7,714 | - | 51,447 | |
| | | Bin Dump System | 11/1/1990 | 100,137 | p | ads | 10 | - | 100,137 | 10/31/2002 | 100,137 | - | - | 100,137 | |
| | | Roll Elevator | 11/1/1990 | 5,753 | p | ads | 10 | - | 5,753 | 10/31/2002 | 5,753 | - | - | 5,753 | |
| | | Autoline Lemon Wash | 3/31/1998 | 79,735 | p | ads | 10 | - | 79,735 | 10/31/2002 | 79,735 | 43,852 | - | 79,735 | |
| | | Autoline Sorter | 6/30/1998 | 158,875 | p | ads | 10 | - | 158,875 | 10/31/2002 | 158,875 | 87,379 | - | 158,875 | |
| | | FMC Washer | 10/1/2004 | 157,740 | p | ads | 10 | - | 157,740 | | 157,740 | 157,740 | - | 157,740 | |
| | | Tazco Wash Line Wall | 12/16/2004 | 5,123 | p | ads | 10 | - | 5,123 | | 5,123 | 5,123 | - | 5,123 | |
| | | Fruit Dryer | 12/31/2006 | 2,910 | p | ads | 10 | - | 2,910 | | 2,910 | 2,910 | - | 2,910 | |
| Disposed | | MAF- Bin Washer upgrade | 11/7/2007 | 7,866 | p | ads | 10 | - | 7,866 | | 7,866 | 7,866 | - | 7,866 | |
| | | Huseman Lemon Wash Guards | 10/6/2011 | 2,435 | p | ads | 10 | - | 2,435 | | 2,435 | 2,435 | - | 2,435 | |
| | | Modular JBT Pregrade | 10/30/2017 | 20,769 | p | slmm | 10 | - | 20,769 | | 10,385 | 12,461 | 2,077 | 12,461 | |
| Category | 1582 | | | 592,790 | | | | | 592,790 | | 582,406 | 327,480 | 2,077 | 584,482 | |

| Category | Sys No | Ext | In Svc date | Aquired Value | PT | Depr Meth | Est Life | Salv/168 Allow | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | 1586 | Taxco - Cooler Box | 8/19/2005 | 4,879 | p | ads | 10 | - | 4,879 | | 4,879 | 4,879 | - | 4,879 | |
| | | 2006 Bins (1536) | 12/31/2005 | 159,168 | p | ads | 7 | - | 159,168 | | 159,168 | 159,168 | - | 159,168 | |
| | | 2006 Bins (768) | 3/15/2006 | 82,818 | p | ads | 7 | - | 82,818 | | 82,818 | 82,818 | - | 82,818 | |
| | | 2008 Field Bins (480) | 12/31/2007 | 57,806 | p | ads | 7 | - | 57,806 | | 57,806 | 57,806 | - | 57,806 | |
| | | 2008 Field Bins (384) | 10/1/2008 | 54,075 | p | ads | 7 | - | 54,075 | | 54,075 | 54,075 | - | 54,075 | |
| | | 2009 Field Bins (1056) | 1/31/2009 | 124,270 | p | ads | 7 | - | 124,270 | | 124,270 | 124,270 | - | 124,270 | |
| | | (2016) Field Bins | 12/29/2009 | 255,364 | p | ads | 7 | - | 255,364 | | 255,364 | 255,364 | - | 255,364 | |
| | | (1968) Field Bins | 6/1/2010 | 266,881 | p | ads | 7 | - | 266,881 | | 266,881 | 266,881 | - | 266,881 | |
| | | (48) Field Bins | 4/2/2010 | 6,760 | p | ads | 7 | - | 6,760 | | 6,760 | 6,760 | - | 6,760 | |
| Category | 1586 | | | 1,012,021 | | | | | 1,012,021 | | 1,012,021 | 1,012,021 | | 1,012,021 | |
| | | | | | | | | | | | | | | | |
| Category | 1590 | Install Lemon Sizer | 5/15/1991 | 14,685 | p | ads | 10 | - | 14,865 | 10/31/2002 | 14,865 | - | - | 14,685 | |
| | | 7 BFGRAVITYCONVEY | 8/8/1991 | 2,757 | p | ads | 10 | - | 2,757 | 10/31/2002 | 2,757 | - | - | 2,757 | |
| | | Lemon Line Imprvmnts | 5/1/1992 | 27,370 | p | ads | 10 | - | 27,370 | 10/31/2002 | 27,370 | - | - | 27,370 | |
| | | Lemon Line Imprvmnts | 4/30/1993 | 46,470 | p | ads | 10 | - | 46,470 | 10/31/2002 | 46,470 | 2,323 | - | 46,470 | |
| | | STD Lemon Line (FMC) | 2/13/1997 | 195,095 | p | ads | 10 | - | 195,095 | 10/31/2002 | 195,095 | 87,790 | - | 195,095 | |
| | | Roll Elevator | 11/1/1990 | 15,304 | p | ads | 10 | - | 15,304 | 10/31/2002 | 15,304 | - | - | 15,304 | |
| | | Roll Elevator | 11/1/1990 | 9,582 | p | ads | 10 | - | 9,582 | 10/31/2002 | 9,582 | - | - | 9,582 | |
| | | Air Dryer | 11/1/1990 | 80,807 | p | ads | 10 | - | 80,807 | 10/31/2002 | 80,807 | - | - | 80,807 | |
| | | Carton Filler (18) | 11/1/1990 | 309,051 | p | ads | 10 | - | 309,051 | 10/31/2002 | 309,051 | - | - | 309,051 | |
| | | Traffic Cops (32) | 11/1/1990 | 10,697 | p | ads | 10 | - | 10,697 | 10/31/2002 | 10,697 | - | - | 10,697 | |
| Disposed | | (2) BROGDEX COUNTFILR | 6/30/1998 | 19,826 | p | ads | 10 | - | 19,826 | 10/31/2002 | 19,826 | 10,902 | | 19,826 | |
| Disposed | | (3) BROGDEX COUNTFILR | 10/31/1998 | 29,739 | p | ads | 10 | - | 29,736 | 10/31/2002 | 29,739 | 16,356 | - | 29,736 | |
| | | Grad Sorter 9 Lanes | 1/1/2001 | 276,472 | p | ads | 10 | - | 276,472 | 10/31/2002 | 276,472 | 235,001 | - | 276,472 | |
| | | Lemon Pack Sizer | 8/24/2008 | 226,133 | p | ads | 10 | - | 226,133 | | 226,133 | 226,133 | - | 226,133 | |
| | | Lemon Pack Equip Dumpline | 9/5/2008 | 322,172 | p | ads | 10 | - | 322,172 | | 322,172 | 322,172 | - | 322,172 | |
| | | Mold Containment | 7/31/2009 | 8,714 | p | ads | 10 | - | 8,714 | | 8,714 | 8,714 | - | 8,714 | |
| | | Bin Scrubber JBT | 7/31/2009 | 98,280 | p | ads | 10 | - | 98,280 | | 98,280 | 98,280 | - | 98,280 | |
| | | Van Holland Containment | 8/27/2010 | 2,700 | p | ads | 10 | - | 2,700 | | 2,700 | 2,700 | - | 2,700 | |
| | | Bin Conveyor Huseman | 10/31/2010 | 21,850 | p | ads | 10 | - | 21,850 | | 21,850 | 21,850 | - | 21,850 | |
| | | Huseman Bin Conveyer/Installation | 1/20/2011 | 10,099 | p | ads | 10 | - | 10,099 | | 10,099 | 10,099 | - | 10,099 | |
| | | Aweta Grader | 10/6/2017 | 759,169 | p | slmm | 10 | - | 759,169 | | 385,911 | 461,828 | 75,917 | 461,828 | |
| | | Hurst Labeling System | 9/15/2027 | 43,390 | p | slmm | 10 | - | 43,390 | | 22,418 | 26,757 | 4,339 | 26,757 | |
| | | Aweta Grader Lemons and Tang upgrade | 10/1/2018 | 419,802 | p | slmm | 10 | - | 419,805 | | 171,420 | 213,401 | 41,980 | 213,401 | |
| | | Hydraulic Unit | 2/17/2020 | 10,900 | p | slmm | 10 | - | 10,900 | | 2,907 | 3,997 | 1,090 | 3,997 | |
| | | | | 2,961,066 | | | | | 2,961,066 | | 2,310,458 | 1,748,302 | 123,326 | 2,433,785 | |

| Debtor | **Corona - College Heights Orange and Lemon Association** | Case number *(If known)* | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | |
| | **ERC Credit** | Tax year **2021** | **$1,656,025.00** |
| 73. | **Interests in insurance policies or annuities** | | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| | **John Demshki, ex CEO** | | **Unknown** |
| | Nature of claim | **Over Payments** | |
| | Amount requested | **$21,000,000.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| | **Soren McAdam - ex accounting firm** | | **Unknown** |
| | Nature of claim | **Did not find fraud** | |
| | Amount requested | **$0.00** | |
| 76. | **Trusts, equitable or future interests in property** | | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | |
| | **Overpayments to Growers** | | **$23,296,153.22** |

| Debtor | **Corona - College Heights Orange and Lemon Association** | Case number *(If known)* | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   $24,952,178.22

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

Debtor    **Corona - College Heights Orange and Lemon Association**

Name

Case number *(If known)*  **6:25-bk-14552-RB**

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $123,210.59 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $38,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,012,732.33 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $81,486.44 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $462,482.21 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...........................................> | | $2,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $24,952,178.22 | |
| 91. **Total.** Add lines 80 through 90 for each column | $26,670,089.79 | + 91b.  $2,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $29,170,089.79 |

**Fill in this information to identify the case:**

Debtor name    **Corona - College Heights Orange and Lemon Association**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **6:25-bk-14552-RB**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Co-Bank**<br>Creditor's Name<br><br>**6340 S. Fiddlers Green Circle**<br>**Englewood, CO 80111**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Packing Plant - 225 West Tulare Street, Dinuba, CA 93618**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$1,500,000.00** | **$2,500,000.00** |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Co-Bank**<br>**2. Co-Bank** | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Co-Bank**<br>Creditor's Name<br><br>**634 S. Fiddlers Green Circle**<br>**Englewood, CO 80111**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Packing Plant - 225 West Tulare Street, Dinuba, CA 93618**<br><br>**Describe the lien**<br>**Line of Credit**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$5,000,000.00** | **$2,500,000.00** |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $6,500,000.00 |
|---|

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Corona - College Heights Orange and Lemon Association**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **6:25-bk-14552-RB**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Abigail Vazquez Juarez**<br>**211 8th Street**<br>**Norco, CA 92860** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Alejandro M. Barrera**<br>**12210 Brixton Ct.**<br>**Moreno Valley, CA 92557** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **Corona - College Heights Orange and Lemon Association** | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Alejandro Martinez**
**5219 Bushnell Ave.**
**Riverside, CA 92505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Alex Galindo**
**991 W. Blaine St.**
**Riverside, CA 92507**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Alicia Manriquez**
**337 Leafwood Ct.**
**Riverside, CA 92506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Angelica M. Llamas**
**4657 Tomlinson Ave.**
**Riverside, CA 92503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Corona - College Heights Orange and Lemon Association** | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Angelina R. Romero**
**2226 9th Street**
**Riverside, CA 92507**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Arturo Aparicio**
**15433 Theresa Ave.**
**Moreno Valley, CA 92551**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Arturo G. Lomeli**
**8726 Brunswick Ave.**
**Riverside, CA 92503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Blanca E. Martinez**
**4918 Redrock Ave.**
**Riverside, CA 92503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**2.11** | Priority creditor's name and mailing address

**Cecilia Saenz**
**2949 Oakbrook Drive**
**Riverside, CA 92503**

As of the petition filing date, the claim is: $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purpose**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.12** | Priority creditor's name and mailing address

**Cipriana Baires**
**1161 S. "A" Street**
**Perris, CA 92570**

As of the petition filing date, the claim is: $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.13** | Priority creditor's name and mailing address

**Clemente Plascencia**
**3035 Molly St.**
**Riverside, CA 92506**

As of the petition filing date, the claim is: $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.14** | Priority creditor's name and mailing address

**Cristina Olivares**
**4214 Mescale Rd.**
**Riverside, CA 92504**

As of the petition filing date, the claim is: $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Emanuel Mandujano**
**3085 Cabernet Dr.**
**Mira Loma, CA 91752**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purpose**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Employment Development**
**Department**
**Bankruptcy Group MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice purposes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Erica Pastor Hernandez**
**608 E. Grand Blvd.**
**Corona, CA 92879**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section, MS:A-340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice purposes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Corona - College Heights Orange and Lemon Association** | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Fredy Puac Tajiboy**
**7582 Magnolia Ave.**
**Apt. 2**
**Riverside, CA 92504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Gabriel Felix Macias**
**5342 Tyler Street, Apt. A**
**Riverside, CA 92503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Grecy Guerra Guerra**
**1847 7th Street**
**Riverside, CA 92507**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Guadalupe Quintero**
**580 Treeline Dr., Apt. 205**
**Corona, CA 92879**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purpose**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Hugo A. Gualas Bojorques**
**9819 Diana Ave**
**Riverside, CA 92503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Special Procedures - Insolvency**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jaime Martinez Herrera**
**4278 Eileen Street**
**Riverside, CA 92504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Joaquin Herrera Merino**
**612 Gilmore Dr.**
**Corona, CA 92879**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**2.27** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Jorge Bedolla Aparicio**
**3198 Tangerine Way**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Jorge Zepeda Perez**
**7865 Evans Street**
**Riverside, CA 92504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Jose G. Fu**
**24007 Dandelion Ln**
**Valencia, CA 91354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Jose R. Chavez Jr**
**337 N. Silvervale Court**
**Visalia, CA 93291**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Corona - College Heights Orange and Lemon Association** | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Jose Romero**
7840 Magnolia Ave.
Apt. C
Riverside, CA 92504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purpose**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Josefina Gonzalez Hernandez**
1135 W. 9th Street
Apt. A
Corona, CA 92882

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Juan Macias**
5558 Challen Ave.
Riverside, CA 92503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Julian Gonzalez**
815 Cedar Street
Corona, CA 92879

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number *(if known)* | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Leobarda Jimenez**
**4326 Eileen Street**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Lucia Miranda Solis**
**8040 Magnolia Ave.**
**Suite 21**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purpose**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**MA Dolores Flores Plascen**
**3035 Molly Street**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purpose**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Margarita Hernandez Madr**
**311 1/2 S. Howard St.**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Corona - College Heights Orange and Lemon Association** | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

**2.39**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|
| **Maria A. Baldandra Padillo**<br>**3198 Tangerine Way**<br>**Riverside, CA 92506** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**2.40**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|
| **Maria Esther Munguia**<br>**3437 Hidalgo St.**<br>**San Bernardino, CA 92404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**2.41**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|
| **Mariana H. Madrigal**<br>**3855 Skofstad, Apt. 20**<br>**Riverside, CA 92505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**2.42**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|
| **Marlon Monge Valladares**<br>**3912 Jackson Street**<br>**Apt. 3**<br>**Riverside, CA 92503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|--------|------|------|------|
| | Name | | |

**2.43** Priority creditor's name and mailing address

**Martin Zepeda Perez**
**7865 Evan St.**
**Riverside, CA 92504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.44** Priority creditor's name and mailing address

**Miguel De Los Santos Ajia**
**5515 Dean Way**
**Riverside, CA 92504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.45** Priority creditor's name and mailing address

**Noe Cruz Lujan**
**3696 Myers Street**
**Riverside, CA 92503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.46** Priority creditor's name and mailing address

**Richard D. Melton**
**20780 Stony Brook Circle**
**Riverside, CA 92508**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Corona - College Heights Orange and Lemon Association** | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Riverside County Treasurer-Tax Coll**
**4080 Lemon Street**
**Riverside, CA 92501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Rosalba Sifuentes**
**1289 N. Berkley Ave.**
**San Bernardino, CA 92405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purpose**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ruben Gutierrez**
**28409 Forest Oaks Way**
**Moreno Valley, CA 92555**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Soila Sandoval Welkley**
**8710 San Vicente Ave.**
**Riverside, CA 92503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**2.51**

Priority creditor's name and mailing address
**State Board of Equalization
Special Operations BK Team,
MIC:74
P.O. Box 942879
Sacramento, CA 94279**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice purposes.**

Is the claim subject to offset?
■ No
☐ Yes

$0.00          $0.00

---

**2.52**

Priority creditor's name and mailing address
**Tomas Garcia
3170 Pricilla
Riverside, CA 92506**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Purposes**

Is the claim subject to offset?
■ No
☐ Yes

$0.00          $0.00

---

**2.53**

Priority creditor's name and mailing address
**Veda Lomeli-Gomez
5456 Rutland Ave.
Riverside, CA 92503**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Purposes**

Is the claim subject to offset?
■ No
☐ Yes

$0.00          $0.00

---

**2.54**

Priority creditor's name and mailing address
**Yvonne M. Buis
17042 Whispering Brook WA
Riverside, CA 92503**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Purposes**

Is the claim subject to offset?
■ No
☐ Yes

$0.00          $0.00

---

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Corona - College Heights Orange and Lemon Association** | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| Date(s) debt was incurred __ | ☐ Disputed | |
| Last 4 digits of account number __ | **Basis for the claim:** __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,748.40 |
|---|---|---|
| **2K Commercial CDV, LLC**<br>**111107 Roselle Street**<br>**San Diego, CA 92121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Grower Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $625.28 |
|---|---|---|
| **3 Brockman Farms, Inc.**<br>**Attn: Brock Moore**<br>**4292 Avalon Ave.**<br>**Fresno, CA 93722** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Grower Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,988.74 |
|---|---|---|
| **49 Acre Scholle Ranch LLC**<br>**c/o Diane Connelly**<br>**289 E. Los Angeles Ave.**<br>**Somis, CA 93066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Grower Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $640,297.06 |
|---|---|---|
| **A&W Ranch**<br>**P.o. Box 1959**<br>**Escondido, CA 92033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Vendor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,955.94 |
|---|---|---|
| **A.C. Sherwood Farms**<br>**Alex Camany**<br>**1665 E. Manning**<br>**Fresno, CA 93725** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Grower Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,870.60 |
|---|---|---|
| **AA Refrigeration Corporation**<br>**651 S. Palm Street**<br>**Ste C**<br>**La Habra, CA 90631** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Vendor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39.36 |
|---|---|---|---|

**Aaron and Kimberly Adams**
37880 Ladera Vista Dr.
Temecula, CA 92592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $221.01 |
|---|---|---|---|

**Acacia Farm, LLC**
Attn: Grace Arnold
P.O. Box 1968
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157,882.00 |
|---|---|---|---|

**Academy Ranch**
P.O. Box 1959
Escondido, CA 92033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,000.00 |
|---|---|---|---|

**Access Organics**
405 Bowdish Rd.
Kalispell, MT 59901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107.52 |
|---|---|---|---|

**Adrian Enriquez**
P.O. Box 1089
Ventura, CA 93002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $692.92 |
|---|---|---|---|

**AGQ USA**
2451 Eastman Ave
Ste 1
Oxnard, CA 93030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,016.00 |
|---|---|---|---|

**Agustin B. Bautista Trucking**
91078 Gardenia Ct
Mecca, CA 92254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,297.49** |
| | **Airgas USA, LLC** | ☐ Contingent | |
| | **P.O. Box 102289** | ☐ Unliquidated | |
| | **Pasadena, CA 91189-2289** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Aladdin Lands LLC** | ☐ Contingent | |
| | **15641 Computer Lane** | ☐ Unliquidated | |
| | **Huntington Beach, CA 92649** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.76** |
| | **Alan Johnson** | ☐ Contingent | |
| | **P.O. Box 2651** | ☐ Unliquidated | |
| | **Rancho Santa Fe, CA 92067** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Grower Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.08** |
| | **Albert J. Puglisi** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Rancho Santa Fe, CA 92067** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Grower Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.61** |
| | **Albert Reese** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Fallbrook, CA 92028** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Grower Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Albert T. Stehly** | ☐ Contingent | |
| | **27873 Evergreen Way** | ☐ Unliquidated | |
| | **Valley Center, CA 92082** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.96** |
| | **Alexander Guerra** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Escondido, CA 92030** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Grower Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Allen Blackmore**
P.O. Box 424
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$504.85**

**Allen Chitayat**
P.O. Box 7278
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,254.30**

**Allied Universal
Security Services**
P.O. Box 277469
Hollywood, FL 33084-7469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.36**

**Allison & Scott Stratton**
P.O. Box 2612
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,521.46**

**American Express Co.**
P.O. Box 96001
Los Angeles, CA 90096-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$998.22**

**Amy Stout**
P.O. Box 2244
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,954.00**

**Anastassiou & Associates**
P.O. Box 2210
Salinas, CA 93902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35.54**

Andrew Chang, M.D. DDS
P.O. Box 9212
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Grower Debt

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19.05**

Andrew Chitea

Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Grower Debt

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23.44**

Ann Rhoads
P.O. Box 2214
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Grower Debt

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Ann-Marie Srivastava
7895 S. Fairfax Court
Littleton, CO 80122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$118.40**

Anne G. Fitzsimmons

Apt. 108
Hemet, CA 92545

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Grower Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$61.69**

Anthony Seddon Thornley
P.O. Box 1558
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Grower Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Anthony Vineyards, Inc.
P.O. Box 9578
Bakersfield, CA 93389-9578

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,915.88**

**Antonio Mountain Ranch, LLC**
P.O. Box 6400
CA 92634

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$128.96**

**Aram Minasian**
P.O. Box 5005-4
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Archer Ranch, Inc.**
2521 Green Acres
Visalia, CA 93291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Arlington Heights**
**NEED FULL ADDRESS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.92**

**Arvan Franklin Kent**
9229 W. Stirrup Dr.
Boise, ID 83709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$416.78**

**Associated Time on Demand**
545 E. John Carpenter Fwy 875
Irving, TX 75062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,564.69**

**AT&T**
P.O. Box 5025
Carol Stream, IL 60197-5017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.43**

**Nonpriority creditor's name and mailing address**
Babcock Laboratories, Inc.
P.O. Box 432
Riverside, CA 92502-0432

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

**$1,302.23**

---

**3.44**

**Nonpriority creditor's name and mailing address**
Balcom Ranch
Attn: Mark Brown
3363 Black Ave
Simi Valley, CA 93063

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Grower Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$242,024.34**

---

**3.45**

**Nonpriority creditor's name and mailing address**
Baldor Specialty Foods, Inc.
155 Food Center Drive
Bronx, NY 10474

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

**$1,608.00**

---

**3.46**

**Nonpriority creditor's name and mailing address**
Balmuth
8000 Lincoln Ave.
Riverside, CA 92504

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Grower Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$2.24**

---

**3.47**

**Nonpriority creditor's name and mailing address**
Barbara Buck

Sebastopol, CA 95472

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Grower Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$2.56**

---

**3.48**

**Nonpriority creditor's name and mailing address**
Barbara Kessel
1020 Blue Bell Way
San Luis Obispo, CA 93401

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Grower Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$1,848.88**

---

**3.49**

**Nonpriority creditor's name and mailing address**
Barbara N. Zaccheo
Re: Dean Nichols
89 Crescent St.
Greenfield, MA 01301

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Grower Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$790.30**

---

| Debtor | **Corona - College Heights Orange and Lemon Association** | Case number *(if known)* | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

