1   Lynda T. Bui - Bar No. 201002
    Rika M. Kido - Bar No. 273780
2   **SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
    100 Spectrum Center Drive, Suite 600
3   Irvine, California 92618
    Telephone:      (949) 340-3400
4   Facsimile:      (949) 340-3000
    Email:          LBui@shulmanbastian.com
5               RKido@shulmanbastian.com

6   Attorneys for Charles W. Daff,
    Chapter 7 Trustee
7

8                   **UNITED STATES BANKRUPTCY COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

10

11  In re                                    Case No. 6:25-bk-14552-RB

12  **CORONA - COLLEGE HEIGHTS**             Chapter 7
    **ORANGE AND LEMON ASSOCIATION,**
13                                           **CHAPTER 7 TRUSTEE'S**
                        Debtor.              **SUPPLEMENTAL DECLARATION IN**
14                                           **SUPPORT OF CHAPTER 7 TRUSTEE'S**
                                             **MOTION FOR ORDER:**
15
                                             **(1) APPROVING SETTLEMENT AND**
16                                               **COMPROMISE OF DISPUTES**
                                                 **UNDER FED. R. BANKR. P. 9019 BY**
17                                               **AND AMONG CHAPTER 7**
                                                 **TRUSTEE, LANDLORD AND**
18                                               **COBANK;**

19                                           **(2) APPROVING THE SALE OF**
                                                 **PROPERTY OF THE ESTATE FREE**
20                                               **AND CLEAR OF ALL LIENS,**
                                                 **CLAIMS AND ENCUMBRANCES**
21                                               **PURSUANT TO 11 U.S.C. §§363(b)(1)**
                                                 **AND (f); AND**
22
                                             **(3) GRANTING RELATED RELIEF;**
23
                                             **Hearing**:
24                                           Date:       October 14, 2025
                                             Time:       11:00 a.m.
25                                           Place:      Courtroom 303
                                                         United States Bankruptcy Court
26                                                       3420 Twelfth Street
                                                         Riverside, CA 92501
27

28

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

## DECLARATION OF CHARLES W. DAFF

I, Charles W. Daff, declare as follows:

1.     I am the Chapter 7 Trustee for the bankruptcy estate of Corona - College Heights Orange and Lemon Association ("Debtor").    Except as otherwise indicated, all statements in this Declaration are based on my personal knowledge, my review of relevant documents in the Debtor's bankruptcy case, or my opinion based upon my experience and knowledge as a panel trustee for the Central District of California.  If called as a witness, I could and would competently testify thereto.

2.     I am familiar with the Debtor's bankruptcy proceeding and I make this Declaration in support of my Motion for Order: (1) Approving Settlement and Compromise of Disputes Under Fed. R. Bankr. P. 9019 by and Among Chapter 7 Trustee, Landlord and CoBank; (2) Approving the Sale of Property of the Estate Free and Clear of Liens, Claims and Encumbrances Pursuant to 11 U.S.C. §§ 363(b)(1) and (f); and (3) Granting Related Relief ("Motion") filed on September 16, 2025 [Docket No. 28].  Unless otherwise noted, capitalized terms herein have the meaning as set forth in the Motion.

3.     I have consulted with my proposed accountant and I am informed that there will not be any income tax liability, but there may be some sales tax liability for the sale of the Purchased Equipment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 10, 2025, at Irvine, California.

_____
Charles W. Daff

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S SUPPLEMENTAL DECLARATION IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **_October 10, 2025_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**COUNSEL FOR BUYER ARLINGTON HEIGHTS CITRUS COMPANY:** John A Boyd    fednotice@tclaw.net
**COUNSEL FOR THE CHAPTER 7 TRUSTEE:** Lynda T Bui    lbui@shulmanbastian.com, ecf.filings@shbllp.com
**CHAPTER 7 TRUSTEE:** Charles W Daff (TR)    charleswdaff@gmail.com, c122@ecfcbis.com
**INTERESTED PARTY:** Caroline Djang    cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
**INTERESTED PARTY:** Vanessa M Haberbush    vhaberbush@lbinsolvency.com,
dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com,lbogard@lbinsolvency.com
**COUNSEL FOR THE CHAPTER 7 TRUSTEE:** Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
**INTERESTED PARTY:** Barbara Spiegel    barbara.spiegel@doj.ca.gov
**INTERESTED PARTY:** United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
**COUNSEL FOR THE DEBTOR:** David Wood    dwood@marshackhays.com,
dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

☐ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **_October 10, 2025_**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **Judge's Copy** | **Counsel for CoBank, ASB** |
|---|---|
| Honorable Magdalena Reyes Bordeaux | Luis M. Lluberas, Esq. |
| United States Bankruptcy Court | Moore & Van Allen PLLC |
| 3420 Twelfth Street, Suite 365 | 100 North Tryon Street, Suite 4700 |
| Riverside, CA 92501-3819 | Charlotte, NC 28202 |

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 10, 2025 | Anne Marie Vernon | /s/ Anne Marie Vernon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.