| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lynda T. Bui - Bar No. 201002<br>Rika M. Kido – Bar No. 273780<br>SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email: LBui@shulmanbastian.com;<br>RKido@shulmanbastian.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* **Charles W. Daff, Chapter 7 Trustee** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>**CORONA - COLLEGE HEIGHTS ORANGE AND LEMON ASSOCIATION,**<br><br><br><br>Debtor(s). | CASE NO.: **6:25-bk-14552-RB**<br>CHAPTER: **7**<br><br>**NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) **Charles W. Daff, solely in his capacity as the Chapter 7 trustee for the bankruptcy estate**____,
   filed a motion or application (Motion) entitled **Chapter 7 Trustee's Application for Order Authorizing**
   **Employment of TrueScope Consulting as Forensic Accountant**____.

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion. (*Check appropriate box below*):

   ☒ The full Motion is attached to this notice; or

   ☐ The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion.  The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

a.  If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b.  If you fail to comply with this deadline:

(1)  Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2)  Movant will lodge an order that the court may use to grant the Motion; and

(3)  The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date:  **11/04/2025**

**/s/ Rika M. Kido**
Signature of Movant or attorney for Movant

**Rika M. Kido**
Printed name of Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Lynda T. Bui – Bar No. 201002
Rika M. Kido – Bar No. 273780
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:        LBui@shulmanbastian.com;
              RKido@shulmanbastian.com

Attorneys for Charles W. Daff,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No.  6:25-bk-14552-RB |
| **CORONA – COLLEGE HEIGHTS ORANGE AND LEMON ASSOCIATION,** | Chapter  7 |
| Debtor. | **CHAPTER 7 TRUSTEE'S APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF TRUESCOPE CONSULTING AS FORENSIC ACCOUNTANT; DECLARATION OF ADAM SHAARAWY IN SUPPORT** |
| | [No Hearing Set Pursuant to Local Bankruptcy Rule 2014-1(b)] |

**TO THE HONORABLE MARGARET REYES BORDEAUX, UNITED STATES BANKRUPTCY JUDGE; OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR AND ITS COUNSEL, AND ALL INTERESTED PARTIES:**

Charles W. Daff ("Trustee"), solely in his capacity as the duly appointed, qualified and acting Chapter 7 trustee for the bankruptcy estate of Corona – College Heights Orange and Lemon Association ("Debtor"), brings this application for an order authorizing the employment of TrueScope Consulting ("Firm") as his forensic accountant in this bankruptcy case, effective as of October 28, 2025, at the Firm's hourly rates, which may be subject to adjustment from time to time, plus reimbursement of expenses and costs.  In support of the Application, the Trustee respectfully represents the below.

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

Employ App Forensic Accountant
7171-000

## I.    NEED FOR FORENSIC ACCOUNTING SERVICES

The Debtor filed a chapter 7 bankruptcy petition on July 7, 2025 ("Petition Date"), in the United States Bankruptcy Court, Central District of California, Case No. 6:25-bk-14552-RB.

The deadline for filing proofs of claim in this case is November 28, 2025.  As of October 28, 2025, there have been 48 claims filed totaling $2,462,598.98 of which $74,758.14 is asserted as secured, $276,519.99 is asserted as priority, and $2,111,320.85 has been asserted as general unsecured.  On its Schedules filed on July 21, 2025 (docket 9), the Debtor listed secured claims of $6,500,000.00, priority unsecured claims of $0.00 and general unsecured claims of $19,090,485.41.

The Trustee requires a forensic accountant with extensive experience in analyzing accounting records as it relates to identification and quantification of improper transfers by the Debtor in order to pursue potential litigation claims.  The Trustee also needs forensic accounting services to identify and organize the Debtor's universe of financial records for potential preferential transfers, fraudulent transfers, and other improper payments and/or transfers made to any persons or business entities that the Debtor may be associated with, or to insiders of the Debtor during the years prior to or months after the Petition Date, which the Trustee may avoid pursuant to the Bankruptcy Code.  Finally, the Trustee needs assistance with forensic services to gather evidence in support of solvency analysis for litigation purposes and for expert witness testimony at any trial(s).

The Trustee believes that employment of the Firm will be in the best interests of the Estate.

## II.    PROPOSED EMPLOYMENT AND QUALIFICATIONS OF THE FIRM

### A.    Services to be Performed

The Trustee wishes to employ the Firm as his forensic accountant herein at the Firm's hourly billing rates, which may be adjusted from time to time, plus costs.  In the administration of this case, the services that the Firm will be required to render are:

- Forensic accounting to assist the Trustee in identifying potential causes of action for recovery of assets.