---

**3.50**

**Nonpriority creditor's name and mailing address**
**Barbi & Dave Krome**
P.O. Box 1489
Rancho Santa Fe, CA 92067

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$50.30**

---

**3.51**

**Nonpriority creditor's name and mailing address**
**Bard Ranch**
319 Lambert Street, #B
Oxnard, CA 93036

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,058.08**

---

**3.52**

**Nonpriority creditor's name and mailing address**
**Barnes Welding Supply**
P.O. Box 1666
Fresno, CA 93717-1666

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

**$3,472.18**

---

**3.53**

**Nonpriority creditor's name and mailing address**
**Barry & Debra Yellen**
2240 Encinitas Blvd., #469
Encinitas, CA 92024

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$960.89**

---

**3.54**

**Nonpriority creditor's name and mailing address**
**Barsdale United Methodist Church**
1498 Barsdale Ave.
Fillmore, CA 93015

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$71.68**

---

**3.55**

**Nonpriority creditor's name and mailing address**
**Bart Neglia**
**Peggy Neglia**
Solana Beach, CA 92075-2616

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$34.88**

---

**3.56**

**Nonpriority creditor's name and mailing address**
**Bary Baily**
P.O. Box 830
Rancho Santa Fe, CA 92067

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$85.44**

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,691.00**

Bernard & Sons Pallets Inc.
P.O. Box 682
Fontana, CA 92334-0682

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$475.20**

Bernice Wendt
1461 Monterey Rd., #28G
Seal Beach, CA 90740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

Betty Arreola
1381 Reservoir Dr.
San Bernardino, CA 92407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,718.60**

Betty P. Renck
8537 Magnolia Ave.
Apt. 236
Riverside, CA 92504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$111.26**

Betty Rantze
P.O. Box 831589
Dallas, TX 75283

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$171.66**

Beverly Gepfer & Kirk Martens

Encinitas, CA 92024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,093.80**

Big Ben, LP
Attn: Steven Gilfenbain
9777 Wilshire Blvd., #900
Beverly Hills, CA 90212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.04 |
|---|---|---|---|

**Bill & Kay Gurtin**
6514 Muirlands Dr.
La Jolla, CA 92037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.24 |
|---|---|---|---|

**Bill & Linda Hawkins**
P.O. Box 5000
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61.44 |
|---|---|---|---|

**Bill Thomas**
28101 Sycamore Mesa Rd.
Temecula, CA 92590

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $465.71 |
|---|---|---|---|

**Black Family Trust**
P.O. Box 278
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.96 |
|---|---|---|---|

**Blanche E. Hubble**

CA 91719

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bloom to Box Crop Care, Inc.**
c/o Mark McBroom
P.O. Box 960
Calipatria, CA 92233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $235.84 |
|---|---|---|---|

**Bob Gallagher**
1068 Wiegard St.
Encinitas, CA 92024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Corona - College Heights Orange and Lemon Association | | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,389.65 |
|---|---|---|---|
| | **Bob or Lisa Hammond**<br>**1002 Chambersburg Rd.**<br>**Fillmore, CA 93015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Grower Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $95.84 |
|---|---|---|---|
| | **Bob Schaich**<br>**1155 Meadow Lake Dr.**<br>**Apt. 1**<br>**Vista, CA 92084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Grower Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Borrego Farms, Inc.**<br>**32540 Couser Canyon Road**<br>**Valley Center, CA 92082** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23.04 |
|---|---|---|---|
| | **Bradford H. Miller**<br>**30900 Rancho Viejo**<br>**Ste. 155**<br>**San Juan Capistrano, CA 92675** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Grower Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $640.97 |
|---|---|---|---|
| | **Breezy Services**<br>**P.O. Box 508**<br>**Mason, OH 45040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Grower Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $443.55 |
|---|---|---|---|
| | **Brian and Maria Sauer**<br>**P.O. Box 431**<br>**Rancho Santa Fe, CA 92067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26.84 |
|---|---|---|---|
| | **Brian Edmonds**<br>**202 Boardman Road**<br>**Ojai, CA 93023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Grower Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.78**

**Nonpriority creditor's name and mailing address**

**Bridget McDonald**
P.O. Box 669
Rancho Santa Fe, CA 92067-0669

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10.24**

---

**3.79**

**Nonpriority creditor's name and mailing address**

**Briles Palm Farm**

Palos Verdes Peninsula, CA 90274-4239

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$94.08**

---

**3.80**

**Nonpriority creditor's name and mailing address**

**Brion Applegate**
P.O. Box 7082
Rancho Santa Fe, CA 92067

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$219.03**

---

**3.81**

**Nonpriority creditor's name and mailing address**

**Bruce Beyor**

Rancho Santa Fe, CA 92067

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$17.60**

---

**3.82**

**Nonpriority creditor's name and mailing address**

**Bruce I. Wennerstrom**
1120 Via De Rey
Goleta, CA 93117

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$88.00**

---

**3.83**

**Nonpriority creditor's name and mailing address**

**Bryan F. Watson**
410 S. Granados Ave.
Solana Beach, CA 92075-2015

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10.88**

---

**3.84**

**Nonpriority creditor's name and mailing address**

**Burton & Megan Lustine**

Rancho Santa Fe, CA 92067

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$62.08**

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,932.03** |
|---|---|---|---|

**Buskirk Family Groves, Inc.**
**33541 Binnacle Dr.**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$444.30** |
|---|---|---|---|

**C.H. Robinson Company**
**Attn: Don Kneepkens**
**14701 Charleson Rd.**
**Ste 900**
**Eden Prairie, MN 55347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.08** |
|---|---|---|---|

**C.R. Hale**

**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,587.11** |
|---|---|---|---|

**CA/AZ Lemon Growers Assoc**
**P.O. Box 6696**
**Visalia, CA 93290-6696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,978.00** |
|---|---|---|---|

**Cacy Ranches**
**26589 Road 192**
**Exeter, CA 93221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cain Ranch**
**c/o James Barkley**
**Las Vegas, NV 89138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,960.05** |
|---|---|---|---|

**Cal Poly Pomona Foundation Inc.**
**3801 W. Temple Ave., Blvd. 55**
**Pomona, CA 91768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,820.00**

Calderon & Sons Trucking, Inc.
1055 Corte La Brisa
Santa Paula, CA 93060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$118,486.50**

Calfornia Citrus Mutual
512 N. Kaweah Ave.
Exeter, CA 93221-1200

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,381.52**

Calfornia Conrolled Atmosphere
39138 Road 56
Dinuba, CA 93618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$529,904.41**

Caliente Ranch
c/o John Gless
18541 Van Buren Blvd.
Riverside, CA 92507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$68,850.00**

California Citrus Harvesting, Inc.
20780 Stony Brook Cir
Riverside, CA 92508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,240.00**

California Citrus Trucking Inc.
37666 College Dr., Apt. 203
Palm Desert, CA 92211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,469.86**

California Industrial Rubber
P.O. Box 2456
Fresno, CA 93745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,180.18**

**California Packaging**
**845 N. Euclid Ave**
**Ontario, CA 91762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$162.75**

**California Tool Welding Supply**
**201 N. Main Street**
**Riverside, CA 92501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.20**

**Carl H. Zannger, Trustee**
**25421 Sea Bluff Dr., #118**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Carl Kessel**
**505 Ash St.**
**Los Osos, CA 93402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113.93**

**Caroline Nelson**
**P.O. Box 264**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.60**

**Cassou**
**8000 Lincoln Ave.**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53.12**

**Catherine Glass**

**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number *(if known)* | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

---

**3.106** | Nonpriority creditor's name and mailing address

**CDFA Cashier 90011**
**Dept. of Food & Agriculture**
**P.O. Box 942872**
**Sacramento, CA 94271-2872**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$256,095.72

---

**3.107** | Nonpriority creditor's name and mailing address

**CDFA-SPI 411**
**P.O. Box 942875**
**Sacramento, CA 94271**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$13,259.22

---

**3.108** | Nonpriority creditor's name and mailing address

**Charles & Victoria Davis**
**7988 La Cienega St.**
**Las Vegas, NV 89123**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

$837.75

---

**3.109** | Nonpriority creditor's name and mailing address

**Charles A. Adams**
**2234 Woodwind Dr.**
**Encinitas, CA 92024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

$113.63

---

**3.110** | Nonpriority creditor's name and mailing address

**Charles A. McDaniel, Jr.**
**46366 Sandia Creek Dr.**
**Temecula, CA 92590**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

$5.12

---

**3.111** | Nonpriority creditor's name and mailing address

**Charles Cuff**
**653 Raymond Ave.**
**CA 90450**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

$105.77

---

**3.112** | Nonpriority creditor's name and mailing address

**Charles Cuff**
**653 Raymond Ave.**
**Santa Monica, CA 90405**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

$3.52

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.113**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.95 |
|---|---|---|
| **Charles Noell**<br>**1540 Soldedad Ave**<br>**La Jolla, CA 92037-3815** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Grower Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.114**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $344.15 |
|---|---|---|
| **Charles W. Dutton III**<br>**2525 Raeburn Drive**<br>**Riverside, CA 92506** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Grower Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.115**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $113.10 |
|---|---|---|
| **Charles W. Dutton Jr.**<br>**8201 Auto Drive**<br>**Riverside, CA 92504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Grower Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.116**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.21 |
|---|---|---|
| **Charlie Persico**<br>**P.O. Box 7159**<br>**Rancho Santa Fe, CA 92067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Grower Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.117**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,233.75 |
|---|---|---|
| **Charlie's Produce**<br>**P.O. Box 24606**<br>**Seattle, WA 98124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.118**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.37 |
|---|---|---|
| **Charlotte Delaney**<br>**633 Ardsley Rd.**<br>**Winnetka, IL 60093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Grower Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.119**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $732.00 |
|---|---|---|
| **Chem Pro Laboratory, Inc.**<br>**P.O. Box 157**<br>**Mead, NE 68041** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,305.31 |
|---|---|---|---|

**CHEP USA**
**File 749003**
**Los Angeles, CA 90074-9003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $196.19 |
|---|---|---|---|

**Chris Baker**
**P.O. Box 7284**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.75 |
|---|---|---|---|

**Chris Lynch**
**2596 Raeburn Dr.**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $337.97 |
|---|---|---|---|

**Chris Smith**

**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $767.45 |
|---|---|---|---|

**Chris Taylor**
**P.O. Box 2014**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,286.46 |
|---|---|---|---|

**Christian Singletary**
**1351 Firethorn Avenue**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Christianson Roofing Co., Inc.**
**1939 Monroe Street**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$146.28**

Cindy & Larry Bloch
P.O. Box 2273
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,932.14**

Cintas Corp.
P.O. Box 29059
Phoenix, AZ 85038-9059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,784.31**

Circle K.  Products, Inc.
dba. Endivina Luz
P.O. Box 909
Temecula, CA 92593

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,222.40**

Circle Vision, LLC
1006 Segovia Circle
Placentia, CA 92870

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84,508.61**

Citrus Research Board
P.O. Box 230
Fresno, CA 93729

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,244.84**

City of Dinuba
405 E. El Monte Way
Dinuba, CA 93618-1691

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,643.70**

City of Riverside
City Hall - Plaza Level
3900 Main Street
Riverside, CA 92522-0144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | | |
|---|---|---|---|
| | Name | Case number (if known) | **6:25-bk-14552-RB** |

---

**3.134** | Nonpriority creditor's name and mailing address | | **$1,948.15**

**City of Riverside**
8095 Lincoln Ave.
Riverside, CA 92504

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | | **$35.84**

**Clifford A. Walters**

Redlands, CA 92373

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | | **$15,490.91**

**Clifford W. Nichols**
Susan A. Nichols
P.O. Box 891657
Temecula, CA 92589

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | | **$8.65**

**Clifton R. Peterson**
205 S. Helix Ave
Unit F
Santa Ana, CA 92705

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | | **$46,263.18**

**Cobank**
P.O. Box 209422
Dallas, TX 75320-9422

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | | **$98,750.96**

**Cocopah Nursery, Inc.**
81-880 Arus Ave.
Indio, CA 92201

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | | **$302.08**

**Cocopah Nursery, Inc.**
81-880 Arus Ave
Indio, CA 92201

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$269.94** |
|---|---|---|---|
| | **Colleen Greenway**<br>P.O. Box 946<br>Rancho Santa Fe, CA 92067 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Grower Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$481.75** |
|---|---|---|---|
| | **Computer Lab Int.**<br>735 Challenger Street<br>Unit B<br>Brea, CA 92821 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,939.19** |
|---|---|---|---|
| | **Coolsys Commercial & Ind. Solutions**<br>P.O. Box 101847<br>Pasadena, CA 91189-1847 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,686.46** |
|---|---|---|---|
| | **Copeland Cold Chain LP:**<br>P.O. Box 102071<br>Pasadena, CA 91189-2071 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Corona Ranch & Land Co.**<br>c/o Mary Corona<br>33320 Temecula Pkwy<br>Temecula, CA 92592 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Notice purposes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,534.37** |
|---|---|---|---|
| | **Cottontail Creek Ranch**<br>1885 Cottontail Creek Rd.<br>Cayucos, CA 93430 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Grower Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$174.08** |
|---|---|---|---|
| | **Courtney V. Anderson**<br>1019 East Fenwick Way<br>Cedar City, UT 84721 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Grower Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.148** | **Nonpriority creditor's name and mailing address** | | **$1.28**

**Crosby**
8000 Lincoln Ave.
Riverside, CA 92504

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | | **$295,770.95**

**Ctrust Staffing LLC**
729 W. Lacey Blvd., Suite 6A
Hanford, CA 93230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | | **$154.94**

**Dale Moody**
3433 Lonejack Rd.
Encinitas, CA 92024

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | | **$196.74**

**Dan Patrick**
P.O. Box 1747
Rancho Santa Fe, CA 92067

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | | **$57,960.00**

**Daniel M. Campbell Properties**
P.O. Box 3737
Ventura, CA 93006

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | | **$8,405.07**

**Darren Baker**
**Baker Family Farm**
P.O. Box 22
Bonsall, CA 92003

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | | **$40.96**

**Dave Mounier**

San Diego, CA 92128

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.155** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$294,735.07**

**Dave Roberts**
**39237 Road 172**
**Visalia, CA 93292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.84**

**David Cheresh**
**3277 Lone Hill Lane**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.20**

**David Cumming**
**1794 Olympic Pkwy**
**Park City, UT 84098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,090.76**

**David Gamboa NJ Land LLC**
**Attn: Joel O. Garcia**
**17160 McAllister Street**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,595.00**

**David Lerew**
**2695 Wintertree Ct**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.71**

**David Love**

**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.15**

**David Moorhead**
**602 Genius Dr.**
**Winter Park, FL 32789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $733.65 |
|---|---|---|---|

**David Neblett**
P.O. Box 2646
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $93.44 |
|---|---|---|---|

**David Peery**
2612 Chauncy Pl.
Riverside, CA 92506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,115.07 |
|---|---|---|---|

**David Schibler**
3533 Fortuna Ranch Rd.
Encinitas, CA 92024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $39.18 |
|---|---|---|---|

**Dean Nichols**
P.O. Box 442
Valley Center, CA 92082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Deanna T. Santoro**
2895 So. Main St.
CA 91720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9.60 |
|---|---|---|---|

**Dee & William Snow**

Encinitas, CA 92024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Del Rancho Farms LLC**
P.O. Box 2745
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.88 |
|---|---|---|---|

**Dennis Philips**
P.O. Box 50312
Santa Barbara, CA 93150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Dept of Industrial Relations**
P.O. Box 511266
Los Angeles, CA 90051-7821

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $380.00 |
|---|---|---|---|

**Dept of Motor Vehicles**
P.O. Box 942894
Sacramento, CA 94294-0894

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,550.10 |
|---|---|---|---|

**Dimare Enterprises, Inc.**
P.O. Box 517
Newman, CA 95360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,546.05 |
|---|---|---|---|

**Dinuba Lumber Company Inc.**
P.O. Box 156
Dinuba, CA 93618-0156

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,961.08 |
|---|---|---|---|

**DM Harvesting & Trucking LLC**
20192 Ave 232
Lindsay, CA 93247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.56 |
|---|---|---|---|

**Don Stuckey**

Bonsall, CA 92003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address**<br>**Donald B. Fuller**<br>P.O. Box 1273<br>Solana Beach, CA 92075-7273 | **$48.03** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| | | |
|---|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address**<br>**Donald Kaplan**<br>P.O. Box 884<br>Rancho Santa Fe, CA 92067 | **$20.16** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| | | |
|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address**<br>**Donald Reed**<br>2646 McAllister Street<br>Riverside, CA 92503 | **$4,974.50** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| | | |
|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address**<br>**Donald Schmidt**<br>15629 Highland Valley Road<br>Escondido, CA 92025 | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.180 | **Nonpriority creditor's name and mailing address**<br>**Dorsey Family Groves, LLC**<br>961 James Rd.<br>Villa Park, CA 92861 | **$410,250.86** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.181 | **Nonpriority creditor's name and mailing address**<br>**Doug & Jan Mceachern**<br>P.O. Box 7143<br>Rancho Santa Fe, CA 92067 | **$1.20** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.182 | **Nonpriority creditor's name and mailing address**<br>**Doug Barnhart**<br>P.O. Box 2335<br>Rancho Santa Fe, CA 92067 | **$247.90** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

**3.183**

**Nonpriority creditor's name and mailing address**

**Douglas Bingham**
**Anita Noone**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Grower Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$12.48**

---

**3.184**

**Nonpriority creditor's name and mailing address**

**Dovex Export Company**
**1705 N. Miller Street**
**Wenatchee, WA 98801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

**$5,500.00**

---

**3.185**

**Nonpriority creditor's name and mailing address**

**Dr. Allred**
**c/o Cathy Monji**
**4961 Katella Ave.**
**Los Alamitos, CA 90720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice purposes__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.186**

**Nonpriority creditor's name and mailing address**

**Dr. Keven and Naghmeh Tagdiri**
**3401 Calle Margarita**
**Encinitas, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Grower Debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$76.73**

---

**3.187**

**Nonpriority creditor's name and mailing address**

**Dr. Stephen Butchko**
**5488 Mission Blvd.**
**Riverside, CA 92509**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Grower Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

**3.188**

**Nonpriority creditor's name and mailing address**

**Drew & Kim Schneider**
**P.O. Box 2142**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.189**

**Nonpriority creditor's name and mailing address**

**DSCS Trucking LLC**
**Attn: Daniel Soto**
**480 Brittany Dr.**
**Corona, CA 92879**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$23,530.95**

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118.40 |
|---|---|---|---|

**DSHDD, LLC**
**dba: Davis Farms**
**P.O. Box 10343**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.28 |
|---|---|---|---|

**Duayne Weinger**
**P.O. Box 385**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,719.60 |
|---|---|---|---|

**Durand Wayland Spraying & Packing**
**P.O. Box 1404**
**Lagrange, GA 30241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,565.91 |
|---|---|---|---|

**Dynamic Finance Corporation**
**Attn: Dominic Leung**
**10001 Westhedimer Rd.**
**Ste. 288**
**Houston, TX 77042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,182.64 |
|---|---|---|---|

**Eagle Hawk LLC**
**c/o Kerrick Bubb**
**650 S. La Salle St.**
**Redlands, CA 92374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $795.00 |
|---|---|---|---|

**Eagle Maintenance**
**420 N. McKinley St.**
**Suite 111-403**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107.52 |
|---|---|---|---|

**Earle F. Jones**
**P.O. Box 16807**
**Jackson, MS 39236-6807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Corona - College Heights Orange and Lemon Association | Case number *(if known)* | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214,566.40 |
|---|---|---|---|

**Ecapital Commercial Finance**
**Omni Resource Solutions LLC**
**2975 Regent Blvd., #100**
**Irving, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74,507.78 |
|---|---|---|---|

**Ecino Grande Ranch LLC**
**Natalie Cohen**
**1410 Cottontail Creek Rd**
**Cayucos, CA 93430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.00 |
|---|---|---|---|

**Edward K Wellmeyer**

**Riverside, CA 92513-7135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42.24 |
|---|---|---|---|

**Edward Spector**
**c/o Margate Associates**
**2720 Loker Ave. W. Ste. K**
**Carlsbad, CA 92010-6605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83.52 |
|---|---|---|---|

**Edwards Living Trust**
**Roger Meyers Trustee**
**119 N. El Camino Real, Ste. F**
**Encinitas, CA 92024-5397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123,714.50 |
|---|---|---|---|

**El Espinal FLC**
**56801 Harrison Street**
**Thermal, CA 92274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.54 |
|---|---|---|---|

**Eleanor Dayle Zwart**
**P.O. Box 298**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.27 |
|---|---|---|---|

**Elisabeth P. Winn**
**60 Pine Valley Ln**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.74 |
|---|---|---|---|

**Eric Anderson**
**2276 Woodwind Dr.**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Faulkner**
**P.O. Box 7132**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.01 |
|---|---|---|---|

**Eric Johnson**
**2823 Rumsey Dr.**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $528.25 |
|---|---|---|---|

**Erica Conger**
**P.O. Box 7010**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.68 |
|---|---|---|---|

**Ernie Walquarrie**
**8000 Lincoln Ave.**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205.12 |
|---|---|---|---|

**F.M. Scott**
**P.O. Box 830**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

---

**3.211** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,237.76**

**Fairfield Farms LLC**
**14224 Old Cole Grade**
**Pauma Valley, CA 92061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Fein Ranch**
**c/o Brian Joel Fien**
**1600 E. Coelho Ave.**
**Tulare, CA 93274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$133.04**

**Ferrier**
**8000 Lincoln**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Fien Ranch**
**Brian Joel Fien**
**1600 E. Coelho Ave**
**Tulare, CA 93274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,180.00**

**Fillmore-Piru Citrus Assn.**
**P.O. Box 350**
**Piru, CA 93040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$396.01**

**Fleetpride**
**P.O. Box 847118**
**Dallas, TX 75284-7118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,584.86**

**Floarn M. Ltt**
**35870 Pauba Road**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91,635.20 |
|---|---|---|---|

**Foothill Organics**
1203 S. Sespe St.
Fillmore, CA 93015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Grower Debt

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**For His Glora Far4ms**
32840 Lilac Road
Valley Center, CA 92082-3772

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Notice Purposes

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,594.00 |
|---|---|---|---|

**Fortis Fire & Safety**
205 Lewis Court
Corona, CA 92882

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,713.69 |
|---|---|---|---|

**Fox Packaging**
P.O. Box 2288
2200 Fox Drive
McAllen, TX 78502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.58 |
|---|---|---|---|

**Francisco Cabang**

Fallbrook, CA 92028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Grower Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.75 |
|---|---|---|---|

**Frank A. McCormick**
41370 Valenica Way
Temecula, CA 92592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Grower Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.11 |
|---|---|---|---|

**Frank R. Ramos**
11 Arbutus Ln
Stony Brook, NY 11790-1408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Grower Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|--------|------|------|------|
| | Name | | |

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$415.36**

Frank Wattles
P.O. Box 3514
Manhattan Beach, CA 90266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Fred Howe
P.O. Box 1027
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,137.39**

Fritts Ford
8000 Auto Center Drive
Riverside, CA 92504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$191,241.16**

Fruit Growers Supply Company
P.O. Box 847348
Los Angeles, CA 90084-7348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Gale A. Teunissen Living Trust
2006 Adams St.
Riverside, CA 92504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,343.58**