- Assist the Trustee in the pursuit of avoidable transfers including such services as forensic accounting, financial analysis and to analyze the solvency of the Debtor.

- Prepare database of all transfers during the four year period prior to the Petition Date.

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

Employ App Forensic Accountant
7171-000

1       •     Prepare a report of the aggregate transfers during the 90 day preference period.

2       •     Where necessary, prepare litigation support services including quantitative and

3 qualitative analysis of avoidance actions (ordinary course, new value, contemporaneous exchange,

4 etc.) to assess potential monetary defenses and a range of recoveries based on a scope agreed to by

5 the Trustee.

6       •     If necessary, to serve as an expert witness on behalf of the Trustee regarding any of

7 the services listed above.

8       •     Other forensic accounting assignments requested by the Trustee in the furtherance of

9 his duties under the Bankruptcy Code and as necessary to preserve assets for the benefit of the

10 Estates and its creditors.

11 **B.**    **The Firm's Services Will Not Duplicate Services by Other Professionals**

12       Pursuant to Court Order entered September 2, 2025 (docket 24), the Trustee was authorized

13 to employ Shulman Bastian Friedman Bui & O'Dea LLP as his general counsel.  Pursuant to Court

14 Order entered October 27, 2025 (docket 45), the Trustee was authorized to employ Pearson Realty

15 as his real estate broker.  The Trustee also intends to employ Hahn Fife & Company LLP as the

16 Estate's tax preparer.  None of the services to be performed by the Firm will duplicate the services

17 performed by any other professionals in the case.

18           **III.**    **QUALIFICATIONS OF THE FIRM**

19       The Trustee believes that the Firm is well qualified to render the foregoing services.  The

20 Firm is a boutique forensic accounting and financial investigations firm specializing in uncovering

21 complex financial irregularities, supporting litigation and bankruptcy proceedings, and providing

22 expert financial reporting services.  The Firm was founded by Adam Shaarawy, a Certified Fraud

23 Examiner and former auditor with the U.S. Department of Justice (U.S. Trustee Program) and has

24 delivered actionable insights to attorneys, trustees, and financial institutions across the United

25 States.  A biography of Adam Shaarawy, CFE, the founder and principal forensic accountant of the

26 Firm is attached as **Exhibit 1** to the Declaration of Adam Shaarawy ("Shaarawy Declaration").

27 ///

28 ///

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

Employ App Forensic Accountant
7171-000

## IV.    FIRM IS "DISINTERESTED"

To the best of the Firm's knowledge after full investigation, neither the Firm, nor any of the professionals comprising or employed by it, has a business, professional, or other connection with the Debtor, its creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.  To the best of the Firm's knowledge after full investigation, none of the accountants comprising or employed by the Firm are related to any judge of the United States Bankruptcy Court for the Central District of California, to the United States Trustee, or any employee of the United States Trustee.

To the best of the Firm's knowledge after full investigation, the Firm is a "disinterested person" within the meaning of Bankruptcy Code Section 101(14) and represents no interest which would be adverse to the Debtor, the Estate, creditors, or any party in interest in the proceedings.  As of the Petition Date, the Firm was not a creditor of the Estate.

## V.    COMPENSATION OF THE FIRM

The Firm has received no retainer for the services to be performed in this case.  There is no oral or written employment agreement, except for this Application and agreement that the Firm will accept as compensation such sum as the Court may deem reasonable, and the only source of payment will be from property of the Estates as authorized by the Court.

The Firm has not shared or agreed to share any compensation to be received by it in this case with any other person, except as among partners of the Firm.

This Application is brought in accordance with Bankruptcy Code §§ 327 and 330, Federal Rule of Bankruptcy Procedure 2014 and Local Bankruptcy Rule 2014-1(b).  For its forensic accountancy services, the Firm has agreed to be employed and compensated subject to the provisions of Bankruptcy Code § 330.  All fees and expenses for the Firm's services shall be compensated at the hourly rate of $175.00, which may be subject to adjustment from time to time, plus expenses.

The Firm understands the provisions of Bankruptcy Code §§ 327, 330 and 331 which require, among other things, Court approval of the Trustee's employment of the Firm and of all fees and reimbursement of expenses that the Firm will receive from the Estate for its services.  In

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

Employ App Forensic Accountant
7171-000

1   compliance with Sections 330 and 331 of the Bankruptcy Code, the Firm intends to file applications

2   for allowance of fees and reimbursement of costs as and when appropriate.