Garcias Pallets, Inc.
4125 S. Golden State Blvd.
Fresno, CA 93725

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$128.35**

Gary & Diana Macek
P.O. Box 2048
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.232** | **Nonpriority creditor's name and mailing address**
**Gary Aguirre & Mary Pomares**
6195 Quail Run St
San Diego, CA 92130-5780

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$204.89**

---

**3.233** | **Nonpriority creditor's name and mailing address**
**Gary H. Johnson**
P.O. Box 1330
Fallbrook, CA 92028

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.234** | **Nonpriority creditor's name and mailing address**
**Gary Kaminsky**
P.O. Box 7233
Rancho Santa Fe, CA 92067

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$117.24**

---

**3.235** | **Nonpriority creditor's name and mailing address**
**Gary McMillan**
29379 Rancho Calif Rd.
Ste. 201
Temecula, CA 92592

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,956.93**

---

**3.236** | **Nonpriority creditor's name and mailing address**
**Gary Vanden Berg**
P.O. Box 1067
Rancho Santa Fe, CA 92067

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$30.40**

---

**3.237** | **Nonpriority creditor's name and mailing address**
**Gene A. Littler**
P.O. Box 1949
Rancho Santa Fe, CA 92067

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$35.84**

---

**3.238** | **Nonpriority creditor's name and mailing address**
**Genuine Auto Parts/NAPA**
311 E. Valley Blvd.
Colton, CA 92324

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Corona - College Heights Orange and Lemon Association | | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|---|
| | Name | | | |

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Genus L.P.**
c/o Ryan Rothfliesch
129 S. El Cerrito
Brawley, CA 92227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $164.91 |
|---|---|---|---|

**George Pitman**
P.O. Box 1283
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**George Wilson, MD**
73484 Tamarisk St.
Newport Beach, CA 92660-5734

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.75 |
|---|---|---|---|

**Giesler Management Group, LLC**
2317 Heliothorpe Dr.
Santa Ana, CA 92706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $632.27 |
|---|---|---|---|

**Gold Coast Growers, LLC**
Attn: Mike Rocker
P.O. Bx 1147
Thermal, CA 92274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.44 |
|---|---|---|---|

**Golden Bear**
8000 Lincoln Avenue
Riverside, CA 92507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83,689.19 |
|---|---|---|---|

**Golden Door**
777 Deer Springs Road
  CA 92670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,185.96 |
|---|---|---|---|

**Golden Paramounts FLS, Inc.**
849 E. Harvard Blvd., #180
Santa Paula, CA 93060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $372.48 |
|---|---|---|---|

**Gopher Canyon, LP**

San Diego, CA 92130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $854.69 |
|---|---|---|---|

**Gray Lift Inc**
P.O. Box 14338
Oakland, CA 94614-2388

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48.11 |
|---|---|---|---|

**Greg Hillgren**
P.O. Box 2527
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.36 |
|---|---|---|---|

**Greta Glenn Farms**

San Diego, CA 92130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,072.00 |
|---|---|---|---|

**Grower's Direct Produce, Inc.**
319 W. Murray Ave.
Visalia, CA 93291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55.68 |
|---|---|---|---|

**H.R. Rokeby-Johnson**
P.O. Box 1513
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Corona - College Heights Orange and Lemon Association** | Case number *(if known)* | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

---

**3.253** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$111.32**

**Hacienda RSF, LLC**
P.O. Box 642
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$197.53**

**Hampel Construction**
8000
Rancho Santa Fe, CA 92067-7227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$247.90**

**Hanna Donovan**
P.O. Box 2287
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.15**

**Hanneli Lee**
P.O. Box 7097
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.60**

**Hassien Eslambolchi**

San Francisco, CA 94115-1312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.80**

**Henry Ranch**
Attn: Richard A. Opel
Escondido, CA 92027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$103.29**

**Henry Zahner**
540 Deadwood Dr.
Escondido, CA 92029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

| 3.260 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$162.93** |
|---|---|---|---|
| | **Hill Star Grove** <br> **Dufek Ranch** <br> **P.O. Box 893069** <br> **Temecula, CA 92589** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Grower Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$48.64** |
|---|---|---|---|
| | **Hiromu Shoji** <br> **1527 Weston Way** <br> **Riverside, CA 92506** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Grower Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,217.78** |
|---|---|---|---|
| | **Holmes Ag. Mgmt** <br> **1665 E. Manning** <br> **Fresno, CA 93725** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Grower Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$85.17** |
|---|---|---|---|
| | **Home Depot Credit Services** <br> **Dept. 32-2500148964** <br> **Phoenix, AZ 85062-8047** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$39,525.00** |
|---|---|---|---|
| | **Homegrown Organic Farms** <br> **Attn: AR Dept.** <br> **900 W. Grand Ave** <br> **Porterville, CA 93257** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,310.31** |
|---|---|---|---|
| | **Horn Technologies & Services** <br> **2020 S. Golden State Blvd** <br> **#103** <br> **Fowler, CA 93625** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vendor - Pending Lawsuit__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$921.60** |
|---|---|---|---|
| | **Howard P. Marguelas** <br> **59 Damonte Ranch Pkwy Ste B495** <br> **Reno, NV 89521** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Grower Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.267**

**Nonpriority creditor's name and mailing address**

**Howard P. Marguleas**
**1 Columbia Drive**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.268**

**Nonpriority creditor's name and mailing address**

**Hughes**

 **CA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

**$74.94**

---

**3.269**

**Nonpriority creditor's name and mailing address**

**Hurst International, LLC**
**P.O. Box 5169**
**Chatsworth, CA 91311-5169**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

**$161.33**

---

**3.270**

**Nonpriority creditor's name and mailing address**

**I Trade Network Inc.**
**P.O. Box 935209**
**Atlanta, GA 31193-5209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

**$11,404.08**

---

**3.271**

**Nonpriority creditor's name and mailing address**

**Ian McDonald**
**3380 Calle Margarita**
**Encinitas, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

**$725.25**

---

**3.272**

**Nonpriority creditor's name and mailing address**

**IBS Supplies Inc.**
**P.O. Box 28385**
**Fresno, CA 93729-8385**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

**$36,426.00**

---

**3.273**

**Nonpriority creditor's name and mailing address**

**Imperial Citrus LLC**
**P.O. Box 960**
**Calipatria, CA 92233**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice purposes**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

| Debtor | Corona - College Heights Orange and Lemon Association | | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|---|
| | Name | | | |

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Imperial Farming, LLC** | ☐ Contingent | |
| | **c/o Mark McBroom** | ☐ Unliquidated | |
| | **P.O. Box 960** | ☐ Disputed | |
| | **Calipatria, CA 92233** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,230.50 |
|---|---|---|---|
| | **Incompliance Environmental Services** | ☐ Contingent | |
| | **38740 Newberry St** | ☐ Unliquidated | |
| | **Beaumont, CA 92223** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $977.13 |
|---|---|---|---|
| | **Industrial Fire Protection** | ☐ Contingent | |
| | **316 W. Avenida Gaviota** | ☐ Unliquidated | |
| | **San Clemente, CA 92672** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,320.00 |
|---|---|---|---|
| | **Industrial Refrigeration Service Co** | ☐ Contingent | |
| | **P.O. Box 231** | ☐ Unliquidated | |
| | **Exeter, CA 93221** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $158.43 |
|---|---|---|---|
| | **Inguez Labor & Harvest** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Arroyo Grande, CA 93421-1614** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Grower Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,955.00 |
|---|---|---|---|
| | **International Fresh Produce** | ☐ Contingent | |
| | **Att: Accts Receivable** | ☐ Unliquidated | |
| | **1500 Casho Mill Road** | ☐ Disputed | |
| | **Newark, DE 19711-3547** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,810.29 |
|---|---|---|---|
| | **J and S. Orchards** | ☐ Contingent | |
| | **32151 Road 168** | ☐ Unliquidated | |
| | **Visalia, CA 93292** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Grower Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

J-66 Ranch, LP
Steven Glifenbain
9777 Wilshire Blvd., Ste 900
Beverly Hills, CA 90212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.28 |
|---|---|---|---|

J. Hanson

Kailua Kona, HI 96745-0627

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.65 |
|---|---|---|---|

J. Mateffy
P.O. Box 882
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

J.C. Morris Properties, LLC
300 Esplanade Dr.
Suite 2100
Oxnard, CA 93036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.72 |
|---|---|---|---|

Jack L. Powell

Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $656.36 |
|---|---|---|---|

Jack Rubin
46180 El Prado
Temecula, CA 92591

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $477.00 |
|---|---|---|---|

Jack's Refrigeration
2539 Simpson St
Kingsburg, CA 93631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Corona - College Heights Orange and Lemon Association | Case number *(if known)* | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

---

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$548.48** |
|---|---|---|---|

**Jacob Brouwer**
**1508 Mission Road**
**Escondido, CA 92029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Grower Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,374.72** |
|---|---|---|---|

**Jacob Sertich**
**27515 Road 176, Unit A**
**Exeter, CA 93221-9626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Grower Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$131.84** |
|---|---|---|---|

**Jacques Yeager**
**2635 Anne St.**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Grower Debt

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,990.87** |
|---|---|---|---|

**James & Jean Chang**
**P.O. Box 6527**
**Garden Grove, CA 92846-6257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Grower Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$83,290.57** |
|---|---|---|---|

**James B. Walker FLP 2**
**470 E. Herndon Ave.**
**Ste. 206**
**Fresno, CA 93720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Grower Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Barkley**
**538 Wandering Violets Way**
**Las Vegas, NV 89138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,828.46** |
|---|---|---|---|

**James Dickey**
**7630 Dufferin**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Grower Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James H. Koegel**
23818 Via Compadres
Murrieta, CA 92562

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$234.05** |
|---|---|---|---|

**James H. Scott**
P.O. Box 1443
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James J. Cotter Estate**
24780 E. South Ave
Orange Cove, CA 93646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,032.91** |
|---|---|---|---|

**James Pennington**

Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11.47** |
|---|---|---|---|

**James Reidman**
P.O. Box 1202

Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,019.94** |
|---|---|---|---|

**James Scott**
**Kim Ebie**
2323 Gratton Street
Riverside, CA 92504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$219,715.79** |
|---|---|---|---|

**James Walker Farms**
470 E. Herndon Ave., Ste. 206
Fresno, CA 93720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.302**

**Nonpriority creditor's name and mailing address**

**James Wise**

**Sequim, WA 98382-6701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$53.12**

---

**3.303**

**Nonpriority creditor's name and mailing address**

**Jan Tober**
**3428 Fortuna Ranch Rd.**
**Encinitas, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$87.92**

---

**3.304**

**Nonpriority creditor's name and mailing address**

**Janet C. Bowden**
**516 Chiquita Rd.**
**Santa Barbara, CA 93103-2540**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$13.44**

---

**3.305**

**Nonpriority creditor's name and mailing address**

**Janet Danola**
**P.O. Box 1103**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$269.25**

---

**3.306**

**Nonpriority creditor's name and mailing address**

**Janet R. Kellogg**
**1434 Lauren Ct**
**Encinitas, CA 92024-6214**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$76.48**

---

**3.307**

**Nonpriority creditor's name and mailing address**

**Janice K. Anderson**

**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$52.48**

---

**3.308**

**Nonpriority creditor's name and mailing address**

**Jarvis Farms Inc.**

**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$48.96**

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|--------|---|---|---|
| | Name | | |

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,082.77 |
|---|---|---|---|
| | **JBT Corp**<br>**7009 Solutions Center**<br>**Chicago, IL 60677-7000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,328.91 |
|---|---|---|---|
| | **JBT Food Tech Corp.**<br>**7009 Solutions Center**<br>**Chicago, IL 60677** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,927.44 |
|---|---|---|---|
| | **JBT Marel**<br>**1660 Iowa Avenue, Suite 100**<br>**Riverside, CA 92507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,662.40 |
|---|---|---|---|
| | **JCP3 Transport Inc.**<br>**19683 Seaton Ave**<br>**Perris, CA 92570** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61.12 |
|---|---|---|---|
| | **Jeanette Webb**<br><br>**La Jolla, CA 92038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Grower Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459.61 |
|---|---|---|---|
| | **Jeff Hines**<br>**333 Crown Road**<br>**Greenbrae, CA 94904** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Grower Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.56 |
|---|---|---|---|
| | **Jeff Khodabande**<br>**16791 Calle Hermosa**<br>**San Diego, CA 92127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Grower Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6.31** |
|---|---|---|---|

**Jeff Lunsford**
P.O. Box 2291
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16.64** |
|---|---|---|---|

**Jeffery H. Silberman**

Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,686.11** |
|---|---|---|---|

**Jeffrey Singletary**
1350 Firethorn Ave
Riverside, CA 92504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45.76** |
|---|---|---|---|

**Jennifer & Rich Kim**

Washington, DC 20008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81.60** |
|---|---|---|---|

**Jenny Pietro**
829 Roberto Ave.
Santa Barbara, CA 93109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53.76** |
|---|---|---|---|

**Jerome T. Stehly**
12630 Santa Catalina Rd.
Valley Center, CA 92082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22.21** |
|---|---|---|---|

**Jerry & Cathy Wessels**
P.O. Box 525
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jesse Hutchings**
4229 E. Calm Water Dr.
Tucson, AZ 85706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Notice Purposes__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,561.50 |
|---|---|---|---|

**Jeule Ranch Golf Club**
c/o HMS AG
P.O. Drawer 1787
Indio, CA 92201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,316.57 |
|---|---|---|---|

**Jill Demos**
c/o Village Nurseries L.P.
1589 Main Str
Orange, CA 92867

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.81 |
|---|---|---|---|

**Jim & Kim Burnett**
200 Pacific Ave.
Solana Beach, CA 92075-1146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.12 |
|---|---|---|---|

**Jim Glynn**
P.O. Box 303
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,283.55 |
|---|---|---|---|

**JLG Equipment Services**
7820 Lincoln Ave
Riverside, CA 92504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136.06 |
|---|---|---|---|

**Jo Anne Martin**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.330** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.79

**Joan Kaford**
11901 Newport Ave.
Santa Ana, CA 92705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.54

**Jodi & Leo Speigel**

Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.332** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.44

**Joe Trombley**
3873 Jasper Drive
 CA 91720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.333** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,260.25

**Joey Hernandez**
1430 Fairway Dr.
Camarillo, CA 93010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**John & Carolyn Melka**
7174 Via Mariposa Norte
Bonsall, CA 92003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice Purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.335** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.57

**John & Heidi Farkash**
P.O. Box 576
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.89

**John & Kristin Bailey**
1570 Linda Vista Drive
San Marcos, CA 92078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Corona - College Heights Orange and Lemon Association** | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6.84** |
|---|---|---|---|

**John & Sheila Laurienti**

**Rancho Santa Fe, CA 92067**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$37.12** |
|---|---|---|---|

**John Bancroft**

**Carlsbad, CA 92009**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35.20** |
|---|---|---|---|

**John Berokoff**
**954 S. McDonald Rd. SW**
**Mc Donald, TN 37353**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40.96** |
|---|---|---|---|

**John C. Salvatore**

**Corona, CA 92879-1443**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$525.88** |
|---|---|---|---|

**John Chaffin**
**2309 Bautista Ave.**
**Vista, CA 92084-1642**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$452,805.14** |
|---|---|---|---|

**John Demshki**
**2161 Skye Drive**
**Riverside, CA 92506**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,016.18** |
|---|---|---|---|

**John E. & Cynthia J. Glancy**
**P.O. Box 2308**
**Rancho Santa Fe, CA 92067**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.344** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28.18**

**John Feighner**
P.O. Box 1875
Rancho Santa Fe, CA 92067

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Grower Debt

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.345** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28.80**

**John Franks**

San Luis Obispo, CA 93401

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Grower Debt

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.346** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000,000.00**

**John Gless, Trustee**
c/o Law Office of Jason C. Gless
18541 Van Buren Blvd.
Riverside, CA 92508

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  CVRI2405504

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39.04**

**John H. Gietman**
6952 Solano Verd. Dr
Somis, CA 93066

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Grower Debt

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.348** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$154.94**

**John Kiwan**
4080 Center Ste., Ste. 201
San Diego, CA 92103-2657

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Grower Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**John Moores**
P.O. Box 728
Del Mar, CA 92014

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**John R. Singleton**
3375 Calle Tres Vistas
Encinitas, CA 92024

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.351** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$205.44**

John Robinson

Temecula, CA 92590

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$54.08**

John T. Lonsdale

San Marcos, CA 92069

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Jordan Schnitzer
1121 SW Salmon St., Ste 500
Portland, OR 97205

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.354** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Jorge S. Sousa
648 S. Wabash Ave.
Redlands, CA 92374

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.355** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$872.97**

Jorgensen Company
P.O. Box 888655
Los Angeles, CA 90088-8655

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.356** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32.95**

Josann Block
P.O. Box 7015
Rancho Santa Fe, CA 92067

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,848.44**

Jose Fu
24007 Dandelion Ln
Valencia, CA 91354

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

---

**3.358** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$436.99**

**Joseph Daon**

Rancho Santa Fe, CA 92067

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.359** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Joyce L. Deblauw**
11439 Opal Ave.
Redlands, CA 92374

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.360** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,763.36**

**JR's Environmental Service**
114 Arcturus
Thousand Oaks, CA 91360

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.361** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$186.30**

**Juan Sanchez**
23572 Clayton Ave.
Reedley, CA 93654

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.362** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,404.83**

**Judith Bramer**
1499 S. Westwood
Lindsay, CA 93247

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.363** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.03**

**Julie & Dennis Fredricks**
20257 Elfin Forest Road
Escondido, CA 92029

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.364** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64.00**

**Julie Robinson**
3593 Elmwood Drive
Riverside, CA 92506

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.365**

**Nonpriority creditor's name and mailing address**

**K.C. Propane**
**26362 Earthmover Cir**
**Corona, CA 92883**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$9,158.51**

---

**3.366**

**Nonpriority creditor's name and mailing address**

**K.N. Sreerama**
**5821 Laramie Avenue**
**Woodland Hills, CA 91367**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,012.16**

---

**3.367**

**Nonpriority creditor's name and mailing address**

**Kaoae Farms**
**7015 Vista Del Rincon**
**Ventura, CA 93001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.368**

**Nonpriority creditor's name and mailing address**

**Karen M. Gabsch**
**c/o Stuart Bruder**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$159.04**

---

**3.369**

**Nonpriority creditor's name and mailing address**

**Karen Montgomery**
**P.O. Box 7225**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$85.36**

---

**3.370**

**Nonpriority creditor's name and mailing address**

**Katherine Wright**
**P.O. Box 1094**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12.80**

---

**3.371**

**Nonpriority creditor's name and mailing address**

**Kathleen Healy**

**La Jolla, CA 92037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$69.92**

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.58** |
|---|---|---|---|

**Kathryn Cottrell**
P.O. Box 777
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95.61** |
|---|---|---|---|

**Keith Krammes**
**Cathy Krammes**
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.76** |
|---|---|---|---|

**Kel Bergman**

Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$692.48** |
|---|---|---|---|

**Ken Brandt**

Riverside, CA 92504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46.19** |
|---|---|---|---|

**Ken Buechler**
P.O. Box 77
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,998.60** |
|---|---|---|---|

**Kenneth Aslan**
6910 Solano Verde Drive
Somis, CA 93066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.88** |
|---|---|---|---|

**Kenneth J. Sullivan Family Trust**

Las Vegas, NV 89145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.52** |
|---|---|---|---|

**Kenneth Poslowsky**

Rancho Santa Fe, CA 92067

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$222.72** |
|---|---|---|---|

**Kenneth W. Yarger**
**10734 Highway 76**
**Oceanside, CA 92058**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,848.88** |
|---|---|---|---|

**Kessel Survivor's Trust**
**1020 Bluebell Way**
**San Luis Obispo, CA 93401**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.48** |
|---|---|---|---|

**Kevin Noell**
**1001 N. Demaree**
**Visalia, CA 93291**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$359.25** |
|---|---|---|---|

**Kim Eggleston**
**2141 E. Broadway Rd**
**Ste. 105**
**Tempe, AZ 85282**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44.16** |
|---|---|---|---|

**King Citrus Ranch**
**8730 King Ranch Road**
**Rancho Cucamonga, CA 91701**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,200.00** |
|---|---|---|---|

**Kool Logistics, LLC**
**P.O. Box 22524**
**New York, NY 10087-2524**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|--------|------------------------------------------------------|-----------------------|------------------|
| | Name | | |

---

**3.386**

**Nonpriority creditor's name and mailing address**

**Kyran Rice**
**5604 W. Delaware Ave.**
**Visalia, CA 93291**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,125.60**

---

**3.387**

**Nonpriority creditor's name and mailing address**

**La Granja 240, L.P.**
**c/o Belmont Farms, Inc.**
**P.O. Box 14467**
**Palm Desert, CA 92255**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.388**

**Nonpriority creditor's name and mailing address**

**Larry Denier**
**1100 Glenn Annie Rd.**
**Goleta, CA 93117**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,873.55**

---

**3.389**

**Nonpriority creditor's name and mailing address**

**Larry Herrera Jr.**
**12060 Road 268**
**Porterville, CA 93257**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$14.08**

---

**3.390**

**Nonpriority creditor's name and mailing address**

**Lars**

**Riverside, CA 92504**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$99.84**

---

**3.391**

**Nonpriority creditor's name and mailing address**

**Lauren Coughran LLC**
**3452 Toscano Ct.**
**Encinitas, CA 92024**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$52.21**

---

**3.392**

**Nonpriority creditor's name and mailing address**

**Lauren Greider**
**3364 Fortuna Ranch Rd**
**Encinitas, CA 92024**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$499.96**

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.08 |
|---|---|---|---|

**Lawrence**
**8000**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.21 |
|---|---|---|---|

**Lawrence Krevat**

**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lawrence Sharpe**
**2465 Rolling Ridge Rd.**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,146.00 |
|---|---|---|---|

**LC Mammoth LLC**
**42533 Capri Drive**
**Indio, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,339.46 |
|---|---|---|---|

**LC Mammoth LLC**
**42533 Capri Drvie**
**Indio, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $308.59 |
|---|---|---|---|

**Leah & Bret Bookhamer**
**20834 Elfin Forest**
**Escondido, CA 92029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43.52 |
|---|---|---|---|

**Lemon Dale Ranch**

**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.12 |
|---|---|---|---|

**Lemon Hills**
4085 E. La Palma, Ste. A
Anaheim, CA 92807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.63 |
|---|---|---|---|

**Liberty Bookkeeping Services**
**fbo Indigo Management, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.83 |
|---|---|---|---|

**Linton's Lemons**
Dorothy G. Linton
1421 N. Acacia Ave.
Fullerton, CA 92831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lionel Rentschler**
2813 S. Main St.
  CA 91720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.52 |
|---|---|---|---|

**Lone Tree Properties**
Santa Barbara
655 Montgomery St., Ste. 1490
San Francisco, CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,738.47 |
|---|---|---|---|

**Lopez Brothers FLC, LLC**
836 Fine Street
Fillmore, CA 93015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.26 |
|---|---|---|---|

**Los Morros**

Riverside, CA 92504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.407** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$424.76**

Luawanna Hallstrom
P.O. Box 2832
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Grower Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.408** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$184.32**