3       **WHEREFORE**, the Trustee requests that he be authorized to employ the Firm as his

4   forensic accountant in this Chapter 7 case effective as of October 28, 2025, at the Firm's hourly

5   rates, which may be subject to adjustment from time to time, plus costs, with any compensation and

6   reimbursement of costs to be paid upon further application and approval of this Court, and for such

7   other and further relief as is just and proper under the circumstances of this case.

8

9   Dated:  November 3, 2025            _____

10                                 Charles W. Daff
                                   Chapter 7 Trustee for the bankruptcy estate of *In re*
11                                 *Corona – College Heights Orange and Lemon Association,*
                                   Case No. 6:25-bk-14552-RB

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5

Employ App Forensic Accountant
7171-000

## **DECLARATION OF ADAM SHAARAWY**

I, Adam Shaarawy, declare and state as follows:

1.  The matters stated herein are true and correct and within my personal knowledge.  If called as a witness, I could and would competently testify thereto.  I am the founder and principal forensic accountant of TrueScope Consulting ("Firm") with offices located at 1104 Scarlet Sage Drive, Georgetown, Texas 78628; telephone (551) 254-5222 and am authorized to and make this declaration on its behalf.

2.  I am making this declaration in support of the Application for Order Authorizing Employment of TrueCcope Consulting as Forensic Accountant ("Application") filed by Charles W. Daff ("Trustee"), the chapter 7 trustee for the bankruptcy estate of Corona – College Heights Orange and Lemon Association ("Debtor").

3.  Attached hereto as **Exhibit 1** and incorporated herein by reference is my biography.

4.  The Firm is a boutique forensic accounting and financial investigations firm specializing in uncovering complex financial irregularities, supporting litigation and bankruptcy proceedings, and providing expert financial reporting services.  I am a Certified Fraud Examiner, have fifteen years of professional experience in accounting, auditing, and financial investigations, and former auditor with the U.S. Department of Justice (U.S. Trustee Program).  The Firm has delivered actionable insights to attorneys, trustees, and financial institutions across the United States.

5.  The members of the Firm and I are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules regarding compensation of professionals and shall comply with them during the administration of the Debtor's bankruptcy case.

6.  To the best of my knowledge after full investigation, the Firm has no business, professional, or other connection with the Debtor, its creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except that I was a former auditor with the U.S. Department of Justice (U.S. Trustee Program).

SHULMAN  BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6

Employ App Forensic Accountant
7171-000

7.    To the best of my knowledge after full investigation, none of the professionals comprising or employed by the Firm are related to any judge of the United States Bankruptcy Court for the Central District of California, the United States Trustee, or any person currently employed in the Office of the United States Trustee.

8.    To the best of my knowledge after full investigation, the Firm is both disinterested as that term is defined in Bankruptcy Code Section 101(14) and represents no interest which would be adverse to the Debtor, the Estate, creditors of the Estate or any party in interest in this proceeding.

9.    The Firm has no pre-petition claim against the Estate.

10.    The Firm has received no retainer for the services to be performed during the Chapter 7 case.  There is no oral or written employment agreement, except the foregoing Application and agreement that the Firm will accept as compensation such sum as the Court may deem reasonable, and the only source of payment will be from property of the Estate as authorized by the Court.

11.    The Application is brought in accordance with Bankruptcy Code Sections 327 and 330, Federal Rule of Bankruptcy Procedure 2014 and Local Bankruptcy Rule 2014-1(b).  The Firm has agreed to be employed and compensated subject to the provisions of Bankruptcy Code Section 330.  All fees for the Firm's services shall be compensated at the rate of $175.00 per hour, which may be subject to adjustment from time to time, plus expenses.

12.    The Firm understands the provisions of Bankruptcy Code Sections 327, 330 and 331 which require, among other things, Court approval of the Trustee's employment of the Firm and of all fees and reimbursement of expenses that the Firm will receive from the Estate for its services. In compliance with Sections 330 and 331 of the Bankruptcy Code, the Firm intends to file applications for allowance of fees and reimbursement of costs as and when appropriate.

///
///
///

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

7

Employ App Forensic Accountant
7171-000

1        13.    The Firm has not shared or agreed to share any compensation to be received by it in

2    this case with any other person, except as among partners of the Firm.

3        I declare under penalty of perjury under the laws of the United States of America that the

4    foregoing is true and correct.