Lupe B. Milner

Ojai, CA 93023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Grower Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.409** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$162.56**

M. Hebbard Macarthur
3731 Tibbetts St., Suite 12
Riverside, CA 92506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Grower Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.410** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.96**

Malcolm J. Nicholl

Rancho Santa Fe, CA 92067-2214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Grower Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.411** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,450.84**

Maranatha Ranch
P.O. Box 830
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Grower Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.412** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$332.94**

Margaret Botka
P.O. Box 2185
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Grower Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.413** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$141.44**

Margaret H. Jameson

CA 91718

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Grower Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.12 |
|---|---|---|---|

**Marge Lebard**
1416 Bardsdale Ave.
Fillmore, CA 93015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $523.07 |
|---|---|---|---|

**Marjane Wolfson**
3377 Calle Margarita
Encinitas, CA 92024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92.32 |
|---|---|---|---|

**Mark & Marcia Goldestein**
1010 5th Avenue, Apt. 4C
New York, NY 10028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.18 |
|---|---|---|---|

**Mark Bloomer**
1101 Via Del Rey
Goleta, CA 93117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark S. Wheeler**
2959 Corte La Bella
Encinitas, CA 92024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.19 |
|---|---|---|---|

**Mark Wolford**

Encinitas, CA 92024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.76 |
|---|---|---|---|

**Marly Lou Mawhiney**
1565 Wilshire Blvd.
Fallbrook, CA 92028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|--------|--------|--------|--------|
| | Name | | |

---

**3.421** **Nonpriority creditor's name and mailing address**

Marshal McBroom
P.O. Box 960
Calipatria, CA 92233

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Grower Debt

Is the claim subject to offset? ■ No ☐ Yes

**$5,062.64**

---

**3.422** **Nonpriority creditor's name and mailing address**

Mary Mason
8000 Lincoln Ave.
Riverside, CA 92504

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Grower Debt

Is the claim subject to offset? ■ No ☐ Yes

**$27.20**

---

**3.423** **Nonpriority creditor's name and mailing address**

Matias Safety Consulting
1520 Chalgrove Drive
Corona, CA 92882

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Grower Debt

Is the claim subject to offset? ☐ No ☐ Yes

**$1,795.00**

---

**3.424** **Nonpriority creditor's name and mailing address**

Matson Alarm Co., Inc.
581 W. Fallbrook Ave
Ste 100
Fresno, CA 93711

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ☐ No ☐ Yes

**$443.69**

---

**3.425** **Nonpriority creditor's name and mailing address**

Matt Demery
400 S. Melrose Dr.
Ste. 108
Santee, CA 92071

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Grower Debt

Is the claim subject to offset? ■ No ☐ Yes

**$41.92**

---

**3.426** **Nonpriority creditor's name and mailing address**

Matt Robbins
P.O. Box 675711
Rancho Santa Fe, CA 92067

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Purposes

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.427** **Nonpriority creditor's name and mailing address**

Matt Thalmayer
309 Jesse Way
Redlands, CA 92374

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Purposes

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.428**

**Nonpriority creditor's name and mailing address**

**Maurice Coleman**

**Temecula, CA 92592**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11.52**

---

**3.429**

**Nonpriority creditor's name and mailing address**

**Max S. Demoss**
26593 Lake Street
Hemet, CA 92544

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,045.74**

---

**3.430**

**Nonpriority creditor's name and mailing address**

**Maxco Supply Inc.**
605 S. Zediker Ave
Parlier, CA 93648

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

**$167,070.42**

---

**3.431**

**Nonpriority creditor's name and mailing address**

**Mc Master-Carr Supply Company**
P.O. Box 7690
Chicago, IL 60680-7690

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$71.50**

---

**3.432**

**Nonpriority creditor's name and mailing address**

**McCurdy Trust**

**Los Angeles, CA 90071**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$40.64**

---

**3.433**

**Nonpriority creditor's name and mailing address**

**McMillian Water Treatment Inc.**
P.O. Box 1539
Fontana, CA 92334

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$2,868.00**

---

**3.434**

**Nonpriority creditor's name and mailing address**

**Mechanical Drives & Belting**
MRO Supply Co
P.O. Box 102454
Pasadena, CA 91189-2454

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.01 |
|---|---|---|---|

**Melanie Malone**
**4E Roseland Drive**
**La Jolla, CA 92037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael & Marcella Aleles**
**850 Deadwood Dr.**
**San Marcos, CA 92078-3502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $338.80 |
|---|---|---|---|

**Michael and Lilian Myers**
**P.O. Box 7004**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157.84 |
|---|---|---|---|

**Michael Cobrda**
**P.O. Box 8293**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49.08 |
|---|---|---|---|

**Michael Padilla**
**Kelly Emberg**
**P.O. Box 675401**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael R. Cox**
**9071 Ave 396**
**Dinuba, CA 93618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.84 |
|---|---|---|---|

**Michael Rodman**

**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|--------|------|------|------|
| | Name | | |

---

**3.442**

**Nonpriority creditor's name and mailing address**
Michael Skyhar
P.O. Box 534
Rancho Santa Fe, CA 92067

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Grower Debt

Is the claim subject to offset? ■ No ☐ Yes

**$285.57**

---

**3.443**

**Nonpriority creditor's name and mailing address**
Mike Blevins

Prescott Valley, AZ 86314

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Grower Debt

Is the claim subject to offset? ■ No ☐ Yes

**$83.52**

---

**3.444**

**Nonpriority creditor's name and mailing address**
Mike Martin

San Diego, CA 92130

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Grower Debt

Is the claim subject to offset? ■ No ☐ Yes

**$39.36**

---

**3.445**

**Nonpriority creditor's name and mailing address**
Molly E. Mccain
335 Via Del Norte
La Jolla, CA 92037

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Grower Debt

Is the claim subject to offset? ■ No ☐ Yes

**$66.56**

---

**3.446**

**Nonpriority creditor's name and mailing address**
Motion Industries, Inc.
File 57463
Los Angeles, CA 90074-7463

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$863.00**

---

**3.447**

**Nonpriority creditor's name and mailing address**
Mountain View Diary Field 102
c/o Aurie Dejong
37455 Road 144
Visalia, CA 93292

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Grower Debt

Is the claim subject to offset? ■ No ☐ Yes

**$66.70**

---

**3.448**

**Nonpriority creditor's name and mailing address**
Muir Wood
2320 Mary St.
Riverside, CA 92506

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Grower Debt

Is the claim subject to offset? ■ No ☐ Yes

**$1,553.45**

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,662.00** |
|---|---|---|---|

**Mundell, Odlum & Haws Inc.**
650 Hospitality Lane
Suite 470
San Bernardino, CA 92408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,817.44** |
|---|---|---|---|

**MVP Farms LP**
590 W. Main St.,k #103
Santa Paula, CA 93060-3209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59.20** |
|---|---|---|---|

**Nacy Wynne Chandler**

Addison, TX 75001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Nancy Francis**

Temecula, CA 92593

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,280.79** |
|---|---|---|---|

**Nancy K. Nelson**
2371 Jefferson
Riverside, CA 92504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51.20** |
|---|---|---|---|

**Natalie Mowry**

Valley Center, CA 92082-0500

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77.22** |
|---|---|---|---|

**Neil G. Bluhm**
P.O. Box 7060
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|---|
| | Name | | | |

---

**3.456** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Nicholas H. Goldware**
**2445 Rolling Ridge Rd.**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.457** | **Nonpriority creditor's name and mailing address** | | **$60.48**

**Norma Jane Smith**
**29545 Paso Robles Rd**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address** | | **$0.00**

**North Shore Citrus, LLC**
**Steven Gilfenbain**
**9777 Wilshire Blvd., Ste. 900**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.459** | **Nonpriority creditor's name and mailing address** | | **$0.00**

**Old Turtle Mountain LLC**
**P.O. Box 488**
**Mc Farland, CA 93250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.460** | **Nonpriority creditor's name and mailing address** | | **$42.59**

**Olivehain #3**
**2234 Woodwind Drive**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.461** | **Nonpriority creditor's name and mailing address** | | **$0.00**

**Oliver & Margaret Fetzer**
**P.O. Box 68**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.462** | **Nonpriority creditor's name and mailing address** | | **$0.00**

**Oliver & Margaret Fetzer**
**P.O. Box 68**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Corona - College Heights Orange and Lemon Association** | Case number *(if known)* | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

---

**3.463** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,168.21**

**Omar Guzman**
1476 Keepsake Ln
Perris, CA 92571

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.464** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$206,593.11**

**Opal Fry and Son**
10103 A. Highway 166
Bakersfield, CA 93313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.465** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,755.29**

**Packers AG Supply LLC**
P.O. Box 1091
Grants Pass, OR 97526

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.466** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,294.14**

**Packline Technologies, Inc.**
P.O. Box 636
Kingsburg, CA 93631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.467** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68.16**

**Palm Paradise, LLC**
P.O. Box 1113
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.468** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,822.64**

**Papa Cortes Citrus Ranch Inc.**
2214 N. Laurel Way
Upland, CA 91784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.469** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,780.00**

**Pape Material Handling**
P.O. Box 35144
#5077
Seattle, WA 98124-5144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

**3.470** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,965.50**

**Parksy Living Trust**
P.O. Box 1846
Rancho Santa Fe, CA 92067

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.471** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$280.70**

**Patricia Simmons**
P.O. Box 781
Rancho Santa Fe, CA 92067

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.472** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,631.83**

**Patrick Gainer**
3705 Fortuna Ranch Rd.
Encinitas, CA 92024

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.473** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.31**

**Patrick Gallagher**
850 Los Alisos N.
Fallbrook, CA 92028

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.474** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65.92**

**Patti Page**

San Diego, CA 92104-3929

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.475** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.92**

**Paul Flather**
P.O. Box 826
Rancho Santa Fe, CA 92067

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.476** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$575.13**

**Paula Powers**
P.O. Box 1005
Rancho Santa Fe, CA 92067

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.477** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Pauma Band of Mission Indians
Pauma Valley
P.O. Box 369
Pauma Valley, CA 92061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.478** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,346.88**

Pauma Ranch LLC

Los Angeles, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.479** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.77**

Pauma Ranches, In c.
c/o Perricone Properties
P.O. Box 21845
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.480** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$114,418.73**

Pauma Ranches, Inc.
c/o Perricone Properties
P.O. Box 21845
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.481** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.87**

Pauma Valley Associates
3248 Violet Ridge
Encinitas, CA 92024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.482** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84,491.90**

PCA
Central California Corrugated
P.O. Box 51677
Los Angeles, CA 90051-5977

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.52**

Pepper Tree Land Co.

Fallbrook, CA 92028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.484** Nonpriority creditor's name and mailing address

Per Stridsberg
4085 E. La Palma, Ste. A
Anaheim, CA 92807

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$127.14**

---

**3.485** Nonpriority creditor's name and mailing address

Peter & Sandy Mossy
P.O. Box 7181
Rancho Santa Fe, CA 92067

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$187.72**

---

**3.486** Nonpriority creditor's name and mailing address

Peter Mueller

San Diego, CA 92127

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$87.68**

---

**3.487** Nonpriority creditor's name and mailing address

PG&E
P.O. Box 997300
Sacramento, CA 95899-7300

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,050.95**

---

**3.488** Nonpriority creditor's name and mailing address

Phyliss Ullman

Rancho Santa Fe, CA 92067

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$69.76**

---

**3.489** Nonpriority creditor's name and mailing address

Point Loma Farms, Inc.
Paul Reid Reeb
30950 Mesa Crest Rd.
Valley Center, CA 92082

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$859.37**

---

**3.490** Nonpriority creditor's name and mailing address

Pratt Forms
28101 Sycamore Mese
Temecula, CA 92590

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.491** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,603.26**

**Primus Labs.com**
**2810 Industrial Pkwy**
**Santa Maria, CA 93455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.492** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,978.50**

**Pro*Act LLC**
**40 Ragsdale Drive**
**Ste. 200**
**Monterey, CA 93940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.493** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,406.00**

**Progressive Produce LLC**
**P.O. Box 741222**
**Los Angeles, CA 90074-1222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.494** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203.52**

**PSR Growers**
**2460 Lemon Avenue**
**Signal Hill, CA 90755-3449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.495** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$428,826.08**

**R-7 Enterprises**
**39237 Road 172**
**Visalia, CA 93291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.496** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,286.95**

**R. Craig Wesson**
**1733 Chapparal Rd.**
**Redlands, CA 92373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.497** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,770.00**

**R.E. Badger & Son, Inc.**
**P.O. Box 830**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$646.68** |
| | **R.E. Badger & Son, Inc.** | ☐ Contingent | |
| | P.O. Box 830 | ☐ Unliquidated | |
| | Rancho Santa Fe, CA 92067 | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Grower Debt__ | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$310.64** |
| | **R.E. Badger & Son, Inc.** | ☐ Contingent | |
| | **Re: Rancho Santa Fe Assn** | ☐ Unliquidated | |
| | P.O. Box 830 | ☐ Disputed | |
| | Rancho Santa Fe, CA 92067 | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Grower Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33.69** |
| | **R.E. Badger & Son, Inc.** | ☐ Contingent | |
| | P.O. Box 830 | ☐ Unliquidated | |
| | Rancho Santa Fe, CA 92067 | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Grower Debt__ | |
| | Last 4 digits of account number __ **Re: Twokey** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54.06** |
| | **R.J. & Kim Kaminsky** | ☐ Contingent | |
| | P.O. Box 1944 | ☐ Unliquidated | |
| | Rancho Santa Fe, CA 92067 | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Grower Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13.44** |
| | **R.P. HSIA** | ☐ Contingent | |
| | 3950 Stonebridge | ☐ Unliquidated | |
| | Rancho Santa Fe, CA 92091 | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Grower Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$118.66** |
| | **R.P. Yardley** | ☐ Contingent | |
| | P.O. Box 1858 | ☐ Unliquidated | |
| | Rancho Santa Fe, CA 92067 | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Grower Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8.96** |
| | **R.W. Marsellus** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Rancho Santa Fe, CA 92067 | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Grower Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

**3.505**

**Nonpriority creditor's name and mailing address**
**Raghu Saripalli**
**P.O. Box 2073**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☐ No ☐ Yes

$239.10

---

**3.506**

**Nonpriority creditor's name and mailing address**
**Raj Talani**
**P.O. Box 279**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☐ No ☐ Yes

$49.04

---

**3.507**

**Nonpriority creditor's name and mailing address**
**Ramin Ghassemi, DDS**
**450 A. Street, Ste. 200**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☐ No ☐ Yes

$66.33

---

**3.508**

**Nonpriority creditor's name and mailing address**
**Ranch 2 Shirey Falls, LP**
**3830 Valley Ctr. Dr.**
**Ste. 705 PMB 381**
**San Diego, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☐ No ☐ Yes

$472.32

---

**3.509**

**Nonpriority creditor's name and mailing address**
**Ranch Guejito Corp.**
**17224 San Pasqual Valley Road**
**Escondido, CA 92027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

$114,311.63

---

**3.510**

**Nonpriority creditor's name and mailing address**
**Rancho Magana**
**c/o Victor Magana**
**1451 Grand Ave.**
**Fillmore, CA 93015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.511**

**Nonpriority creditor's name and mailing address**
**Rancho Mission Viejo**
**P.O. Box 9**
**San Juan Capistrano, CA 92693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

$614.80

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.80 |
|---|---|---|---|

**Rancho Monte Alegre**

Carpinteria, CA 93013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Grower Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $207.25 |
|---|---|---|---|

**Rancho Oasis**
937 Tahoe Blvd., Suite 210
Incline Village, NV 89452

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Grower Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $380.16 |
|---|---|---|---|

**Rancho Santo Tomas, Cln.**
**c/o Mark C. McIntyre**
30508 Circle R. Lane
Valley Center, CA 92082

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Grower Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,123.56 |
|---|---|---|---|

**Ranny Yarger**
P.O. Box 360
Glennville, CA 93226

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Grower Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.92 |
|---|---|---|---|

**Raport Ranch**
**c/o Bartlett Agiculture**
Fallbrook, CA 92028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Grower Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Raul Sevilla**
8000 Lincoln Ave
Riverside, CA 92504

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.84 |
|---|---|---|---|

**Ray & Lois Larson**

San Diego, CA 92107-1166

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Grower Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,397.74 |
|---|---|---|---|

**Red Globe Properties**
**c/o Mark McBroom Federated**
**P.O. Box 960**
**Calipatria, CA 92233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.52 |
|---|---|---|---|

**Rian & Ty Kalklosch**
**P.O. Box 2735**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121.48 |
|---|---|---|---|

**Richard K. Lansche**
**P.O. Box 1932**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,087.39 |
|---|---|---|---|

**Richard McFarlin**
**12781 Ave 440**
**Orosi, CA 93647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.96 |
|---|---|---|---|

**Richard Russell**
**5336 La Jolla Blvd.**
**La Jolla, CA 92037-7916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.56 |
|---|---|---|---|

**Rick Kornbluth**

**Del Mar, CA 92014-3106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.72 |
|---|---|---|---|

**Ridgeway & Warner**
**Lexar Mesa - Attn. Candice**
**P.O. Box 20310**
**Santa Barbara, CA 93120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,635.00** |
|---|---|---|---|

**Riverside Top Scale, Inc.**
P.O. Box 7542
Riverside, CA 92513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.40** |
|---|---|---|---|

**Rob Hanson**

Fillmore, CA 93015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,567.39** |
|---|---|---|---|

**Robert Bender**
2406 Windernere St.
Bakersfield, CA 93311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62.08** |
|---|---|---|---|

**Robert Haimsohn**
P.O. Box 329
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,870.28** |
|---|---|---|---|

**Robert Kellerhouse**
43980 Mahlon Vail Rd., #1607
Temecula, CA 92592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66.24** |
|---|---|---|---|

**Robert M. McAllister, M.D.**

92061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7.68** |
|---|---|---|---|

**Robert Mack**
120 Pfeifer Pl
North Hollywood, CA 91611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.533** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$53.12**

**Robert Spanjian**

Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.534** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$66.16**

**Robert Svendsen**
**2253 Ranch View Terrace**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.535** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,372.80**

**Robert Zimmer**

Temecula, CA 92592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.536** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$163.84**

**Rodriguez Ranch**
**8000 Lincoln Avenue**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.537** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$53.76**

**Ronald Yates**
**3213 Cherry Hills Drive**
**Champaign, IL 61822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.538** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26.37**

**Rose Maire Harnack**
**2327 Winnetka Ct.**
**Winnetka, IL 60093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.539** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Russell L. Huston**
**312 Brookside Ave**
**Redlands, CA 92373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65.92 |
|---|---|---|---|
| | **S&G Construction**<br>P.O. Box 9296<br>Rancho Santa Fe, CA 92067 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Grower Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,473.00 |
|---|---|---|---|
| | **S&S Grove Management Service**<br>306 W. El Norte Pkwy<br>Ste N-426<br>Escondido, CA 92026 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $839.50 |
|---|---|---|---|
| | **Safety-Kleen Corp**<br>P.O. Box 7170<br>Pasadena, CA 91109-7170 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.96 |
|---|---|---|---|
| | **Salid Shakiba**<br>P.O. Box 266<br>Rancho Santa Fe, CA 92067 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Grower Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97.41 |
|---|---|---|---|
| | **Salka**<br>8000 Lincoln<br>Riverside, CA 92504 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Grower Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $599.63 |
|---|---|---|---|
| | **San Joaquin Pest Control**<br>P.O. Box 6460<br>Visalia, CA 93290 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,075.52 |
|---|---|---|---|
| | **San Pasqual Organic Farms LLC**<br><br>Escondido, CA 92025 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Grower Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43.84 |
|---|---|---|---|
| | **Santa Barbara Investments** | ☐ Contingent | |
| | **P.O. Box 490** | ☐ Unliquidated | |
| | **Goleta, CA 93116** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Grower Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **SBKS LP** | ☐ Contingent | |
| | **P.O. Box 330** | ☐ Unliquidated | |
| | **Rancho Santa Fe, CA 92067** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.73 |
|---|---|---|---|
| | **Scott Houston** | ☐ Contingent | |
| | **1000 N. Patterson** | ☐ Unliquidated | |
| | **Santa Barbara, CA 93111** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Grower Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.77 |
|---|---|---|---|
| | **SDRE Investments LLC** | ☐ Contingent | |
| | **c/o Andy Geller** | ☐ Unliquidated | |
| | **3502 Sacred Moon Cove** | ☐ Disputed | |
| | **Austin, TX 78746-1000** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Grower Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $320.00 |
|---|---|---|---|
| | **Sensitech Inc.** | ☐ Contingent | |
| | **P.O. Box 742000** | ☐ Unliquidated | |
| | **Los Angeles, CA 90074-2000** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48.64 |
|---|---|---|---|
| | **Shelly Perry** | ☐ Contingent | |
| | **3972 Stonebridge Ct.** | ☐ Unliquidated | |
| | **Rancho Santa Fe, CA 92091** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Grower Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.60 |
|---|---|---|---|
| | **Sheri Krahn** | ☐ Contingent | |
| | **2766 Loyola St.** | ☐ Unliquidated | |
| | **Riverside, CA 92503** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Grower Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Corona - College Heights Orange and Lemon Association | | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|---|
| | Name | | | |

**3.554**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97.60 |
|---|---|---|
| Sherri Bakhtian<br>28241 Crown Valley Park<br>Laguna Niguel, CA 92677 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Grower Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.555**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $226.39 |
|---|---|---|
| Sid Korsand<br>P.O. Box 1745<br>Rancho Santa Fe, CA 92067 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Grower Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.556**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Sierra Land Group, Inc.<br>c/o Sierra Del Oro<br>801 N. Brand Blvd., Ste. 1010<br>Glendale, CA 91203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.557**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Silk Floss Orchards LLC<br>dba Totem Ranch Co.<br>478 Carne Rd<br>Ojai, CA 93023 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.558**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,017.00 |
|---|---|---|
| Sloop and Sloop, Inc.<br>P.O. Box 1959<br>Escondido, CA 92033 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Grower Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.559**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Smita & Bharat Sangani<br><br>Rancho Santa Fe, CA 92067 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.560**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $559,405.85 |
|---|---|---|
| Soboba Band of Luiseno Indians<br>Attn: Ken Alfaro<br>P.O. Box 487<br>San Jacinto, CA 92583 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Grower Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.561**

**Nonpriority creditor's name and mailing address**

**Soboba Citrus**
**c/o Jim Barkley**
**537 Wandering Violets Way**
**Las Vegas, NV 89138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.562**

**Nonpriority creditor's name and mailing address**

**Socalgas**
**P.O. Box C**
**Monterey Park, CA 91756**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utility__

Is the claim subject to offset? ■ No ☐ Yes

**$43.53**

---

**3.563**

**Nonpriority creditor's name and mailing address**

**Somers Ranches**
**Santa Clara Ranch**
**1406 Fairway Dr.**
**Camarillo, CA 93010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Grower Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$3,056.00**

---

**3.564**

**Nonpriority creditor's name and mailing address**

**Soren McAdam**
**2068 Orange Tree Lane**
**#100**
**WY 82374**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$66,500.00**

---

**3.565**

**Nonpriority creditor's name and mailing address**

**Sorma USA, LLC**
**231 S. Kelsey Street**
**Visalia, CA 93291**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$6,154.72**

---

**3.566**

**Nonpriority creditor's name and mailing address**

**South Moutain Citrus Inc.**
**79 E. Daily Rd., #259**
**Camarillo, CA 93010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.567**