5        Executed on November 3, 2025 at Georgetown, Texas.

6

7                                      Adam Shaarawy

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

8

Employ App Forensic Accountant
7171-000

# EXHIBIT 1

# Firm Biography

# Adam Shaarawy, CFE

1104 Scarlet Sage Dr    ∞    Georgetown, TX 78628    ∞    adamshaarawy@gmail.com    ∞    (551) 254-5222

## Professional Experience

**TrueScope Consulting LLC**                                                     **March 2025 – Current**

### Founder & Principal Consultant – Forensic Accounting | Crypto Asset Tracing | Bankruptcy Services

- ❖ Conduct forensic accounting investigations for high-net-worth divorce, fraud, and financial disputes—tracing assets, analyzing fund flows, and preparing litigation-ready reports
- ❖ Provide bankruptcy advisory services, including preparation of Monthly Operating Reports (MORs), financial compliance analysis, and identification of insider transfers and preference payments
- ❖ Perform cryptocurrency asset tracing and fraud investigations using blockchain analytics tools, supporting civil recovery and regulatory actions
- ❖ Collaborate with law firms, trustees, and fiduciaries to provide expert insight, strategic consultation, and testimony support in high-stakes financial litigation

**Department of Justice, United States Trustee Program, Tampa, FL**          **December 2022 – October 2025**

### Bankruptcy Auditor

- ❖ Apply professional accounting knowledge to difficult and complex chapter 7 and chapter 11 bankruptcy cases
  - o Led audits for large bankruptcy cases including, but not limited to, WeWork, Bed Bath & Beyond, Rite Aid
  - o Conducted extensive analysis on chapter 7 bankruptcy cases to provide complaints, depositions and appear as a witness for trial
- ❖ Collaborate with trial attorneys to review and analyze bankruptcy cases and supporting documentation to determine adequacy and accuracy of financial documents submitted, including in-depth review and analysis of bankruptcy and financial documents
- ❖ Manage a national efficiency working group to identify process improvement opportunities and leverage technology tools to optimize efficiency

**Prudential International Insurance, Newark, NJ**

### Manager – Operational Risk Management                                      **November 2018 - December 2022**

- ❖ Responsible for conducting risk management activities, such as assessing and monitoring the internal controls of the Latin America businesses, including 3 multi-national teams (12 risk management professionals)
- ❖ Conducted data analysis using IBM COTS software to identify emerging risks, supervisory issues and policy needs
  - o Data analysis discovered over $20M in financial risk events, which resulted in the implementation of detective and preventative action plans to mitigate the root cause of the issues
- ❖ Prepared and completed risk assessments on emerging issues, risks and product developments in the Insurance, Retirement and Health businesses in the Latin America and Africa operations
- ❖ Developed and implemented business processes and Enterprise tools that improved company policy analysis and overall project management

### Associate Manager, Controllers – Financial Reporting                        **November 2017 - November 2018**

- ❖ Prepared and consolidated quarterly reporting packages for businesses in Brazil, Argentina, Mexico and Chile, while managing a $100M budget for strategic initiatives and maintaining regulatory solvency requirements
- ❖ United States Generally Accepted Accounting Principles ("US GAAP") disclosures and prepare driver analysis for the Management Discussion and Analysis disclosure of the regulatory 10Q/10K filings including preparation of accounting standards entries that included valuation of assets and the present value of future cash flows from those assets.

## EXHIBIT "1"

**Goldman Sachs, New York, NY**                                                    **April 2015-October 2016**

**Associate, Controllers – Financial Reporting**
- ❖ Prepared and analyzed the firmwide earnings release by managing key earnings release processes, ensuring timely submission of inputs and deliverables, leading review meetings with the businesses and product controllers, analyzing disclosures, and coordinating review packages for senior executives
- ❖ Prepared the results of operations disclosure for the firm's 10Qs/10Ks, as well as working with Global Investment Research to prepare market environment disclosures
- ❖ Coordinated management reporting deliverables (daily/weekly reporting and Investment Banking segment analysis)

**Deloitte & Touche LLP, New York, NY**                                            **October 2010-April 2015**

**Audit Senior, Financial Services**
- ❖ Client experience included: Morgan Stanley Investment Management, JPMorgan Chase, BlackRock Realty
- ❖ Served as lead senior on all stages of financial statement audit engagements for both public and private companies
- ❖ Reviewed Form 10-K and 10-Q financial statements, including all footnote disclosures and supplemental schedules to ensure compliance with SEC and US GAAP reporting requirements
- ❖ Reviewed and documented mortgage foreclosure support for regulatory compliance requirements with applicable states

## Additional Experience
Financial Analyst, Corporate Finance, Johnson & Johnson, New Brunswick, NJ, June 2009-January 2010