**Nonpriority creditor's name and mailing address**

**Spectrum Building Services**
**4431 Corporate Center Drvie**
**Suite 117**
**Los Alamitos, CA 90720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$3,110.00**

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,404.96** |

**SPS Commerce, Inc.**
**P.O. Box 205782**
**Dallas, TX 75320-5782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | $22.43 |
|---|---|---|

**Stanely Stein**
**P.O. Box 1827**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | $2,264.04 |
|---|---|---|

**Starbeam Ranc LLC**
**c/o Robert Humason**
**P.O. Box 19579**
**Reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | $80,397.74 |
|---|---|---|

**Stefan Russell**
**P.O. Box 1201**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.572 | **Nonpriority creditor's name and mailing address** | $442.21 |
|---|---|---|

**Stephen and Barbara Brown**
**P.O. Box 2753**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.573 | **Nonpriority creditor's name and mailing address** | $15.36 |
|---|---|---|

**Stephen S. Carter**
**P.O. Box 1663**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | $97.28 |
|---|---|---|

**Sterling Picard**
**31692 Leigh Ln**
**Temecula, CA 92591-6945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74.58 |
|---|---|---|---|

**Steve & Beth Toner**
P.O. Box 7254
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.40 |
|---|---|---|---|

**Steve Kerhart**

Fallbrook, CA 92028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steve Nasland**
P.O. Box 1549
 CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.08 |
|---|---|---|---|

**Steven J. Cologne**
P.O. Box 2052
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39.87 |
|---|---|---|---|

**Steven Weindling**
P.O. Box 700
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107.62 |
|---|---|---|---|

**Sue Ellen Leroy**
P.O. Box 1129
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.24 |
|---|---|---|---|

**Summer Dee Light**
20840 Elfin Forest Road
Escondido, CA 92029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|

**3.582** Nonpriority creditor's name and mailing address
Summerland Ranch
Attn: Kasia Mays
34145 Pacific Coast Highway
Dana Point, CA 92629

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Grower Debt

Is the claim subject to offset? ■ No ☐ Yes

$47.74

**3.583** Nonpriority creditor's name and mailing address
Sun Valley Packing
P.O. Box 351
Reedley, CA 93654

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Grower Debt

Is the claim subject to offset? ■ No ☐ Yes

$55,254.34

**3.584** Nonpriority creditor's name and mailing address
Suncoast Produce Inc.
1752 E. Lugonia Ave
Ste 117-200
Redlands, CA 92374

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$15,000.00

**3.585** Nonpriority creditor's name and mailing address
Sund-Regan
Michael Regan
12040 Sierra Rojo Rd
Valley Center, CA 92082-5707

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Grower Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,490.86

**3.586** Nonpriority creditor's name and mailing address
Sunil K. Sreerama
5821 Laramie Avenue
Woodland Hills, CA 91367

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Grower Debt

Is the claim subject to offset? ■ No ☐ Yes

$28,813.02

**3.587** Nonpriority creditor's name and mailing address
Sunland Sales

Rancho Santa Fe, CA 92067

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Grower Debt

Is the claim subject to offset? ■ No ☐ Yes

$38.40

**3.588** Nonpriority creditor's name and mailing address
Sunriver Sales
P.O. Box 2738
Visalia, CA 93279

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$655.02

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.589**

**Nonpriority creditor's name and mailing address**

**Sunshine Citrus C77**
**18451 Van Buren Blvd.**
**Riverside, CA 92508**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

$415,153.03

---

**3.590**

**Nonpriority creditor's name and mailing address**

**Susan & Britt Galland**
**P.O. Box 1113**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.591**

**Nonpriority creditor's name and mailing address**

**Susan & Stephen Thomas**
**1640 Monroe Street**
**Riverside, CA 92504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ☐ No ☐ Yes

$61.44

---

**3.592**

**Nonpriority creditor's name and mailing address**

**Susan A. Pitt**
**P.O. Box 7165**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

$34.42

---

**3.593**

**Nonpriority creditor's name and mailing address**

**Sycamore Creek & Associates, LP**
**Attn: Scott Woodward**
**41391 Kalmia St.**
**Suite 140**
**Murrieta, CA 92562**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.594**

**Nonpriority creditor's name and mailing address**

**Tam Vadakan**
**P.o. Box 9775**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

$918.00

---

**3.595**

**Nonpriority creditor's name and mailing address**

**Tbhu Sandia Creek LLC**
**40376 Sandia Creek Dr.**
**Fallbrook, CA 92028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.596** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,000.00**

TCC Electric LLC
dba W & E Electric
12686 Avenue 416
Orosi, CA 93647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.597** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55.34**

Ted Tarbet
P.O. Box 7139
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.598** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Telos Ojai, LLC
2641 E. Ojai Ave.
Ojai, CA 93023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Purpose__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.599** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,042.58**

Tennant
P.O. Box 71414
Chicago, IL 60694-1414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.600** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.48**

Teri Nitta & Kelly Flock

Encinitas, CA 92024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.601** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$132.76**

Terry Calen

Escondido, CA 92029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Grower Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.602** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

The Good Life Farm LLC
34970 Santa Rita Rd.
Temecula, CA 92592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Purpose__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number *(if known)* | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

---

**3.603** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,872.71**

**The Grove Account**
**Attn: Rick Straub**
**4044 Ladera Vista Road**
**Fallbrook, CA 92028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Grower Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.604** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$197.12**

**The Trust Account of Dennis Tormey**

**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Grower Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.605** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$771,279.73**

**Thermal Mangos LLC**
**2995 Woodside Road**
**#400**
**Redwood City, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Pending Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.606** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11.52**

**Thomas H. Friedkin**
**P.O. Box 131288**
**Houston, TX 77219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Grower Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.607** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$103.36**

**Thurston Ranch Partnership**
**23842 Paseo Del Campo**
**Laguna Niguel, CA 92677-2403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Grower Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.608** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,258.71**

**Tierra Del Mar**
**81-880 Arus Ave.**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Grower Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.609** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7.04**

**Tolga Demir**

**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Grower Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.92 |

**Tom Magee**
P.O. Box 1718
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Tomisu Friedkin**
6633 Portwest Dr.
Ste. 190
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.48 |

**Tony & Laura Serra**
408 Tumble Creek Lane
Fallbrook, CA 92028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,700.00 |

**Total Quality Logistics**
P.O. Box 634558
Cincinnati, OH 45263-4558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Trigger 99 RSE LLC**
c/o Linda Stallings
5242 Buena Vista Drive
Frisco, TX 75034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Tsangse Lhamo**
P.O. Box 830
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Tyler Seltzer**
P.O. Box 1098
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.617**

**Nonpriority creditor's name and mailing address**

**Uline Shipping Supplies**
P.O. Box 88741
Chicago, IL 60680-1741

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,572.75**

---

**3.618**

**Nonpriority creditor's name and mailing address**

**Unifirst Corp**
700 S. Etiwanda Ave.
Ontario, CA 91761

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,277.22**

---

**3.619**

**Nonpriority creditor's name and mailing address**

**USDA**
300 W. Congress Rm 7T
Tucson, AZ 85701

Date(s) debt was incurred _

Last 4 digits of account number  **0820**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.620**

**Nonpriority creditor's name and mailing address**

**Valencia Groves, LLC**
490 Grand Ave., Ste 200
Oakland, CA 94610

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,705.23**

---

**3.621**

**Nonpriority creditor's name and mailing address**

**Valencia Innovation LLC**
42533 Capri Drive
Indio, CA 92203

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purpose**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.622**

**Nonpriority creditor's name and mailing address**

**Valerie Rudaitis**

Fallbrook, CA 92028

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$17.28**

---

**3.623**

**Nonpriority creditor's name and mailing address**

**Valhalla Sales & Marketing**
P.O. Box 670
Kingsburg, CA 93631

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$21,839.00**

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

**3.624**

**Nonpriority creditor's name and mailing address**
**Veg Fresh Logistics, LLC**
1400 W. Rincon St.
Corona, CA 92880

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☐ No ■ Yes

**$28,000.00**

---

**3.625**

**Nonpriority creditor's name and mailing address**
**Veg-Fresh Farms**
1400 W. Rincon St
Corona, CA 92880

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☐ No ■ Yes

**$738,805.80**

---

**3.626**

**Nonpriority creditor's name and mailing address**
**Ventura Citrus Properties, Inc.**
5821 Laramie Avenue
Woodland Hills, CA 91367

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.627**

**Nonpriority creditor's name and mailing address**
**Victoria Michaelides**
7124 Golden Star Ave.
Riverside, CA 92506

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Grower Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$228.48**

---

**3.628**

**Nonpriority creditor's name and mailing address**
**Victoria Wood**
P.O. Box 1207
Lake Arrowhead, CA 92352

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Grower Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$64.96**

---

**3.629**

**Nonpriority creditor's name and mailing address**
**Victors Grove Service Inc.**
31560 Via Del Paso
Winchester, CA 92596

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$287,672.88**

---

**3.630**

**Nonpriority creditor's name and mailing address**
**Vines Holdings LLC**
Attn: Geneil Vine
303 Brookside Ave.
Redlands, CA 92373

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Grower Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$10,101.37**

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $913.04 |

**Volm Bag Company, Inc.**
**Bin 88589**
**Milwaukee, WI 53288-0589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,700.00 |

**VPT Inc.**
**355 E. Rincon St., Ste. 301**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.16 |

**W.E. Bowman**

**CA 90206-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.44 |

**W.F. Newton**
**23812 Salvatore Bay**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.42 |

**Wait**
**8000 Lincoln**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $238.72 |

**Walt Dixon**

**Temecula, CA 92593**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grower Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $229.16 |

**Waxie Sanitary Supply**
**P.O. Box 748802**
**Los Angeles, CA 90074-8802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

| 3.638 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$44.80** |
|---|---|---|---|

**Way-Jo Farms**

Murrieta, CA 92564

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24.32** |
|---|---|---|---|

**Weldon Gates**

Temecula, CA 92592

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,039.36** |
|---|---|---|---|

**Weshaven Company West**

Minneapolis, MN 55402

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$423.43** |
|---|---|---|---|

**West Lilac Farms #2 LLC**
c/o James D. Pardee
7311 Santa Barbara St.
Carlsbad, CA 92011

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,000.00** |
|---|---|---|---|

**Western Growers**
P.O. Box 57089
Irvine, CA 92619-7089

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32,689.82** |
|---|---|---|---|

**Wholesale Equipment**
P.O. Box 2637
Fresno, CA 93745

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$49.92** |
|---|---|---|---|

**Wiliam & Angel Sugleris**
1150 Via Del Rey
Goleta, CA 93117

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.20 |
|---|---|---|---|

**William & Muriel Popp**
P.O. Box 7064
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Grower Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $814.89 |
|---|---|---|---|

**William A. Stockert Trust**
Cheryl Dickinson
200 Oliver Rd.
Gallipolis, OH 45631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Grower Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,076.14 |
|---|---|---|---|

**William G. Scholle Ranch LLC**
c/o Diane Connelly
289 E. Los Angeles Ave.
Somis, CA 93066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Grower Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118.32 |
|---|---|---|---|

**William L. Kimsey**
2127 Summerland Heights Lane
Santa Barbara, CA 93108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Grower Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $156.48 |
|---|---|---|---|

**William Lerach**

San Diego, CA 92101-4297

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Grower Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,412.78 |
|---|---|---|---|

**William R. Johnson Jr.**
2551 Raeburn Dr.
Riverside, CA 92506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Grower Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William Strong**
P.O. Box 2247
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Notice Purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
|---|---|---|---|
| | Name | | |

**3.652** | Nonpriority creditor's name and mailing address
Willis L. Miller
11091 Coronel Rd.
Santa Ana, CA 92705

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.653** | Nonpriority creditor's name and mailing address
Wilma A. Coriden
Mary H. Coriden
Rancho Santa Fe, CA 92067

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1.92**

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Grower Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.654** | Nonpriority creditor's name and mailing address
Witman Ranch, Inc.
P.O. Box 1959
Escondido, CA 92033

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$80,146.00**

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.655** | Nonpriority creditor's name and mailing address
Witman Ranch, Inc.
P.O. Box 1959
Escondido, CA 92033

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,810,913.44**

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Grower Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.656** | Nonpriority creditor's name and mailing address
Wright National Food Insurance Co.
P.O. Box 33070
Saint Petersburg, FL 33733-8070

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,534.00**

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.657** | Nonpriority creditor's name and mailing address
Xu Uang
3939 Stonebridge Lane
Rancho Santa Fe, CA 92091

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$327.33**

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Grower Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.658** | Nonpriority creditor's name and mailing address
Zenith Insurance Company
File 50004
Los Angeles, CA 90074-0004

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$41,575.00**

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | **6:25-bk-14552-RB** |
|---|---|---|---|
| | Name | | |

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.02 |
|---|---|---|---|

**ZZ Rot Man**
**8000 Lincoln Ave.**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Grower Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Christopher Hebbard Macarthur<br>3731 Tibbets St<br>Suite 12<br>Riverside, CA 92506 | Line  **3.409**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | Kevin P.B Johnson<br>555 Twin Dolphin Dr.<br>5th Fl<br>Redwood City, CA 94065 | Line  **3.642**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | Laurie Macarthur Cook<br>2185 Adams Street<br>Riverside, CA 92504 | Line  **3.409**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | Law Offices of Todd Haines<br>30495 Canwood st.<br>Suite 100<br>Agoura Hills, CA 91301 | Line  **3.265**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | Linda Macarthur Ebie<br>2210 Monroe St.<br>Riverside, CA 92504 | Line  **3.409**<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | Quinn Emanuel Urquhart & Sullivan<br>555 Twin Dolphin Dr., 5th Fl<br>Redwood City, CA 94065 | Line  **3.605**<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 | Scott Ebie<br>2323 Gratton Street<br>Riverside, CA 92504 | Line  **3.409**<br><br>☐ Not listed. Explain ____ | __ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 19,090,485.41 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 19,090,485.41 |

**Fill in this information to identify the case:**

Debtor name __**Corona - College Heights Orange and Lemon Association**__

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  __**6:25-bk-14552-RB**__

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Arlington Heights**<br>**2205 1st Ave North**<br>**Billings, MT 59101** |