## Professional Skills
- ❖ Experienced with Securities Exchange Commission (SEC) and United States Generally Accepted Accounting Principles (US GAAP) reporting
- ❖ Experienced with Sarbanes Oxley Compliance (SOX) requirements
- ❖ Fluent in speaking Arabic

## Education
**Master of Accountancy**
**Rutgers University, New Brunswick, NJ**                                          **Degree Earned May 2011**

**Rutgers University, Newark, NJ**                                                 **Degree Earned May 2010**
- ❖ National Winning Team of the Johnson & Johnson Finance Case Competition
- ❖ Vice President of the Rutgers Accounting Society

## EXHIBIT "1"

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **100 Spectrum Center Drive, Suite 600, Irvine, California  92618**

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF TRUESCOPE CONSULTING AS FORENSIC ACCOUNTANT; DECLARATION OF ADAM SHAARAWY IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 4, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Interested Party**: John A Boyd    fednotice@tclaw.net
- **Attorney for Trustee**:  Lynda T Bui    lbui@shulmanbastian.com, ecf.filings@shbllp.com
- **Chapter 7 Trustee**:  Charles W Daff (TR)    charleswdaff@gmail.com, c122@ecfcbis.com
- **Interested Party**: Caroline Djang    cdjang@buchalter.com, docket@buchalter.com; lverstegen@buchalter.com
- **Interested Party**:  Vanessa M Haberbush    vhaberbush@lbinsolvency.com, dhaberbush@lbinsolvency.com, ahaberbush@lbinsolvency.com, abostic@lbinsolvency.com, haberbush.assistant@gmail.com, jborin@lbinsolvency.com, lbogard@lbinsolvency.com
- **Attorney for Trustee**:  Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **Interested Party:** Barbara Spiegel    barbara.spiegel@doj.ca.gov
- **Interested Party**:  United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- **Attorney for Debtor**:  David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; spineda@ecf.courtdrive.com; alinares@ecf.courtdrive.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **November 4, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 4, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Professional to be Employed**
Adam Shaarawy, CFE
TrueScope Consulting
Email:  adam@truescopeconsulting.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 4, 2025 | Erlanna Lohayza | /s/ Erlanna Lohayza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                        **F 9013-3.1.PROOF.SERVICE**

## U.S. MAIL SERVICE LIST

**DEBTOR**:
CORONA - COLLEGE HEIGHTS
ORANGE AND LEMON ASSOCIATION
8000 LINCOLN AVENUE
RIVERSIDE, CA 92504-4343

**NEF - ATTORNEY FOR DEBTOR**:
DAVID WOOD
MARSHACK HAYS WOOD LLP
870 ROOSEVELT
IRVINE, CA 92620-3663

**NEF - INTERESTED PARTY**:
UNITED STATES TRUSTEE (RS)
3801 UNIVERSITY AVENUE, SUITE 720
RIVERSIDE, CA 92501-3255

**NEF - CHAPTER 7 TRUSTEE**:
CHARLES W DAFF (TR)
100 SPECTRUM CENTER DRIVE
SUITE 600
IRVINE, CA 92618-4969

**CLAIM FILED/CREDITOR LISTING**:
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**CREDITOR LISTING/30 LARGEST UNSECURED**:
A&W RANCH
P.O. BOX 1959
ESCONDIDO, CA 92033-1959