**Fill in this information to identify the case:**

Debtor name __**Corona - College Heights Orange and Lemon Association**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __**6:25-bk-14552-RB**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    **Corona - College Heights Orange and Lemon Association**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **6:25-bk-14552-RB**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other | **Unknown** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$18,715,000.43** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$21,244,844.99** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Corona - College Heights Orange and Lemon Association**          Case number *(if known)*  **6:25-bk-14552-RB**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **SEE ATTACHMENT FOR FURTHER PAYMENTS** | 03/20/25 - 6/16/25 | $1,745,770.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List all payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **John Gless v. Corona College Heights** CVRI2405504 | **Breach of Contract** | **Riverside Superior Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Thermal Mangos LLC vs CCH Citrus of Riverside** CVRI2500792 | **Breach of Contract** | **Riverside Superior Court 4050 Main Street Riverside, CA 92501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Horn Technologies & Services, Inc. v. Corona - College Heights Orange and Lemon Association** CVCO2503755 | **Breach of Contract** | **Riverside Superior Court 505 S. Buena Vista Rm. 201 Corona, CA 92882** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

```
WRKSTN: XX-  NIPL                   * * CORONA COLLEGE HEIGHTS ORANGE & LEMON ASSOCIATION         11.28.07 PAGE   1
PGM:  APCKRG                              ACCOUNTS PAYABLE CHECK REGISTER                          DATE:  6/19/25

                                         ACCOUNTING PERIOD 05: MAR, YEAR 2025

                          BANK CODE: WFB, WELLS FARGO BANK


     CHECK #    VENDOR         VENDOR NAME                  CHECK AMOUNT    CHECK DATE    JOURNAL #    ORIGIN
     -------    ----------     ----------------------------- ------------    ----------    ------------  ------

      72355    CAAGRICU      CALIFORNIA AGRIBUSINESS            650.00       3/20/25      APC-CC-00537    AP
      72356    EADIPAYN      EADIE AND PAYNE, LLP            25,000.00       3/20/25      APC-CC-00537    AP
      72357    CTRUSTAF      CTRUST STAFFING LLC             4,662.57       3/20/25      APC-CC-00538    AP
      72358    DAVILERE      DAVID LEREW                     2,825.00       3/20/25      APC-CC-00538    AP
      72359    FOXPACK       FOX PACKAGING                   5,000.00       3/20/25      APC-CC-00538    AP
      72360    JBT FOOD      JBT CORP.                       6,718.70       3/20/25      APC-CC-00538    AP
      72361    KCPROP        K.C. PROPANE                    1,700.30       3/20/25      APC-CC-00538    AP
      72362    OMNIRESO      ECAPITAL COMMERCIAL FINANCE    29,762.60       3/20/25      APC-CC-00538    AP
      72363    SAFETYKL      SAFETY-KLEEN CORP.                756.04       3/20/25      APC-CC-00538    AP
      72364    TULATREA      TULARE COUNTY TREASURER-        8,891.61       3/20/25      APC-CC-00538    AP
      72365    VERIZON       VERIZON WIRELESS                  721.58       3/20/25      APC-CC-00538    AP
      72366    VILLPARK      VPT INC.                        3,280.80       3/20/25      APC-CC-00538    AP
      72367    DOVEEXPO      DOVEX EXPORT COMPANY            6,742.45       3/20/25      APC-CC-00539    AP
      72368    LEMONICA      LC MAMMOTH LLC                 10,560.00       3/20/25      APC-CC-00539    AP
      72369    VALHSALE      VALHALLA SALES & MARKETING     12,897.00       3/20/25      APC-CC-00539    AP
      72370    CALIPACK      CALIFORNIA PACKAGING            5,000.00       3/20/25      APC-CC-00540    AP
      72371    JCP3TRAN      JCP3 TRANSPORT INC              4,737.60       3/20/25      APC-CC-00540    AP
      72372    LORENA        LORENA HARUN                      128.41       3/20/25      APC-CC-00540    AP
      72373    PAPEMATE      PAPE MATERIAL HANDLING          2,346.19       3/20/25      APC-CC-00540    AP
      72374    FRGROWER      FRUIT GROWERS SUPPLY COMPANY    7,402.50       3/20/25      APC-CC-00541    AP
      72375    ALLUNIV       ALLIED UNIVERSAL                4,882.70       3/21/25      APC-CC-00542    AP
      72376    PG&E          P G & E                         5,659.62       3/21/25      APC-CC-00542    AP
      72377    BLUEBOOK      BLUE BOOK SERVICE                 995.00       3/21/25      APC-CC-00543    AP
      72378    AIRGAS        AIRGAS USA, LLC                   530.39       3/27/25      APC-CC-00544    AP
      72379    ATTCO         AT & T                             95.59       3/27/25      APC-CC-00544    AP
      72380    CALIPACK      CALIFORNIA PACKAGING            5,000.00       3/27/25      APC-CC-00544    AP
      72381    CTRUSTAF      CTRUST STAFFING LLC             2,014.98       3/27/25      APC-CC-00544    AP
      72382    FRGROWER      FRUIT GROWERS SUPPLY COMPANY    7,000.00       3/27/25      APC-CC-00544    AP
      72383    JBT WAX       JBT FOOD TECH CORP              7,394.66       3/27/25      APC-CC-00544    AP
      72384    KCPROP        K.C. PROPANE                    1,049.38       3/27/25      APC-CC-00544    AP
      72385    OMNIRESO      ECAPITAL COMMERCIAL FINANCE    29,595.88       3/27/25      APC-CC-00544    AP
      72386    RIVCITY       CITY OF RIVERSIDE               1,023.01       3/27/25      APC-CC-00544    AP
      72387    RUBEN         RUBEN GUTIERREZ                   245.15       3/27/25      APC-CC-00544    AP
      72388    SONORAN       SONORAN CAPITAL ADVISORS        8,798.50       3/27/25      APC-CC-00544    AP
      72389    UNPARCEL      UNITED PARCEL SERVICE             475.28       3/27/25      APC-CC-00544    AP
      72390    VILLPARK      VPT INC.                        2,340.40       3/27/25      APC-CC-00544    AP
      72391    ALLIANT       ALLIANT INSURANCE SERVICE INC.    100.00       3/27/25      APC-CC-00545    AP
      72392    ALLUNIV       ALLIED UNIVERSAL                2,464.90       3/27/25      APC-CC-00545    AP
      72393    LESLIE        LESLIE GUERRERO                    28.68       3/27/25      APC-CC-00545    AP
      72394    SOCALGAS      SOCALGAS                           75.47       3/27/25      APC-CC-00545    AP
      72395    ADVBUFOR      ABF PRINTS, INC.                  377.76       3/31/25      APC-CC-00546    AP
      72396    HUEBERT       HUEBERT MACHINING                 908.91       3/31/25      APC-CC-00546    AP
      72397    MATSON        MATSON ALARM CO.,INC.             432.84       3/31/25      APC-CC-00546    AP
      72398    WELLSFAR      WELLS FARGO                     2,573.32       3/31/25      APC-CC-00546    AP
                                                           -------------
     TOTAL FOR PERIOD: 05, YEAR: 2025                       223,845.77
```

```
WRKSTN: XX-  NIPL                          * * CORONA COLLEGE HEIGHTS ORANGE & LEMON ASSOCIATION * *          11.28.07 PAGE    2
PGM:  APCKRG                                    ACCOUNTS PAYABLE CHECK REGISTER                               DATE:  6/19/25

                                                    ACCOUNTING PERIOD 06: APR, YEAR 2025

                                        BANK CODE: WFB, WELLS FARGO BANK


     CHECK #    VENDOR         VENDOR NAME              CHECK AMOUNT    CHECK DATE    JOURNAL #    ORIGIN
     -------    ------    --------------------------    ------------    ----------    ----------   ------

     72399    ARLHEIGH    ARLINGTON HEIGHTS CITRUS CO.    125,000.00     4/02/25     APC-CC-00547    AP      Rent
     72400    CAAGRICU    CALIFORNIA AGRIBUSINESS            650.00      4/02/25     APC-CC-00547    AP
     72401    CALICITR    CALIFORNIA CITRUS HARVESTING,    3,340.00      4/02/25     APC-CC-00547    AP
     72402    HAZ MAT     HAZ MAT TRANS INC               7,579.11       4/02/25     APC-CC-00547    AP
     72403    UNITCONC    UNITED CONCORDIA                  489.24       4/02/25     APC-CC-00547    AP
     72404    ARLHEIGH    ARLINGTON HEIGHTS CITRUS CO.    18,075.77      4/02/25     APC-CC-00548    AP      MMM
     72405    JBT WAX     JBT FOOD TECH CORP              7,000.00       4/03/25     APC-CC-00549    AP
     72406    OMNIRESO    ECAPITAL COMMERCIAL FINANCE    31,855.24       4/03/25     APC-CC-00549    AP      Labor
     72407    ARREOLA     BETTY ARREOLA                   1,250.00       4/03/25     APC-CC-00550    AP
     72408    MSC         MATIAS SAFETY CONSULTING        1,795.00       4/03/25     APC-CC-00550    AP
     72409    CHROBIMI    C.H.ROBINSON COMPANY, INC.      2,090.00       4/04/25     APC-CC-00551    AP
     72410    STANDINS    STANDARD INSURANCE CO.          1,247.42       4/07/25     APC-CC-00552    AP
     72411    FIRSTINS    FIRST INSURANCE FUNDING         6,996.86       4/07/25     APC-CC-00553    AP
     72412    NATIAGRI    NATIONWIDE AGRIBUSINESS        15,571.48       4/07/25     APC-CC-00553    AP
     72413    ORGACERT    ORGANIC CERTIFIERS              9,795.00       4/07/25     APC-CC-00553    AP      Ins,
     72414    UNAGEMPL    UNITED AGRICULTURAL           32,102.63        4/07/25     APC-CC-00553    AP
     72415    AFLAC       AFLAC                           1,769.26       4/08/25     APC-CC-00557    AP      Ins.
     72416    ARTURO      ARTURO APARICIO                    20.75       4/08/25     APC-CC-00557    AP
     72417    WEXBANK     WEX BANK / CHEVRON                484.15       4/08/25     APC-CC-00557    AP
     72418    ZENITH      ZENITH INSURANCE COMPANY        4,994.00       4/08/25     APC-CC-00557    AP
     72419    ALANHOEK    ALAN HOEKSTRA                  12,525.00       4/10/25     APC-CC-00558    AP      CFO Labor
     72420    ATTCO       AT & T                             41.50       4/10/25     APC-CC-00558    AP
     72421    CTESYSTE    ASSOCIATED TIME ON DEMAND         279.73       4/10/25     APC-CC-00558    AP
     72422    DEPMOTOR    DEPARTMENT OF MOTOR VEHICLES         3.00       4/10/25     APC-CC-00558    AP
     72423    DSCSTRUC    DSCS TRUCKING LLC               1,259.25       4/10/25     APC-CC-00558    AP
     72424    HUEBERT     HUEBERT MACHINING               4,856.84       4/10/25     APC-CC-00558    AP
     72425    KENFULT     DAVID KENNISTON FULTON  JR        824.55       4/10/25     APC-CC-00558    AP
     72426    OMNIRESO    ECAPITAL COMMERCIAL FINANCE    31,186.71       4/10/25     APC-CC-00558    AP      Labor
     72427    PITNEYBO    PITNEY BOWES                      254.51       4/10/25     APC-CC-00558    AP
     72428    RUBEN       RUBEN GUTIERREZ                    29.07       4/10/25     APC-CC-00558    AP
     72429    SHRED-IT    STERICYCLE, INC                  161.90       4/10/25     APC-CC-00558    AP
     72430    SOCALGAS    SOCALGAS                        1,773.26       4/10/25     APC-CC-00558    AP
     72431    SPARKLET    SPARKLETTS DRINKING WATER         225.99       4/10/25     APC-CC-00558    AP
     72432    UNPARCEL    UNITED PARCEL SERVICE              36.00       4/10/25     APC-CC-00558    AP
     72433    ZENITH      ZENITH INSURANCE COMPANY       24,631.00       4/10/25     APC-CC-00558    AP      Work Comp Ins.
     72434    JBT WAX     JBT FOOD TECH CORP             14,394.66       4/10/25     APV-CC-03936    AP
     72434    JBT WAX     VOID CHECK                     14,394.66-      4/10/25     APV-CC-03936    AP      **VOID CHECK**
     72435    JBT WAX     JBT FOOD TECH CORP              5,607.49       4/10/25     APC-CC-00560    AP
     72436    JBT WAX     JBT FOOD TECH CORP              5,740.59       4/10/25     APC-CC-00561    AP
     72437    ALLUNIV     ALLIED UNIVERSAL                4,929.80       4/11/25     APC-CC-00562    AP
     72438    ATTCO       AT & T                             54.11       4/11/25     APC-CC-00562    AP
     72439    CALICITR    CALIFORNIA CITRUS HARVESTING,    1,900.00      4/11/25     APC-CC-00562    AP
     72440    SPOKANE     SPOKANE SOFTWARE SYSTEMS, INC.  7,435.68       4/11/25     APC-CC-00563    AP
     72441    ARTURO      ARTURO APARICIO                    72.40       4/15/25     APC-CC-00564    AP
     72442    PERAZA      CATALINA PERAZA                   120.00       4/15/25     APC-CC-00564    AP
     72443    RUBEN       RUBEN GUTIERREZ                   169.15       4/15/25     APC-CC-00564    AP
     72444    SAFETYKL    SAFETY-KLEEN CORP.                817.79       4/15/25     APC-CC-00564    AP
     72445    VERIZON     VERIZON WIRELESS                  648.97       4/15/25     APC-CC-00564    AP
     72446    J&JAUTO     J & J AUTO HAULING                450.00       4/15/25     APC-CC-00565    AP
     72447    ALLUNIV     ALLIED UNIVERSAL                2,464.90       4/16/25     APC-CC-00566    AP
     72448    ATTCO       AT & T                          1,881.60       4/16/25     APC-CC-00566    AP
     72449    CAAGRICU    CALIFORNIA AGRIBUSINESS           650.00       4/16/25     APC-CC-00566    AP
     72450    CITYDINU    CITY OF DINUBA                  2,057.32       4/16/25     APC-CC-00566    AP
```

```
WRKSTN: XX-  NIPL                  * * CORONA COLLEGE HEIGHTS ORANGE & LEMON ASSOCIATION * *        11.28.07 PAGE   3
PGM:  APCKRG                              ACCOUNTS PAYABLE CHECK REGISTER                          DATE:  6/19/25

                                         ACCOUNTING PERIOD 06: APR, YEAR 2025

                                    BANK CODE: WFB, WELLS FARGO BANK


  CHECK #     VENDOR               VENDOR NAME              CHECK AMOUNT      CHECK DATE     JOURNAL #    ORIGIN
  -------   ----------   ------------------------------    ------------      ----------    -----------   ------

   72451   EAGLE        EAGLE MAINTENANCE                       265.00         4/16/25     APC-CC-00566    AP
   72452   EDWABABC     BABCOCK LABORATORIES, INC.           1,302.23         4/16/25     APC-CC-00566    AP
   72453   J.THAYER     J.THAYER COMPANY                       599.00         4/16/25     APC-CC-00566    AP
   72454   PG&E         P G & E                              4,659.50         4/16/25     APC-CC-00566    AP
   72455   RIVCITY      CITY OF RIVERSIDE                   38,727.40         4/16/25     APC-CC-00566    AP      Utilities
   72456   WAXIESAN     WAXIE SANITARY SUPPLY                1,685.11         4/16/25     APC-CC-00566    AP
   72457   CALICITR     CALIFORNIA CITRUS HARVESTING,        1,200.00         4/17/25     APC-CC-00567    AP      Labor
   72458   OMNIRESO     ECAPITAL COMMERCIAL FINANCE         30,939.88         4/17/25     APC-CC-00567    AP
   72459   ATTCO        AT & T                               3,236.62         4/18/25     APC-CC-00568    AP
   72460   DISNEY       DISNEY WINDOW CLEANING                 430.00         4/18/25     APC-CC-00568    AP
   72461   JULIAN       JULIAN GONZALEZ                        156.47         4/18/25     APC-CC-00568    AP
   72462   ULINE        ULINE SHIPPING SUPPLIES              1,514.28         4/18/25     APC-CC-00568    AP      Interest
   72463   COBANK       COBANK                              41,721.16         4/21/25     APC-CC-00569    AP
   72464   CALICITR     CALIFORNIA CITRUS HARVESTING,        1,320.00         4/22/25     APC-CC-00570    AP
   72465   DEPMOTOR     DEPARTMENT OF MOTOR VEHICLES             5.00         4/22/25     APC-CC-00570    AP
   72466   DEPTINDU     DEPARTMENT OF INDUSTRIAL               195.00         4/22/25     APC-CC-00570    AP
   72467   GRAINGER     W. W. GRAINGER                         984.60         4/22/25     APC-CC-00570    AP
   72468   KCPROP       K.C. PROPANE                         2,475.37         4/22/25     APC-CC-00570    AP
   72469   PITNEYBO     PITNEY BOWES                           287.93         4/22/25     APC-CC-00570    AP
   72470   SHRED-IT     STERICYCLE, INC                        319.02         4/22/25     APC-CC-00570    AP
   72471   SOCALED      SOUTHERN CALIFORNIA EDISON              92.55         4/22/25     APC-CC-00570    AP
   72472   SOCALGAS     SOCALGAS                                49.30         4/22/25     APC-CC-00570    AP
   72473   WELLSFAR     WELLS FARGO                          2,573.32         4/22/25     APC-CC-00570    AP
   72474   CARGSOLU     COPELAND COLD CHAIN LP               2,686.50         4/23/25     APC-CC-00571    AP
   72475   DELSOLOR     DEL SOL COMPANY                      1,200.00         4/23/25     APC-CC-00571    AP
   72476   GENAIR       GENERAL AIR COMPRESSORS INC.         1,081.55         4/23/25     APC-CC-00571    AP
   72477   ALLIPACK     ALLIED PACKAGING CORP                5,000.00         4/24/25     APC-CC-00572    AP
   72478   FRGROWER     FRUIT GROWERS SUPPLY COMPANY        10,791.16         4/24/25     APC-CC-00572    AP      Purchase fruit
   72479   GROWDIRE     GROWER'S DIRECT PRODUCE, INC.          500.00         4/24/25     APC-CC-00572    AP
   72480   HOMGROPO     HOMEGROWN ORGANIC FARMS                500.00         4/24/25     APC-CC-00572    AP
   72481   JBT FOOD     JBT CORP.                            2,727.20         4/24/25     APC-CC-00572    AP      Prof. Fee
   72482   MATKALLE     ALLEN MATKINS LECK GAMBLE           15,000.00         4/24/25     APC-CC-00572    AP
   72483   MUNODLHA     MUNDELL, ODLUM & HAWS, INC.          3,581.00         4/24/25     APC-CC-00572    AP      Labor
   72484   OMNIRESO     ECAPITAL COMMERCIAL FINANCE         35,469.83         4/24/25     APC-CC-00572    AP
   72485   PAPEMATE     PAPE MATERIAL HANDLING               2,368.32         4/24/25     APC-CC-00572    AP      Prof. Fee
   72486   SONORAN      SONORAN CAPITAL ADVISORS            13,621.10         4/24/25     APC-CC-00572    AP
   72487   VALHALSA     VALHALLA SALES & MARKETING             500.00         4/24/25     APC-CC-00572    AP      Pallets
   72488   CHEP         CHEP USA                             9,539.79         4/25/25     APC-CC-00573    AP
   72489   PERAZA       CATALINA PERAZA                        100.00         4/29/25     APC-CC-00574    AP
   72490   ARREOLA      BETTY ARREOLA                        2,500.00         4/30/25     APC-CC-00575    AP
   72491   ATTCO        AT & T                               1,881.65         4/30/25     APC-CC-00575    AP
   72492   CAAGRICU     CALIFORNIA AGRIBUSINESS                650.00         4/30/25     APC-CC-00575    AP
   72493   CCH INC      CCH INCORPORATED                       191.35         4/30/25     APC-CC-00575    AP
   72494   LORENA       LORENA HARUN                           128.41         4/30/25     APC-CC-00575    AP
   72495   MSC          MATIAS SAFETY CONSULTING             1,795.00         4/30/25     APC-CC-00575    AP
   72496   RUBEN        RUBEN GUTIERREZ                         48.19         4/30/25     APC-CC-00575    AP
   72497   SENSTECH     SENSITECH INC.                         987.20         4/30/25     APC-CC-00575    AP
   72498   SHERWIN      THE SHERWIN-WILLIAMS CO              1,211.26         4/30/25     APC-CC-00575    AP
   72499   SOCALGAS     SOCALGAS                             1,763.13         4/30/25     APC-CC-00575    AP
   72500   SPECTRUM     SPECTRUM BUILDING SERVICES LLC       1,555.00         4/30/25     APC-CC-00575    AP
                                                           -------------
   TOTAL FOR PERIOD: 06, YEAR: 2025                          637,310.40
```

```
WRKSTN: XX- NIPL                    * * CORONA COLLEGE HEIGHTS ORANGE & LEMON ASSOCIATION * *          11.28.07 PAGE   4
PGM:  APCKRG                              ACCOUNTS PAYABLE CHECK REGISTER                              DATE:  6/19/25

                                              ACCOUNTING PERIOD 07: MAY, YEAR 2025

                                       BANK CODE: WFB, WELLS FARGO BANK

  CHECK #    VENDOR            VENDOR NAME                    CHECK AMOUNT    CHECK DATE   JOURNAL #     ORIGIN
  -------    ----------        ---------------------------    ------------    ----------   ------------  ------

  72501     AFLAC        AFLAC                                   1,769.26       5/01/25    APC-CC-00576    AP
  72502     BRITTRUC     ROSENDO BRITO                             448.80       5/01/25    APC-CC-00576    AP
  72503     CTRUSTAF     CTRUST STAFFING LLC                     1,874.40       5/01/25    APC-CC-00576    AP
  72504     DSCSTRUC     DSCS TRUCKING LLC                         897.60       5/01/25    APC-CC-00576    AP
  72505     FIRSTINS     FIRST INSURANCE FUNDING                 7,346.70       5/01/25    APC-CC-00576    AP
  72506     FRGROWER     FRUIT GROWERS SUPPLY COMPANY            5,000.00       5/01/25    APC-CC-00576    AP
  72507     JBT FOOD     JBT CORP.                               5,060.80       5/01/25    APC-CC-00576    AP
  72508     JCP3TRAN     JCP3 TRANSPORT INC                      2,244.00       5/01/25    APC-CC-00576    AP
  72509     NATIAGRI     NATIONWIDE AGRIBUSINESS                14,391.37       5/01/25    APC-CC-00576    AP    Ins.
  72510     OMNIRESO     ECAPITAL COMMERCIAL FINANCE            25,182.62       5/01/25    APC-CC-00576    AP    Labor
  72511     SPOKANE      SPOKANE SOFTWARE SYSTEMS, INC.          7,435.68       5/01/25    APC-CC-00576    AP
  72512     UNAGEMPL     UNITED AGRICULTURAL                    23,599.06       5/01/25    APC-CC-00576    AP    Ins.
  72513     UNITCONC     UNITED CONCORDIA                          466.11       5/01/25    APC-CC-00576    AP
  72514     VEG-FRE      VEG-FRESH FARMS                           339.00       5/01/25    APC-CC-00576    AP
  72515     VILLPARK     VPT INC.                                2,450.00       5/01/25    APC-CC-00576    AP
  72516     STANDINS     STANDARD INSURANCE CO.                  1,126.27       5/01/25    APC-CC-00577    AP
  72517     MUNODLHA     MUNDELL, ODLUM & HAWS, INC.             3,000.00       5/05/25    APC-CC-00578    AP
  72518     ULINE        ULINE SHIPPING SUPPLIES                 1,163.49       5/06/25    APC-CC-00579    AP
  72519     VERIZON      VERIZON WIRELESS                          548.77       5/06/25    APC-CC-00579    AP
  72520     WELLSFAR     WELLS FARGO                             3,000.00       5/06/25    APC-CC-00579    AP
  72521     WEXBANK      WEX BANK / CHEVRON                        484.15       5/06/25    APC-CC-00579    AP
  72522     AIRGAS       AIRGAS USA, LLC                           957.82       5/08/25    APC-CC-00580    AP
  72523     ALANHOEK     ALAN HOEKSTRA                          12,500.00       5/08/25    APC-CC-00580    AP    CFO Labor
  72524     ALLUNIV      ALLIED UNIVERSAL                        4,929.80       5/08/25    APC-CC-00580    AP
  72525     ATTCO        AT & T                                     41.59       5/08/25    APC-CC-00580    AP
  72526     CALICITR     CALIFORNIA CITRUS HARVESTING,           1,720.00       5/08/25    APC-CC-00580    AP
  72527     CITYDINU     CITY OF DINUBA                          2,273.26       5/08/25    APC-CC-00580    AP
  72528     CTRUSTAF     CTRUST STAFFING LLC                     1,874.40       5/08/25    APC-CC-00580    AP
  72529     DCELECTR     DC ELECTRONICS, INC.                      150.00       5/08/25    APC-CC-00580    AP
  72530     DSCSTRUC     DSCS TRUCKING LLC                         897.60       5/08/25    APC-CC-00580    AP
  72531     FIDELITY     FIDELITY INVESTMENTS                      750.00       5/08/25    APC-CC-00580    AP
  72532     FRGROWER     FRUIT GROWERS SUPPLY COMPANY            7,614.85       5/08/25    APC-CC-00580    AP    Supplies
  72533     HOMEDEPO     HOME DEPOT CREDIT SERVICES                138.42       5/08/25    APC-CC-00580    AP
  72534     IW SOLU      IW SOLUTIONS CORP.                      2,069.00       5/08/25    APC-CC-00580    AP
  72535     JBT FOOD     JBT CORP.                               1,173.60       5/08/25    APC-CC-00580    AP
  72536     JCP3TRAN     JCP3 TRANSPORT INC                        448.80       5/08/25    APC-CC-00580    AP
  72537     MATSON       MATSON ALARM CO.,INC.                      47.42       5/08/25    APC-CC-00580    AP
  72538     OMNIRESO     ECAPITAL COMMERCIAL FINANCE            20,850.92       5/08/25    APC-CC-00580    AP    Labor
  72539     ORKIN        ORKIN PEST CONTROL                        710.00       5/08/25    APC-CC-00580    AP
  72540     PITNEYBO     PITNEY BOWES                              200.00       5/08/25    APC-CC-00580    AP
  72541     RIVCITY      CITY OF RIVERSIDE                       1,023.01       5/08/25    APC-CC-00580    AP
  72542     SONORAN      SONORAN CAPITAL ADVISORS               13,621.10       5/08/25    APC-CC-00580    AP    Prof. Fee
  72543     VALHSALE     VALHALLA SALES & MARKETING              1,000.00       5/08/25    APC-CC-00580    AP
  72544     ZENITH       ZENITH INSURANCE COMPANY               27,315.00       5/08/25    APC-CC-00580    AP    Work 'omp Ins.
  72545     ATTCO        AT & T                                  3,569.99       5/08/25    APC-CC-00581    AP
  72546     PRIMUS       PRIMUS LABS.COM                         1,408.92       5/08/25    APC-CC-00581    AP
  72547     PRIMUS       PRIMUS LABS.COM                           381.97       5/09/25    APC-CC-00582    AP
  72548     ATTCO        AT & T                                     95.59       5/12/25    APC-CC-00583    AP
  72549     VILLPARK     VPT INC.                                1,050.00       5/12/25    APC-CC-00583    AP
  72550     ALLUNIV      ALLIED UNIVERSAL                        4,898.40       5/14/25    APC-CC-00584    AP
  72551     ATTCO        AT & T                                     49.63       5/14/25    APC-CC-00584    AP
  72552     CALICITR     CALIFORNIA CITRUS HARVESTING,           1,960.00       5/14/25    APC-CC-00584    AP
  72553     COBANK       COBANK                                 44,652.24       5/14/25    APC-CC-00584    AP    Interest
```

```
WRKSTN: XX- NIPL                    * * CORONA COLLEGE HEIGHTS ORANGE & LEMON ASSOCIATION * *           11.28.07 PAGE   5
PGM: APCKRG                              ACCOUNTS PAYABLE CHECK REGISTER                                DATE:  6/19/25

                                                ACCOUNTING PERIOD 07: MAY, YEAR 2025

                                        BANK CODE: WFB, WELLS FARGO BANK


   CHECK #    VENDOR                    VENDOR NAME                 CHECK AMOUNT    CHECK DATE    JOURNAL #      ORIGIN
   -------    ------     ---------------------------------------    ------------    ----------    -----------    ------
   72554     LIFTPART    LIFT PARTS OF CALIFORNIA, INC.                 696.00      5/14/25       APC-CC-00584     AP
   72555     ULINE       ULINE SHIPPING SUPPLIES                        256.11      5/14/25       APC-CC-00584     AP
   72556     VILLPARK    VPT INC.                                     1,400.00      5/14/25       APC-CC-00584     AP
   72557     ANASTASS    ANASTASSIOU & ASSOCIATES                     1,100.00      5/15/25       APC-CC-00585     AP
   72558     ARLHEIGH    ARLINGTON HEIGHTS CITRUS CO.                18,075.77      5/15/25       APC-CC-00585     AP      NNN
   72559     CAAGRICU    CALIFORNIA AGRIBUSINESS                        650.00      5/15/25       APC-CC-00585     AP
   72560     CTESYSTE    ASSOCIATED TIME ON DEMAND                      270.33      5/15/25       APC-CC-00585     AP
   72561     LIFTPART    LIFT PARTS OF CALIFORNIA, INC.                 855.18      5/15/25       APC-CC-00585     AP
   72562     OMNIRESO    ECAPITAL COMMERCIAL FINANCE                 33,456.23      5/15/25       APC-CC-00585     AP      Labor
   72563     SOCALGAS    SOCALGAS                                        38.19      5/15/25       APC-CC-00585     AP
   72564     SPECTRUM    SPECTRUM BUILDING SERVICES LLC               1,555.00      5/15/25       APC-CC-00585     AP
   72565     WELLSFAR    WELLS FARGO                                  2,630.45      5/15/25       APC-CC-00585     AP
   72566     MATKALLE    ALLEN MATKINS LECK GAMBLE                   15,000.00      5/15/25       APC-CC-00586     AP      Prof. Fees
   72567     SONORAN     SONORAN CAPITAL ADVISORS                    24,032.39      5/15/25       APC-CC-00586     AP
   72568     ARREOLA     BETTY ARREOLA                                2,500.00      5/16/25       APC-CC-00587     AP
   72569     CTRUSTAF    CTRUST STAFFING LLC                          1,874.40      5/16/25       APC-CC-00587     AP
   72570     MUNODLHA    MUNDELL, ODLUM & HAWS, INC.                    750.50      5/16/25       APC-CC-00587     AP
   72571     TENNANT     TENNANT                                        386.11      5/16/25       APC-CC-00587     AP
   72572     TRICO       BURRTEC WASTE INDUSTRIES  INC                 1,639.41      5/16/25       APC-CC-00588     AP
   72573     UAIS        UNITED AGRIBUSINESS LEAGUE                     720.00      5/16/25       APV-CC-04056     AP    **VOID CHECK**
   72573     UAIS        VOID CHECK                                     720.00-     5/16/25       APV-CC-04056     AP
   72574     PG&E        P G & E                                      5,724.27      5/16/25       APC-CC-00589     AP
   72575     UAL         UNITED AG                                      720.00      5/16/25       APC-CC-00589     AP
   72576     CHEP        CHEP USA                                    18,717.46      5/21/25       APC-CC-00590     AP      Pallets
   72577     CHROBIMI    C.H.ROBINSON COMPANY, INC.                     440.00      5/21/25       APC-CC-00590     AP
   72578     CINTAS      CINTAS CORP                                    430.90      5/21/25       APC-CC-00590     AP
   72579     BENARD      BENARD & SONS PALLETS INC.                   5,280.00      5/21/25       APC-CC-00591     AP
   72580     ARTURO      ARTURO APARICIO                                 32.59      5/22/25       APC-CC-00592     AP
   72581     CTRUSTAF    CTRUST STAFFING LLC                          1,874.40      5/22/25       APC-CC-00592     AP
   72582     JBT FOOD    JBT CORP.                                    2,526.38      5/22/25       APC-CC-00592     AP
   72583     KCPROP      K.C. PROPANE                                   787.75      5/22/25       APC-CC-00592     AP
   72584     MUNODLHA    MUNDELL, ODLUM & HAWS, INC.                  3,304.52      5/22/25       APC-CC-00592     AP
   72585     OMNIRESO    ECAPITAL COMMERCIAL FINANCE                 27,836.72      5/22/25       APC-CC-00592     AP      Labor
   72586     RIVCITY     CITY OF RIVERSIDE                           44,403.25      5/22/25       APC-CC-00592     AP      Utilities
   72587     RUBEN       RUBEN GUTIERREZ                                 34.08      5/22/25       APC-CC-00592     AP
   72588     DSCSTRUC    DSCS TRUCKING LLC                              504.00      5/22/25       APC-CC-00593     AP
   72589     BONNETT     BONNETT IRRIGATION, INC.                       229.96      5/23/25       APC-CC-00594     AP
   72590     CALICITR    CALIFORNIA CITRUS HARVESTING,                 2,340.00      5/23/25       APC-CC-00594     AP
   72591     IW SOLU     IW SOLUTIONS CORP.                           2,996.08      5/23/25       APC-CC-00594     AP
   72592     VALHSALE    VALHALLA SALES & MARKETING                   1,500.00      5/23/25       APC-CC-00594     AP
   72593     VILLPARK    VPT INC.                                     1,050.00      5/23/25       APC-CC-00594     AP
   72594     DOWNSCOM    DOWNS ENERGY                                   905.32      5/27/25       APC-CC-00595     AP
   72595     WEXBANK     WEX BANK / CHEVRON                           1,339.63      5/27/25       APC-CC-00595     AP
   72596     HURST       HURST INTERNATIONAL, LLC                     6,195.25      5/28/25       APC-CC-00596     AP
   72597     ALLIPACK    ALLIED PACKAGING CORP                        8,867.20      5/29/25       APC-CC-00597     AP      Supplies
   72598     ALLUNIV     ALLIED UNIVERSAL                             4,914.10      5/29/25       APC-CC-00597     AP
   72599     ARLHEIGH    ARLINGTON HEIGHTS CITRUS CO.                18,075.79      5/29/25       APV-CC-04074     AP    **VOID CHECK**
   72599     ARLHEIGH    VOID CHECK                                  18,075.79-     5/29/25       APV-CC-04074     AP
   72600     CAAGRICU    CALIFORNIA AGRIBUSINESS                        650.00      5/29/25       APC-CC-00597     AP
   72601     CTRUSTAF    CTRUST STAFFING LLC                          1,686.96      5/29/25       APC-CC-00597     AP
   72602     DAUMAR      DAUMAR CORPORATION                           5,449.68      5/29/25       APC-CC-00597     AP
   72603     DOVEEXPO    DOVEX EXPORT COMPANY                           500.00      5/29/25       APC-CC-00597     AP
   72604     FRGROWER    FRUIT GROWERS SUPPLY COMPANY                10,683.84      5/29/25       APC-CC-00597     AP      Supplies
```

```
WRKSTN: XX-  NIPL                                                                    11.28.07 PAGE   6
PGM:    APCKRG                • • CORONA COLLEGE HEIGHTS ORANGE & LEMON ASSOCIATION • •   DATE: 6/19/25
                                 ACCOUNTS PAYABLE CHECK REGISTER
                                 ACCOUNTING PERIOD 07: MAY, YEAR 2025

                                 BANK CODE: WFB, WELLS FARGO BANK

     CHECK #    VENDOR          VENDOR NAME                 CHECK AMOUNT    CHECK DATE   JOURNAL #    ORIGIN
     -------    ----------      ----------------------      ------------    ----------   ------------  ------
      72605     GIROPACK        GIRO PACK, INC.                 3,867.55      5/29/25     APC-CC-00597   AP
      72606     GRAINGER        W. W. GRAINGER                  2,968.10      5/29/25     APC-CC-00597   AP
      72607     JBT FOOD        JBT CORP.                       9,282.10      5/29/25     APC-CC-00597   AP
      72608     KCPROP          K.C. PROPANE                      867.34      5/29/25     APC-CC-00597   AP
      72609     OMNIRESO        ECAPITAL COMMERCIAL FINANCE    33,917.61      5/29/25     APC-CC-00597   AP
      72610     SANJPEST        SAN JOAQUIN PEST CONTROL          602.77      5/29/25     APC-CC-00597   AP
      72611     SONORAN         SONORAN CAPITAL ADVISORS       10,214.18      5/29/25     APC-CC-00597   AP
      72612     VALHSALE        VALHALLA SALES & MARKETING      1,000.00      5/29/25     APC-CC-00597   AP
      72613     ARLHEIGH        ARLINGTON HEIGHTS CITRUS CO.   17,356.96      5/29/25     APC-CC-00597   AP
      72614     HURST           HURST INTERNATIONAL, LLC        4,301.90      5/29/25     APC-CC-00598   AP
      72615     MIGHTY          MIGHTY MACK BATTERIES             350.00      5/31/25     APC-CC-00599   AP
                                                                              6/02/25     APC-CC-00600   AP
                                                              ------------
     TOTAL FOR PERIOD: 07, YEAR: 2025                          622,011.33
```