**CREDITOR LISTING/30 LARGEST UNSECURED**:
ACADEMY RANCH
P.O. BOX 1959
ESCONDIDO, CA 92033-1959

**CREDITOR LISTING/CLAIM FILED**:
ALADDIN LANDS LLC
15641 COMPUTER LANE
HUNTINGTON BEACH, CA 92649-1607

**CREDITOR LISTING/CLAIM FILED**:
ANN-MARIE SRIVASTAVA
7895 S. FAIRFAX COURT
LITTLETON, CO 80122-3899

**CREDITOR LISTING/CLAIM FILED**:
ANTHONY VINEYARDS, INC.
P.O. BOX 9578
BAKERSFIELD, CA 93389-9578

**CREDITOR LISTING/30 LARGEST UNSECURED**:
BALCOM RANCH
ATTN: MARK BROWN
3363 BLACK AVE
SIMI VALLEY, CA 93063-1034

**CLAIM FILED/CREDITOR LISTING**:
BOB OR LISA HAMMOND
1002 CHAMBERSBURG RD.
FILLMORE, CA 93015-9714

**CLAIM FILED/CREDITOR LISTING**:
CA/AZ LEMON GROWERS ASSOC
P.O. BOX 6696
VISALIA, CA 93290-6696

**CREDITOR LISTING/30 LARGEST UNSECURED**:
CDFA CASHIER 90011
P.O. BOX 942872
SACRAMENTO, CA 94271-2872

**CLAIM FILED/CREDITOR LISTING**:
CDFA SHIPPING POINT INSPECTION (SPI)-411
1220 N. STREET, ROOM 140
SACRAMENTO, CA 95814

**CREDITOR LISTING/30 LARGEST UNSECURED**:
CALFORNIA CITRUS MUTUAL
512 N. KAWEAH AVE.
EXETER, CA 93221-1200

**CREDITOR LISTING/30 LARGEST UNSECURED**:
CALIENTE RANCH
C/O JOHN GLESS
18541 VAN BUREN BLVD.
RIVERSIDE, CA 92508-9261

**CREDITOR LISTING/CLAIM FILED**:
CALIFORNIA CITRUS HARVESTING, INC.
20780 STONY BROOK CIR
RIVERSIDE, CA 92508-3151

**CLAIM FILED/30 LARGEST UNSECURED**:
CITRUS RESEARCH BOARD
P.O. BOX 230
FRESNO, CA 93708

**CREDITOR LISTING**:
CITY OF RIVERSIDE
8095 LINCOLN AVE.
RIVERSIDE, CA 92504-4311

**CREDITOR LISTING**:
CITY OF RIVERSIDE
CITY HALL - PLAZA LEVEL
3900 MAIN STREET
RIVERSIDE, CA 92522-0144

**CLAIM FILED/CREDITOR LISTING/SCHEDULE D**:
CO-BANK
6340 S. FIDDLERS GREEN CIRCLE
ENGLEWOOD, CO 80111-4951

**CREDITOR LISTING/SCHEDULE D**:
COBANK
P.O. BOX 209422
DALLAS, TX 75320-9422

**CREDITOR LISTING/30 LARGEST UNSECURED**:
COCOPAH NURSERY, INC.
81-880 ARUS AVE.
INDIO, CA 92201-7732

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**CLAIM FILED/CREDITOR LISTING**:
COTTONTAIL CREEK RANCH
1885 COTTONTAIL CREEK RD.
CAYUCOS, CA 93430-1569

**CREDITOR LISTING/CLAIM FILED**:
DSCS TRUCKING LLC
ATTN: DANIEL SOTO
480 BRITTANY DR.
CORONA, CA 92879-6143

**CREDITOR LISTING/30 LARGEST UNSECURED**:
DORSEY FAMILY GROVES, LLC
961 JAMES RD.
VILLA PARK, CA 92861

**CREDITOR LISTING/30 LARGEST UNSECURED**:
EL ESPINAL FLC
56801 HARRISON STREET
THERMAL, CA 92274-9536

**CLAIM FILED**:
FREDERICK STRICKLAND
1815 SCOTT AVE
VENTURA, CA 93004

**CREDITOR LISTING**:
HORN TECHNOLOGIES & SERVICES
2020 S. GOLDEN STATE BLVD #103
FOWLER, CA 93625-9300

**CLAIM FILED/CREDITOR LISTING**:
INDUSTRIAL FIRE PROTECTION
316 W. AVENIDA GAVIOTA
SAN CLEMENTE, CA 92672-5444

**CREDITOR LISTING/30 LARGEST UNSECURED**:
JAMES WALKER FARMS
470 E. HERNDON AVE STE 206
FRESNO, CA 93720

**CLAIM FILED**:
COVEY FARMS
7311 SANTA BARBARA STREET
CARLSBAD, CA 92011

**CLAIM FILED/CREDITOR LISTING**:
DARREN BAKER
BAKER FAMILY FARM
P.O. BOX 22
BONSALL, CA 92003-0022

**CREDITOR LISTING/30 LARGEST UNSECURED**:
ECAPITAL COMMERCIAL FINANCE
OMNI RESOURCE SOLUTIONS LLC
2975 REGENT BLVD., #100
IRVING, TX 75063-3157

**CLAIM FILED**:
EULER HERMES
AGENT FOR ECAPITAL FACTORING HOLDING
100 INTERNATIONAL DR 22ND FL
BALTIMORE, MD 21201

**CREDITOR LISTING/30 LARGEST UNSECURED**:
FRUIT GROWERS SUPPLY COMPANY
P.O. BOX 847348
LOS ANGELES, CA 90084-7348

**CLAIM FILED/CREDITOR LISTING**:
HORN TECHNOLOGIES & SERVICES
C/O LAW OFFICES OF TODD F. HAINES
30495 CANWOOD ST, SUITE 100
AGOURA HILLS, CA 91301