Supplies
Labor
Prof. Fees
NNN

```
WRKSTN: XX- NIPL                        * * CORONA COLLEGE HEIGHTS ORANGE & LEMON ASSOCIATION * *        11.28.07 PAGE   7
PGM: APCKRG                                  ACCOUNTS PAYABLE CHECK REGISTER                            DATE:  6/19/25

                                            ACCOUNTING PERIOD 08: JUN, YEAR 2025

                                      BANK CODE: WFB, WELLS FARGO BANK

  CHECK #   VENDOR         VENDOR NAME              CHECK AMOUNT   CHECK DATE   JOURNAL #    ORIGIN
  -------   ------         -----------              ------------   ----------   ---------    ------
  72616    AFLAC          AFLAC                        1,769.26      6/02/25    APC-CC-00601    AP
  72617    FIRSTINS       FIRST INSURANCE FUNDING      6,996.86      6/02/25    APC-CC-00601    AP
  72618    NATIAGRI       NATIONWIDE AGRIBUSINESS     15,402.89      6/02/25    APC-CC-00601    AP       Ins.
  72619    SPOKANE        SPOKANE SOFTWARE SYSTEMS, INC. 7,435.68    6/02/25    APC-CC-00601    AP
  72620    STANDINS       STANDARD INSURANCE CO.       1,126.27      6/02/25    APC-CC-00601    AP       Ins.
  72621    UNAGEMPL       UNITED AGRICULTURAL         29,798.79      6/02/25    APC-CC-00601    AP
  72622    UNITCONC       UNITED CONCORDIA              466.11       6/02/25    APC-CC-00601    AP
  72623    ARLHEIGH       ARLINGTON HEIGHTS CITRUS CO.  718.83       6/03/25    APC-CC-00602    AP
  72624    ATTCO          AT & T                        95.59        6/03/25    APC-CC-00602    AP
  72625    CTESYSTE       ASSOCIATED TIME ON DEMAND     267.98       6/03/25    APC-CC-00602    AP
  72626    J.THAYER       J.THAYER COMPANY              216.73       6/03/25    APC-CC-00602    AP
  72627    ORKIN          ORKIN PEST CONTROL            770.00       6/03/25    APC-CC-00602    AP
  72628    PRIMO          PRIMO BRANDS                  537.23       6/03/25    APC-CC-00602    AP
  72629    VEG-FRE        VEG-FRESH FARMS             2,376.00       6/03/25    APC-CC-00602    AP       CFO Labor
  72630    ALANHOEK       ALAN HOEKSTRA              12,500.00       6/05/25    APC-CC-00603    AP       Labor
  72631    OMNIRESO       ECAPITAL COMMERCIAL FINANCE 30,957.93      6/05/25    APC-CC-00603    AP       Prof. Fee
  72632    SONORAN        SONORAN CAPITAL ADVISORS   10,000.00       6/05/25    APC-CC-00603    AP
  72633    ATTCO          AT & T                        49.63        6/05/25    APC-CC-00604    AP
  72634    BARNES         BARNES WELDING SUPPLY         527.09       6/05/25    APC-CC-00604    AP
  72635    BONNETT        BONNETT IRRIGATION, INC.      41.19        6/05/25    APC-CC-00604    AP
  72636    JOSE FU        JOSE FU                     5,000.00       6/05/25    APC-CC-00604    AP
  72637    JULIAN         JULIAN GONZALEZ            1,085.33        6/05/25    APC-CC-00605    AP
  72638    ATTCO          AT & T                      1,874.22       6/10/25    APC-CC-00606    AP
  72639    RIVCITY        CITY OF RIVERSIDE           1,023.01       6/10/25    APC-CC-00606    AP
  72640    ULINE          ULINE SHIPPING SUPPLIES       399.66       6/10/25    APC-CC-00606    AP
  72641    VERIZON        VERIZON WIRELESS              575.15       6/10/25    APC-CC-00606    AP
  72642    ATTCO          AT & T                        41.69        6/11/25    APC-CC-00607    AP
  72643    CAAGRICU       CALIFORNIA AGRIBUSINESS       650.00       6/11/25    APC-CC-00607    AP
  72644    CALICITR       CALIFORNIA CITRUS HARVESTING, 1,800.00     6/11/25    APC-CC-00607    AP
  72645    MMWESTCO       M & M WEST COAST PRODUCE, INC. 4,136.40    6/11/25    APC-CC-00607    AP
  72646    WELLSFAR       WELLS FARGO                 3,000.00       6/11/25    APC-CC-00607    AP
  72647    OMNIRESO       ECAPITAL COMMERCIAL FINANCE 30,250.94      6/12/25    APC-CC-00608    AP       Labor
  72648    VILLPARK       VPT INC.                    1,400.00       6/12/25    APC-CC-00608    AP
  72649    CHEP           CHEP USA                    2,358.70       6/13/25    APC-CC-00609    AP
  72650    SOCALGAS       SOCALGAS                    1,954.42       6/16/25    APC-CC-00610    AP
                                                    -------------
  TOTAL FOR PERIOD: 08, YEAR: 2025                    177,603.48

                                                    -------------
  TOTAL FOR BANK CODE: WFB                          1,660,770.98
                                                    =============
```

Electronic Payments

| Date | Payee | Amount | |
|------|-------|--------|---|
| 3-21 | Allen Matkins | 10,000 | Prof. Fees |
| 5-29 | " " | 15,000 | |
| 6-6 | " " | 10,000 | |
| 5-2 | Arlington Heights | 25,000 | (Rent May Partial) |
| 5-29 | " " | 25,000 | |

| Debtor | **Corona - College Heights Orange and Lemon Association** | Case number *(if known)* | **6:25-bk-14552-RB** |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 3/21/25 - $10,000; 04/24/24 - $15,000; 05/15/25 - $15,000; 5/29/25 - $15,000; and 6/6/25 - $10,000 | |
| | **Allen Matkins<br>600 Broadway<br>27th Floor<br>San Diego, CA 92101** | | | **$65,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor   **Corona - College Heights Orange and Lemon Association**          Case number *(if known)*   **6:25-bk-14552-RB**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Sonoran Capital 1733 N. Greenfiled Rt Ste 104 Scottsdale, AZ 85258 | | 3/27/25 - $8,798.50; 4/24/25 - $1,3621.10; 05/08/25 - $1,3621.10; 05/15/25 - $24,023.39; 5/29/25 - $10,214.18 | $70,278.27 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Anastassiou & Associates** P.O. Box 2210 Salinas, CA 93902 | | **June 2025** | **$4,454.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Marshack Hays Wood LLP** 870 Roosevelt Irvine, CA 92620 | | 06/09/2025 | $20,000.00 |
| | Email or website address **marshackhays.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

| Debtor | Corona - College Heights Orange and Lemon Association | Case number (if known) | 6:25-bk-14552-RB |
| --- | --- | --- | --- |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Corona - College Heights Orange and Lemon Association** | Case number *(if known)* | **6:25-bk-14552-RB** |

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Veg Fresh Farms**<br>**1400 W. Rincon Street**<br>**Corona, CA 92878** | **8000 Lincoln Ave**<br>**Riverside, CA 92504** | **Cartons, pallets, bagging material** | **$150,000.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **JBT Marel**<br>**1660 Iowa Avenue, Suite 100**<br>**Riverside, CA 92507** | **8000 Lincoln Ave**<br>**Riverside, CA 92504** | | **Unknown** |

---

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Corona - College Heights Orange and Lemon Association** | Case number *(if known)* **6:25-bk-14552-RB** |
|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service
From-To |
|---|---|---|
| 26a.1. | **Soren McAdam**
**2068 Orange Tree Lane**
**Suite 100**
**Redlands, CA 92374** | **2007-2024** |
| 26a.2. | **Eadie + Payne**
**3880 Lemon St.**
**Suit 300**
**Riverside, CA 92502** | |
| 26a.3. | **Sonoran Capital**
**1733 N. Greenfield Rd.**
**Ste. 104**
**Scottsdale, AZ 85258** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Corona College Heights Orange + Lemon As**
**8000 Lincoln Ave**
**Riverside, CA 92504** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

Debtor  **Corona - College Heights Orange and Lemon Association**      Case number *(if known)*  **6:25-bk-14552-RB**

in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Al Stehly** | **27873 Evergreen Way**<br>**Anaheim, CA 92802** | **Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matt Witman** | **P.O. Box 1959**<br>**Escondido, CA 92033** | **Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tom Dorsey** | **9611 James Rd.**<br>**Villa Park, CA 92861** | **Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Alan Hoekstra** | **6629 Corte Loma**<br>**Carlsbad, CA 92009** | **Interim CFO** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Dave Roberts** | **39237 Road 172**<br>**Visalia, CA 93292** | **Board Member** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Patricio Ortez** | | **Board Member** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Jose Fu** | **24007 Dandelion Ln**<br>**Valencia, CA 91354** | **Ex-Interim CEO** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Web Barton** | | **Board Member** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **John Demski** | **2161 Sky Drive**<br>**Riverside, CA 92506** | **Ex CEO** | |

Debtor    **Corona - College Heights Orange and Lemon Association**    Case number *(if known)*    **6:25-bk-14552-RB**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ken Doty | 1300 Elmwood Ranch 1300 Goleta, CA 93117 | Board Member | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| John J. Gless | 18571 Van Buren Blvd. Riverside, CA 92508 | Board Member | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jim Barkley | 276 Doobie Ave. Las Vegas, NV 89183 | Board Member | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Allan Hoekstra | $12,500 per month | April 2023 - to present | Consultant Fee - project manager. |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Corona - College Heights Orange and Lemon Association**                 Case number *(if known)*  **6:25-bk-14552-RB**

---

**Part 14:**   Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 21, 2025**

*Alan Hoekstra*

Signature of individual signing on behalf of the debtor         **Alan Hoekstra**
                                                                Printed name

Position or relationship to debtor    **CFO (Interim)**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Corona - College Heights Orange and Lemon Association**          Case No.   **6:25-bk-14552-RB**
Debtor(s)          Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 20,000.00 |
| Prior to the filing of this statement I have received | $ | 20,000.00 |
| Balance Due | $ | 0.00 |

2.   $ **500.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
   **Representation of the debtor(s) at the first meeting of creditors.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any relief from stay actions or any other adversary proceeding. No tax advice of any sort.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 21, 2025**                               /s/ David A. Wood
*Date*                                           **David A. Wood**
                                                 *Signature of Attorney*
                                                 **MARSHACK HAYS WOOD LLP**
                                                 **870 Roosevelt**
                                                 **Irvine, CA 92620-3663**
                                                 **(949) 333-7777  Fax: (949) 333-7778**
                                                 **dwood@marshackhays.com**
                                                 *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David A. Wood**<br>**870 Roosevelt**<br>**Irvine, CA 92620-3663**<br>**(949) 333-7777 Fax: (949) 333-7778**<br>California State Bar Number: **272406 CA**<br>dwood@marshackhays.com | |

☑ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        **Corona College Heights Orange + Lemon Association**<br><br>                                          Debtor(s),<br><br>                                          Plaintiff(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **7** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br><br>                                          Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __Alan Hoekstra_____ , the undersigned in the above-captioned case, hereby declare
           *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
☐ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
        *[For additional names, attach an addendum to this form.]*

b.     ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **July 21, 2025** | By: *Alan Hoekstra* |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name: **Alan Hoekstra, CFO (Interim)** |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**David A. Wood**
**870 Roosevelt**
**Irvine, CA 92620-3663**
**(949) 333-7777 Fax: (949) 333-7778**
California State Bar Number: **272406 CA**
dwood@marshackhays.com

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Corona - College Heights Orange and Lemon
Association**

CASE NO.: **6:25-bk-14552-RB**

CHAPTER: **7**

## VERIFICATION OF MASTER
## MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __42__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **July 21, 2025**

*Alan Hoekstra*
Signature of Debtor 1

Date:  _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **July 21, 2025**

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                **F 1007-1.MAILING.LIST.VERIFICATION**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David A. Wood**<br>**870 Roosevelt**<br>**Irvine, CA 92620-3663**<br>**dwood@marshackhays.com**<br>**(949) 333-7777 Fax: (949) 333-7778**<br>**272406 CA**<br>**dwood@marshackhays.com**<br><br>☐ Individual appearing without attorney<br>☑ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Corona - College Heights Orange and Lemon Association**<br><br><br><br>Debtor(s). | CASE NO.:**6:25-bk-14552-RB**<br><br>CHAPTER: **7**<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F.

Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Number(s)    ☐ Statement of intentions    ☑ Master Mailing List
☐ Other *(specify)*

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: **July 17, 2025**

*Alan Hoekstra*

**Alan Hoekstra**
Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**:    It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015        Page 1        F 1007-1.1.AMENDED.SUMMARY

.

3 Brockman Farms, Inc.
Attn: Brock Moore
4292 Avalon Ave.
Fresno, CA 93722


49 Acre Scholle Ranch LLC
c/o Diane Connelly
289 E. Los Angeles Ave.
Somis, CA 93066


A.C. Sherwood Farms
Alex Camany
1665 E. Manning
Fresno, CA 93725


Alan Johnson
P.O. Box 2651
Rancho Santa Fe, CA 92067


Albert J. Puglisi
Rancho Santa Fe, CA 92067


Albert Reese
Fallbrook, CA 92028


Allison & Scott Stratton
P.O. Box 2612
Rancho Santa Fe, CA 92067


Amy Stout
P.O. Box 2244
Rancho Santa Fe, CA 92067

Ann Rhoads
P.O. Box 2214
Rancho Santa Fe, CA 92067


Anthony Seddon Thornley
P.O. Box 1558
Rancho Santa Fe, CA 92067


Antonio Mountain Ranch, LLC
P.O. Box 6400
CA 92634


Aram Minasian
P.O. Box 5005-4
Rancho Santa Fe, CA 92067


Arvan Franklin Kent
9229 W. Stirrup Dr.
Boise, ID 83709


Barbara Kessel
1020 Blue Bell Way
San Luis Obispo, CA 93401


Barbara N. Zaccheo
Re: Dean Nichols
89 Crescent St.
Greenfield, MA 01301


Barbi & Dave Krome
P.O. Box 1489
Rancho Santa Fe, CA 92067

Barry & Debra Yellen
2240 Encinitas Blvd., #469
Encinitas, CA 92024

Bart Neglia
Peggy Neglia
Solana Beach, CA 92075-2616

Bernice Wendt
1461 Monterey Rd., #28G
Seal Beach, CA 90740

Betty P. Renck
8537 Magnolia Ave.
Apt. 236
Riverside, CA 92504

Betty Rantze
P.O. Box 831589
Dallas, TX 75283

Bill Thomas
28101 Sycamore Mesa Rd.
Temecula, CA 92590

Blanche E. Hubble
CA 91719

Bob Schaich
1155 Meadow Lake Dr.
Apt. 1
Vista, CA 92084

Bradford H. Miller
30900 Rancho Viejo
Ste. 155
San Juan Capistrano, CA 92675


Brian and Maria Sauer
P.O. Box 431
Rancho Santa Fe, CA 92067


Bridget McDonald
P.O. Box 669
Rancho Santa Fe, CA 92067-0669


Bruce I. Wennerstrom
1120 Via De Rey
Goleta, CA 93117


Bryan F. Watson
410 S. Granados Ave.
Solana Beach, CA 92075-2015


Burton & Megan Lustine
Rancho Santa Fe, CA 92067


Carl H. Zannger, Trustee
25421 Sea Bluff Dr., #118
Dana Point, CA 92629


Carl Kessel
505 Ash St.
Los Osos, CA 93402

Caroline Nelson
P.O. Box 264
Rancho Santa Fe, CA 92067


Charles A. McDaniel, Jr.
46366 Sandia Creek Dr.
Temecula, CA 92590


Charles Noell
1540 Soldedad Ave
La Jolla, CA 92037-3815


Charlie Persico
P.O. Box 7159
Rancho Santa Fe, CA 92067


Chris Lynch
2596 Raeburn Dr.
Riverside, CA 92506


Chris Smith
Rancho Santa Fe, CA 92067


Chris Taylor
P.O. Box 2014
Rancho Santa Fe, CA 92067


Christian Singletary
1351 Firethorn Avenue
Riverside, CA 92504

Christopher Hebbard Macarthur
3731 Tibbets St
Suite 12
Riverside, CA 92506


Clifford A. Walters
Redlands, CA 92373



Clifford W. Nichols
Susan A. Nichols
P.O. Box 891657
Temecula, CA 92589


Clifton R. Peterson
205 S. Helix Ave
Unit F
Santa Ana, CA 92705


Cocopah Nursery, Inc.
81-880 Arus Ave
Indio, CA 92201


Dale Moody
3433 Lonejack Rd.
Encinitas, CA 92024


Dan Patrick
P.O. Box 1747
Rancho Santa Fe, CA 92067


Dave Mounier
San Diego, CA 92128

Dave Roberts
39237 Road 172
Visalia, CA 93292


David Love
Rancho Santa Fe, CA 92067


David Moorhead
602 Genius Dr.
Winter Park, FL 32789


David Neblett
P.O. Box 2646
Rancho Santa Fe, CA 92067


David Peery
2612 Chauncy Pl.
Riverside, CA 92506


David Schibler
3533 Fortuna Ranch Rd.
Encinitas, CA 92024


Dean Nichols
P.O. Box 442
Valley Center, CA 92082


Deanna T. Santoro
2895 So. Main St.
CA 91720

Dee & William Snow
Encinitas, CA 92024


Dennis Philips
P.O. Box 50312
Santa Barbara, CA 93150


Don Stuckey
Bonsall, CA 92003


Donald Kaplan
P.O. Box 884
Rancho Santa Fe, CA 92067


Donald Reed
2646 McAllister Street
Riverside, CA 92503


Donald Schmidt
15629 Highland Valley Road
Escondido, CA 92025


Doug & Jan Mceachern
P.O. Box 7143
Rancho Santa Fe, CA 92067


Dr. Keven and Naghmeh Tagdiri
3401 Calle Margarita
Encinitas, CA 92024

Drew & Kim Schneider
P.O. Box 2142
Rancho Santa Fe, CA 92067


Duayne Weinger
P.O. Box 385
Rancho Santa Fe, CA 92067


Eagle Hawk LLC
c/o Kerrick Bubb
650 S. La Salle St.
Redlands, CA 92374


Earle F. Jones
P.O. Box 16807
Jackson, MS 39236-6807


Edward K Wellmeyer
Riverside, CA 92513-7135


Edward Spector
c/o Margate Associates
2720 Loker Ave. W. Ste. K
Carlsbad, CA 92010-6605