**CLAIM FILED/CREDITOR LISTING**:
INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES - INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

**CLAIM FILED**:
JD FARMS
7311 SANTA BARBARA STREET
CARLSBAD, CA 92011

**CLAIM FILED/CREDITOR LISTING/30 LARGEST UNSECURED**:
CTRUST STAFFING LLC
729 W. LACEY BLVD., SUITE 6A
HANFORD, CA 93230-4340

**CREDITOR LISTING/30 LARGEST UNSECURED**:
DAVE ROBERTS
39237 ROAD 172
VISALIA, CA 93292-9196

**CLAIM FILED/PROOF OF CLAIM ADDRESS**:
ECAPITAL COMMERCIAL FINANCE CORP
315 E ROBINSON ST STE 200
ORLANDO, FL 32801

**CREDITOR LISTING/30 LARGEST UNSECURED**:
FOOTHILL ORGANICS
1203 S. SESPE ST.
FILLMORE, CA 93015-9767

**CLAIM FILED/CREDITOR LISTING**:
FRUIT GROWERS SUPPLY COMPANY
C/O BODNER LAW PLLC
55 CHERRY LANE, SUITE 101
CARLE PLACE, NY 11514

**CLAIM FILED/CREDITOR LISTING**:
INCOMPLIANCE ENVIRONMENTAL SERVICES
38740 NEWBERRY ST
BEAUMONT, CA 92223-3657

**CLAIM FILED/CREDITOR LISTING**:
JR'S ENVIRONMENTAL SERVICE
114 ARCTURUS
THOUSAND OAKS, CA 91360-3006

**CLAIM FILED**:
JD AND MR PARDEE, LLC
7311 SANTA BARBARA STREET
CARLSBAD, CA 92011

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**CLAIM FILED**:
JDP AND MRP MACIEL, LLC
7311 SANTA BARBARA STREET
CARLSBAD, CA  92011

**CREDITOR LISTING/30 LARGEST UNSECURED**:
JOHN DEMSHKI
2161 SKYE DRIVE
RIVERSIDE, CA 92506-5554

**CREDITOR LISTING/30 LARGEST UNSECURED**:
JOHN GLESS, TRUSTEE
C/O LAW OFFICE OF JASON C. GLESS
18541 VAN BUREN BLVD.
RIVERSIDE, CA 92508-9261

**CREDITOR LISTING/CLAIM FILED**:
KOOL LOGISTICS, LLC
P.O. BOX 22524
NEW YORK, NY 10087-2524

**PROOF OF CLAIM ADDRESS**:
KOOL LOGISTICS, LLC
553 BECKETT RD STE 601
SWEDESBORO, NJ  08085

**CLAIM FILED/CREDITOR LISTING**:
MVP FARMS LP
590 W. MAIN ST. #103
SANTA PAULA, CA 93060-3209

**CLAIM FILED/30 LARGEST UNSECURED**:
MAXCO SUPPLY INC.
605 S. ZEDIKER AVE
PARLIER, CA 93648-2033

**CREDITOR LISTING/CLAIM FILED**:
MOTION INDUSTRIES, INC.
FILE 57463
LOS ANGELES, CA 90074-7463

**PROOF OF CLAIM ADDRESS**:
MOTION INDUSTRIES
1605 ALTON RD
BIRMINGHAM, AL  35210

**CREDITOR LISTING/30 LARGEST UNSECURED**:
OPAL FRY AND SON
10103 A. HIGHWAY 166
BAKERSFIELD, CA 93313-7804

**CREDITOR LISTING/30 LARGEST UNSECURED**:
PCA
CENTRAL CALIFORNIA CORRUGATED
P.O. BOX 51677
LOS ANGELES, CA 90051-5977

**CREDITOR LISTING**:
PG&E
P.O. BOX 997300
SACRAMENTO, CA 95899-7300

**CLAIM FILED/PROOF OF CLAIM ADDRESS**:
PG&E
C/O BANKRUPTCY
PO BOX 8329
STOCKTON, CA  95208

**CLAIM FILED**:
PACKAGING CORPORATION OF AMERICA
ATTN:  VINCE CARRERA
1 NORTH FIELD COURT
LAKE FOREST, IL  60045

**CLAIM FILED/CREDITOR LISTING**:
PACKERS AG SUPPLY LLC
P.O. BOX 1091
GRANTS PASS, OR 97528-0192

**CLAIM FILED/CREDITOR LISTING**:
PAPE MATERIAL HANDLING
P.O. BOX 35144
#5077
SEATTLE, WA 98124-5144

**CREDITOR LISTING/30 LARGEST UNSECURED**:
PAUMA RANCHES, INC.
C/O PERRICONE PROPERTIES
P.O. BOX 21845
LOS ANGELES, CA 90021-0845