Edwards Living Trust
Roger Meyers Trustee
119 N. El Camino Real, Ste. F
Encinitas, CA 92024-5397


Eleanor Dayle Zwart
P.O. Box 298
Rancho Santa Fe, CA 92067

Elisabeth P. Winn
60 Pine Valley Ln
Newport Beach, CA 92660


Eric Johnson
2823 Rumsey Dr.
Riverside, CA 92506


Ernie Walquarrie
8000 Lincoln Ave.
Riverside, CA 92504


F.M. Scott
P.O. Box 830
Rancho Santa Fe, CA 92067


Floarn M. Ltt
35870 Pauba Road
Temecula, CA 92592


Frank A. McCormick
41370 Valenica Way
Temecula, CA 92592


Frank R. Ramos
11 Arbutus Ln
Stony Brook, NY 11790-1408


Frank Wattles
P.O. Box 3514
Manhattan Beach, CA 90266

Fred Howe
P.O. Box 1027
Rancho Santa Fe, CA 92067


Gale A. Teunissen Living Trust
2006 Adams St.
Riverside, CA 92504


Gary & Diana Macek
P.O. Box 2048
Rancho Santa Fe, CA 92067


Gary H. Johnson
P.O. Box 1330
Fallbrook, CA 92028


Gary Kaminsky
P.O. Box 7233
Rancho Santa Fe, CA 92067


Gary McMillan
29379 Rancho Calif Rd.
Ste. 201
Temecula, CA 92592


Gary Vanden Berg
P.O. Box 1067
Rancho Santa Fe, CA 92067


Gene A. Littler
P.O. Box 1949
Rancho Santa Fe, CA 92067

George Pitman
P.O. Box 1283
Rancho Santa Fe, CA 92067

George Wilson, MD
73484 Tamarisk St.
Newport Beach, CA 92660-5734

H.R. Rokeby-Johnson
P.O. Box 1513
Rancho Santa Fe, CA 92067

Henry Zahner
540 Deadwood Dr.
Escondido, CA 92029

Hill Star Grove
Dufek Ranch
P.O. Box 893069
Temecula, CA 92589

Hiromu Shoji
1527 Weston Way
Riverside, CA 92506

Holmes Ag. Mgmt
1665 E. Manning
Fresno, CA 93725

Howard P. Marguelas
59 Damonte Ranch Pkwy Ste B495
Reno, NV 89521

Howard P. Marguleas
1 Columbia Drive
Rancho Mirage, CA 92270


Hughes
CA


Ian McDonald
3380 Calle Margarita
Encinitas, CA 92024


Imperial Citrus LLC
P.O. Box 960
Calipatria, CA 92233


Imperial Farming, LLC
c/o Mark McBroom
P.O. Box 960
Calipatria, CA 92233


Inguez Labor & Harvest
Arroyo Grande, CA 93421-1614


J and S. Orchards
32151 Road 168
Visalia, CA 93292


J-66 Ranch, LP
Steven GIlfenbain
9777 Wilshire Blvd., Ste 900
Beverly Hills, CA 90212

J. Mateffy
P.O. Box 882
Rancho Santa Fe, CA 92067


J.C. Morris Properties, LLC
300 Esplanade Dr.
Suite 2100
Oxnard, CA 93036


Jack L. Powell
Rancho Santa Fe, CA 92067


Jack Rubin
46180 El Prado
Temecula, CA 92591


Jacob Sertich
27515 Road 176, Unit A
Exeter, CA 93221-9626


Jacques Yeager
2635 Anne St.
Riverside, CA 92506


James B. Walker FLP 2
470 E. Herndon Ave.
Ste. 206
Fresno, CA 93720


James H. Koegel
23818 Via Compadres
Murrieta, CA 92562

James H. Scott
P.O. Box 1443
Rancho Santa Fe, CA 92067


James J. Cotter Estate
24780 E. South Ave
Orange Cove, CA 93646


James Pennington
Rancho Santa Fe, CA 92067



James Reidman
P.O. Box 1202
`
Rancho Santa Fe, CA 92067


James Walker Farms
470 E. Herndon Ave., Ste. 206
Fresno, CA 93720


James Wise
Sequim, WA 98382-6701



Jan Tober
3428 Fortuna Ranch Rd.
Encinitas, CA 92024


Janet R. Kellogg
1434 Lauren Ct
Encinitas, CA 92024-6214

Jarvis Farms Inc.
Rancho Santa Fe, CA 92067


JBT Marel
1660 Iowa Avenue, Suite 100
Riverside, CA 92507


Jeanette Webb
La Jolla, CA 92038


Jeff Hines
333 Crown Road
Greenbrae, CA 94904


Jeff Khodabande
16791 Calle Hermosa
San Diego, CA 92127


Jeff Lunsford
P.O. Box 2291
Rancho Santa Fe, CA 92067


Jeffery H. Silberman
Rancho Santa Fe, CA 92067


Jeffrey Singletary
1350 Firethorn Ave
Riverside, CA 92504

Jennifer & Rich Kim
Washington, DC 20008


Jerome T. Stehly
12630 Santa Catalina Rd.
Valley Center, CA 92082


Jerry & Cathy Wessels
P.O. Box 525
Rancho Santa Fe, CA 92067


Jesse Hutchings
4229 E. Calm Water Dr.
Tucson, AZ 85706


Jeule Ranch Golf Club
c/o HMS AG
P.O. Drawer 1787
Indio, CA 92201


Jill Demos
c/o Village Nurseries L.P.
1589 Main Str
Orange, CA 92867


Jo Anne Martin


Joan Kaford
11901 Newport Ave.
Santa Ana, CA 92705

Jodi & Leo Speigel
Rancho Santa Fe, CA 92067


Joe Trombley
3873 Jasper Drive
CA 91720


Joey Hernandez
1430 Fairway Dr.
Camarillo, CA 93010


John & Carolyn Melka
7174 Via Mariposa Norte
Bonsall, CA 92003


John & Sheila Laurienti
Rancho Santa Fe, CA 92067


John Berokoff
954 S. McDonald Rd. SW
Mc Donald, TN 37353


John C. Salvatore
Corona, CA 92879-1443


John Demshki
2161 Skye Drive
Riverside, CA 92506

John Kiwan
4080 Center Ste., Ste. 201
San Diego, CA 92103-2657

John Moores
P.O. Box 728
Del Mar, CA 92014

John R. Singleton
3375 Calle Tres Vistas
Encinitas, CA 92024

John Robinson
Temecula, CA 92590

John T. Lonsdale
San Marcos, CA 92069

Jordan Schnitzer
1121 SW Salmon St., Ste 500
Portland, OR 97205

Jorge S. Sousa
648 S. Wabash Ave.
Redlands, CA 92374

Juan Sanchez
23572 Clayton Ave.
Reedley, CA 93654

Julie Robinson
3593 Elmwood Drive
Riverside, CA 92506


K.N. Sreerama
5821 Laramie Avenue
Woodland Hills, CA 91367


Kaoae Farms
7015 Vista Del Rincon
Ventura, CA 93001


Karen Montgomery
P.O. Box 7225
Rancho Santa Fe, CA 92067


Katherine Wright
P.O. Box 1094
Rancho Santa Fe, CA 92067


Keith Krammes
Cathy Krammes
Rancho Santa Fe, CA 92067


Kenneth J. Sullivan Family Trust
Las Vegas, NV 89145


Kenneth Poslowsky
Rancho Santa Fe, CA 92067

Kenneth W. Yarger
10734 Highway 76
Oceanside, CA 92058


Kessel Survivor's Trust
1020 Bluebell Way
San Luis Obispo, CA 93401


Kevin Noell
1001 N. Demaree
Visalia, CA 93291


King Citrus Ranch
8730 King Ranch Road
Rancho Cucamonga, CA 91701


Kyran Rice
5604 W. Delaware Ave.
Visalia, CA 93291


La Granja 240, L.P.
c/o Belmont Farms, Inc.
P.O. Box 14467
Palm Desert, CA 92255


Larry Denier
1100 Glenn Annie Rd.
Goleta, CA 93117


Lars
Riverside, CA 92504

Laurie Macarthur Cook
2185 Adam Street
Riverside, CA 92504


Lawrence
8000
Riverside, CA 92504


Lawrence Krevat
Rancho Santa Fe, CA 92067


Lawrence Sharpe
2465 Rolling Ridge Rd.
Riverside, CA 92506


LC Mammoth LLC
42533 Capri Drvie
Indio, CA 92203


Lemon Dale Ranch
Anaheim, CA 92807


Lemon Hills
4085 E. La Palma, Ste. A
Anaheim, CA 92807


Liberty Bookkeeping Services
fbo Indigo Management, LLC

Linda Macarthur Ebie
2210 Monroe St.
Riverside, CA 92504


Linton's Lemons
Dorothy G. Linton
1421 N. Acacia Ave.
Fullerton, CA 92831


Lionel Rentschler
2813 S. Main St.
CA 91720


Lone Tree Properties
Santa Barbara
655 Montgomery St., Ste. 1490
San Francisco, CA 94111


Los Morros
Riverside, CA 92504


Lupe B. Milner
Ojai, CA 93023


M. Hebbard Macarthur
3731 Tibbetts St., Suite 12
Riverside, CA 92506


Malcolm J. Nicholl
Rancho Santa Fe, CA 92067-2214

Maranatha Ranch
P.O. Box 830
Rancho Santa Fe, CA 92067


Margaret H. Jameson
CA 91718



Marge Lebard
1416 Bardsdale Ave.
Fillmore, CA 93015


Marjane Wolfson
3377 Calle Margarita
Encinitas, CA 92024


Mark S. Wheeler
2959 Corte La Bella
Encinitas, CA 92024


Mark Wolford
Encinitas, CA 92024



Marly Lou Mawhiney
1565 Wilshire Blvd.
Fallbrook, CA 92028


Marshal McBroom
P.O. Box 960
Calipatria, CA 92233

Mary Mason
8000 Lincoln Ave.
Riverside, CA 92504


Matt Robbins
P.O. Box 675711
Rancho Santa Fe, CA 92067


Matt Thalmayer
309 Jesse Way
Redlands, CA 92374


McCurdy Trust
Los Angeles, CA 90071


Melanie Malone
4E Roseland Drive
La Jolla, CA 92037


Michael and Lilian Myers
P.O. Box 7004
Rancho Santa Fe, CA 92067


Michael Padilla
Kelly Emberg
P.O. Box 675401
Rancho Santa Fe, CA 92067


Michael Rodman
Rancho Santa Fe, CA 92067

Michael Skyhar
P.O. Box 534
Rancho Santa Fe, CA 92067


Mike Martin
San Diego, CA 92130


Molly E. Mccain
335 Via Del Norte
La Jolla, CA 92037


Mountain View Diary Field 102
c/o Aurie Dejong
37455 Road 144
Visalia, CA 93292


Muir Wood
2320 Mary St.
Riverside, CA 92506


MVP Farms LP
590 W. Main St.,k #103
Santa Paula, CA 93060-3209


Nancy K. Nelson
2371 Jefferson
Riverside, CA 92504


Natalie Mowry
Valley Center, CA 92082-0500

Norma Jane Smith
29545 Paso Robles Rd
Anaheim, CA 92802


North Shore Citrus, LLC
Steven Gilfenbain
9777 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212


Olivehain #3
2234 Woodwind Drive
Encinitas, CA 92024


Papa Cortes Citrus Ranch Inc.
2214 N. Laurel Way
Upland, CA 91784


Parksy Living Trust
P.O. Box 1846
Rancho Santa Fe, CA 92067


Patricia Simmons
P.O. Box 781
Rancho Santa Fe, CA 92067


Patti Page
San Diego, CA 92104-3929


Paula Powers
P.O. Box 1005
Rancho Santa Fe, CA 92067

Pauma Band of Mission Indians
Pauma Valley
P.O. Box 369
Pauma Valley, CA 92061


Pauma Ranch LLC
Los Angeles, CA 90058


Pauma Ranches, In c.
c/o Perricone Properties
P.O. Box 21845
Los Angeles, CA 90021


Pauma Ranches, Inc.
c/o Perricone Properties
P.O. Box 21845
Los Angeles, CA 90021


Pauma Valley Associates
3248 Violet Ridge
Encinitas, CA 92024


Pepper Tree Land Co.
Fallbrook, CA 92028


Per Stridsberg
4085 E. La Palma, Ste. A
Anaheim, CA 92807


Peter & Sandy Mossy
P.O. Box 7181
Rancho Santa Fe, CA 92067

Peter Mueller
San Diego, CA 92127


Phyliss Ullman
Rancho Santa Fe, CA 92067


Point Loma Farms, Inc.
Paul Reid Reeb
30950 Mesa Crest Rd.
Valley Center, CA 92082


Pratt Forms
28101 Sycamore Mese
Temecula, CA 92590


PSR Growers
2460 Lemon Avenue
Signal Hill, CA 90755-3449


R-7 Enterprises
39237 Road 172
Visalia, CA 93291


R. Craig Wesson
1733 Chapparal Rd.
Redlands, CA 92373


R.E. Badger & Son, Inc.
Re: Rancho Santa Fe Assn
P.O. Box 830
Rancho Santa Fe, CA 92067

R.E. Badger & Son, Inc.
P.O. Box 830
Rancho Santa Fe, CA 92067


R.J. & Kim Kaminsky
P.O. Box 1944
Rancho Santa Fe, CA 92067


R.P. Yardley
P.O. Box 1858
Rancho Santa Fe, CA 92067


R.W. Marsellus
Rancho Santa Fe, CA 92067


Raghu Saripalli
P.O. Box 2073
Rancho Santa Fe, CA 92067


Raj Talani
P.O. Box 279
Rancho Santa Fe, CA 92067


Ranch Guejito Corp.
17224 San Pasqual Valley Road
Escondido, CA 92027


Rancho Magana
c/o Victor Magana
1451 Grand Ave.
Fillmore, CA 93015

Rancho Mission Viejo
P.O. Box 9
San Juan Capistrano, CA 92693


Rancho Monte Alegre
Carpinteria, CA 93013



Rancho Oasis
937 Tahoe Blvd., Suite 210
Incline Village, NV 89452


Rancho Santo Tomas, CIn.
c/o Mark C. McIntyre
30508 Circle R. Lane
Valley Center, CA 92082


Ranny Yarger
P.O. Box 360
Glennville, CA 93226


Raport Ranch
c/o Bartlett Agiculture
Fallbrook, CA 92028


Ray & Lois Larson
San Diego, CA 92107-1166



Rian & Ty Kalklosch
P.O. Box 2735
Rancho Santa Fe, CA 92067

Richard K. Lansche
P.O. Box 1932
Rancho Santa Fe, CA 92067


Richard McFarlin
12781 Ave 440
Orosi, CA 93647


Richard Russell
5336 La Jolla Blvd.
La Jolla, CA 92037-7916


Rick Kornbluth
Del Mar, CA 92014-3106


Ridgeway & Warner
Lexar Mesa - Attn. Candice
P.O. Box 20310
Santa Barbara, CA 93120


Rob Hanson
Fillmore, CA 93015


Robert Bender
2406 Windernere St.
Bakersfield, CA 93311


Robert Kellerhouse
43980 Mahlon Vail Rd., #1607
Temecula, CA 92592

Robert M. McAllister, M.D.
 92061


Robert Mack
120 Pfeifer Pl
North Hollywood, CA 91611


Robert Spanjian
Rancho Santa Fe, CA 92067


Robert Svendsen
2253 Ranch View Terrace
Encinitas, CA 92024


Robert Zimmer
Temecula, CA 92592


Rodriguez Ranch
8000 Lincoln Avenue
Riverside, CA 92504


Ronald Yates
3213 Cherry Hills Drive
Champaign, IL 61822


Russell L. Huston
312 Brookside Ave
Redlands, CA 92373

S&G Construction
P.O. Box 9296
Rancho Santa Fe, CA 92067


Salid Shakiba
P.O. Box 266
Rancho Santa Fe, CA 92067


Salka
8000 Lincoln
Riverside, CA 92504


San Pasqual Organic Farms LLC
Escondido, CA 92025


Santa Barbara Investments
P.O. Box 490
Goleta, CA 93116


SBKS LP
P.O. Box 330
Rancho Santa Fe, CA 92067


Scott Ebie
2323 Gratton Street
Riverside, CA 92504


Scott Houston
1000 N. Patterson
Santa Barbara, CA 93111

Shelly Perry
3972 Stonebridge Ct.
Rancho Santa Fe, CA 92091


Sheri Krahn
2766 Loyola St.
Riverside, CA 92503


Sid Korsand
P.O. Box 1745
Rancho Santa Fe, CA 92067


Sierra Land Group, Inc.
c/o Sierra Del Oro
801 N. Brand Blvd., Ste. 1010
Glendale, CA 91203


Silk Floss Orchards LLC
dba Totem Ranch Co.
478 Carne Rd
Ojai, CA 93023


Sloop and Sloop, Inc.
P.O. Box 1959
Escondido, CA 92033


Smita & Bharat Sangani
Rancho Santa Fe, CA 92067


Soboba Band of Luiseno Indians
Attn: Ken Alfaro
P.O. Box 487
San Jacinto, CA 92583

Soboba Citrus
c/o Jim Barkley
537 Wandering Violets Way
Las Vegas, NV 89138


Somers Ranches
Santa Clara Ranch
1406 Fairway Dr.
Camarillo, CA 93010


South Moutain Citrus Inc.
79 E. Daily Rd., #259
Camarillo, CA 93010


Stanely Stein
P.O. Box 1827
Rancho Santa Fe, CA 92067


Starbeam Ranc LLC
c/o Robert Humason
P.O. Box 19579
Reno, NV 89511


Stefan Russell
P.O. Box 1201
Rancho Santa Fe, CA 92067


Sterling Picard
31692 Leigh Ln
Temecula, CA 92591-6945


Steve & Beth Toner
P.O. Box 7254
Rancho Santa Fe, CA 92067

Steve Kerhart
Fallbrook, CA 92028


Steve Nasland
P.O. Box 1549
CA 92067


Steven Weindling
P.O. Box 700
Rancho Santa Fe, CA 92067


Sue Ellen Leroy
P.O. Box 1129
Rancho Santa Fe, CA 92067


Summer Dee Light
20840 Elfin Forest Road
Escondido, CA 92029


Summerland Ranch
Attn: Kasia Mays
34145 Pacific Coast Highway
Dana Point, CA 92629


Sun Valley Packing
P.O. Box 351
Reedley, CA 93654


Sund-Regan
Michael Regan
12040 Sierra Rojo Rd
Valley Center, CA 92082-5707

Sunil K. Sreerama
5821 Laramie Avenue
Woodland Hills, CA 91367


Sunland Sales
Rancho Santa Fe, CA 92067


Sunshine Citrus C77
18451 Van Buren Blvd.
Riverside, CA 92508


Susan & Stephen Thomas
1640 Monroe Street
Riverside, CA 92504


Susan A. Pitt
P.O. Box 7165
Rancho Santa Fe, CA 92067


Sycamore Creek & Associates, LP
Attn: Scott Woodward
41391 Kalmia St.
Suite 140
Murrieta, CA 92562


Tam Vadakan
P.o. Box 9775
Rancho Santa Fe, CA 92067


Tbhu Sandia Creek LLC
40376 Sandia Creek Dr.
Fallbrook, CA 92028

Ted Tarbet
P.O. Box 7139
Rancho Santa Fe, CA 92067


Telos Ojai, LLC
2641 E. Ojai Ave.
Ojai, CA 93023


The Trust Account of Dennis Tormey
San Diego, CA 92126


Thurston Ranch Partnership
23842 Paseo Del Campo
Laguna Niguel, CA 92677-2403


Tierra Del Mar
81-880 Arus Ave.
Indio, CA 92201


Tom Magee
P.O. Box 1718
Rancho Santa Fe, CA 92067


Tony & Laura Serra
408 Tumble Creek Lane
Fallbrook, CA 92028


Trigger 99 RSE LLC
c/o Linda Stallings
5242 Buena Vista Drive
Frisco, TX 75034

Tsangse Lhamo
P.O. Box 830
Rancho Santa Fe, CA 92067


Tyler Seltzer
P.O. Box 1098
Rancho Santa Fe, CA 92067


USDA
300 W. Congress Rm 7T
Tucson, AZ 85701


Valencia Groves, LLC
490 Grand Ave., Ste 200
Oakland, CA 94610


Valencia Innovation LLC
42533 Capri Drive
Indio, CA 92203


Valerie Rudaitis
Fallbrook, CA 92028


Ventura Citrus Properties, Inc.
5821 Laramie Avenue
Woodland Hills, CA 91367


Victoria Michaelides
7124 Golden Star Ave.
Riverside, CA 92506

Victoria Wood
P.O. Box 1207
Lake Arrowhead, CA 92352


Vines Holdings LLC
Attn: Geneil Vine
303 Brookside Ave.
Redlands, CA 92373


W.F. Newton
23812 Salvatore Bay
Dana Point, CA 92629


Wait
8000 Lincoln
Riverside, CA 92504


Way-Jo Farms
Murrieta, CA 92564


Weshaven Company West
Minneapolis, MN 55402


West Lilac Farms #2 LLC
c/o James D. Pardee
7311 Santa Barbara St.
Carlsbad, CA 92011


Wiliam & Angel Sugleris
1150 Via Del Rey
Goleta, CA 93117

```
William & Muriel Popp
P.O. Box 7064
Rancho Santa Fe, CA 92067


William A. Stockert Trust
Cheryl Dickinson
200 Oliver Rd.
Gallipolis, OH 45631


William G. Scholle Ranch LLC
c/o Diane Connelly
289 E. Los Angeles Ave.
Somis, CA 93066


William L. Kimsey
2127 Summerland Heights Lane
Santa Barbara, CA 93108


William Lerach
San Diego, CA 92101-4297


William R. Johnson Jr.
2551 Raeburn Dr.
Riverside, CA 92506


William Strong
P.O. Box 2247
Rancho Santa Fe, CA 92067


Willis L. Miller
11091 Coronel Rd.
Santa Ana, CA 92705
```

```
Witman Ranch, Inc.
P.O. Box 1959
Escondido, CA 92033


Xu Uang
3939 Stonebridge Lane
Rancho Santa Fe, CA 92091
```

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**870 Roosevelt**
**Irvine, CA 92620-3663**

A true and correct copy of the foregoing document entitled (*specify*):   __**NOTICE OF CHAPTER 7 BANKRUPTCY CASE**    will be__
__served or was served **(a)** on the judge in chambers__ in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated
below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR,
the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF
docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice
List to receive NEF transmission at the email addresses stated below:

☐      Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*)  __July 17, 2025__      , I served the following persons and/or entities at the last known
addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the
United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing
to the judge will be completed no later than 24 hours after the document is filed.

ALL PARTIES LISTED ON ATTACHED AMENDMENT TO MATRIX

☒      Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each
person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities
by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be
completed no later than 24 hours after the document is filed.

☐      Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 17, 2025 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                    Page 2                    **F 1007-1.1.AMENDED.SUMMARY**