**CLAIM FILED/CREDITOR LISTING**:
PRIMUS LABS.COM/PRIMUS GROUP INC.
2810 INDUSTRIAL PKWY
SANTA MARIA, CA 93455-1812

**CLAIM FILED/CREDITOR LISTING**:
PROACT LLC
40 RAGSDALE DRIVE, SUITE 200
MONTEREY, CA 93940-5774

**CREDITOR LISTING/30 LARGEST UNSECURED**:
R-7 ENTERPRISES
39237 ROAD 172
VISALIA, CA 93292-9196

**CLAIM FILED/CREDITOR LISTING**:
R.E. BADGER & SON, INC.
RE: RANCHO SANTA FE ASSN
P.O. BOX 830
RANCHO SANTA FE, CA 92067-0830

**CREDITOR LISTING/30 LARGEST UNSECURED**:
RANCH GUEJITO CORP.
17224 SAN PASQUAL VALLEY ROAD
ESCONDIDO, CA 92027-7007

**CLAIM FILED/CREDITOR LISTING**:
RIVERSIDE COUNTY TREASURER-TAX COLLECTOR
4080 LEMON STREET 4TH FL
RIVERSIDE, CA 92501-3609

**CLAIM FILED/PROOF OF CLAIM ADDRESS**:
RIVERSIDE PUBLIC UTILITIES
39014 ORANGE ST
RIVERSIDE, CA  92501

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**CLAIM FILED/CREDITOR LISTING**:
S & S GROVE MANAGEMENT
SERVICES, INC.
306 W. EL NORTE PKWY, STE N-426
ESCONDIDO, CA 92026-1960

**CREDITOR LISTING/30 LARGEST UNSECURED**:
SOBOBA BAND OF LUISENO
INDIANS
ATTN: KEN ALFARO
P.O. BOX 487
SAN JACINTO, CA 92581-0487

**CREDITOR LISTING/30 LARGEST UNSECURED**:
SUNSHINE CITRUS C77
18451 VAN BUREN BLVD.
RIVERSIDE, CA 92508-9150

**CLAIM FILED/CREDITOR LISTING**:
TCC ELECTRIC LLC DBA W & E
ELECTRIC
12686 AVENUE 416
OROSI, CA 93647-2054

**CREDITOR LISTING/CLAIM FILED**:
THE GROVE ACCOUNT
ATTN: RICK STRAUB
4044 LADERA VISTA ROAD
FALLBROOK, CA 92028-9432

**CREDITOR LISTING/30 LARGEST UNSECURED**:
THERMAL MANGOS LLC
2995 WOODSIDE ROAD #400
REDWOOD CITY, CA 94062-2448

**CREDITOR LISTING**:
ULINE SHIPPING SUPPLIES
P.O. BOX 88741
CHICAGO, IL 60680-1741

**CLAIM FILED/CREDITOR LISTING**:
ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE, WI 53158

**CLAIM FILED/CREDITOR LISTING**:
VILLA PARK TRUCKING INC. AKA
VPT INC.
355 E. RINCON ST., STE. 301
CORONA, CA 92879-1372

**CREDITOR LISTING/30 LARGEST UNSECURED**:
VEG-FRESH FARMS
1400 W. RINCON ST
CORONA, CA 92878-9205

**PROOF OF CLAIM ADDRESS**:
VICTOR ROMO
(RANCHO MONTE VISTA)
39501 ROAD 104
DINUBA, CA  93618

**CREDITOR LISTING/30 LARGEST UNSECURED**:
VICTORS GROVE SERVICE INC.
31560 VIA DEL PASO
WINCHESTER, CA 92596-8463

**CLAIM FILED/CREDITOR LISTING**:
WEST LILAC FARMS #2 LLC/WEST
LILAC FARMS, LLC
C/O JAMES D. PARDEE
7311 SANTA BARBARA ST.
CARLSBAD, CA 92011-4638

**CREDITOR LISTING/30 LARGEST UNSECURED**:
WITMAN RANCH, INC.
P.O. BOX 1959
ESCONDIDO, CA 92033-1959

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**