Lynda T. Bui – Bar No. 201002
Rika M. Kido – Bar No. 273780
SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
E-mail:    LBui@shulmanbastian.com;
    RKido@shulmanbastian.com

Attorneys for Charles W. Daff,
Chapter 7 Trustee

**FILED & ENTERED**

**NOV 24 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** moser    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>CORONA – COLLEGE HEIGHTS ORANGE AND LEMON ASSOCIATION,<br><br>Debtor. | Case No. 6:25-bk-14552-RB<br><br>Chapter 7<br><br>**ORDER GRANTING APPLICATION AND AUTHORIZING THE TRUSTEE TO EMPLOY TRUESCOPE AS FORENSIC ACCOUNTANT**<br><br>[No Hearing Requested] |

The Court, having read and considered the *Chapter 7 Trustee's Application for Order Authorizing Employment of TrueScope Consulting as Forensic Accountant; Declaration of Adam Shaarawy in Support* filed on November 4, 2025 as docket number 48 ("Application") by Charles W. Daff ("Trustee"), the chapter 7 trustee for the bankruptcy estate ("Estate") of Corona – College Heights Orange and Lemon Association ("Debtor") and it appearing from the *Declaration That No Party Requested a Hearing on Motion* filed concurrently herewith that proper notice of the Application has been given, no objections have been filed, and good cause having been shown, it is hereby

**ORDERED** that:

1.    The Application is granted in its entirety.

2.    TrueScope Consulting ("Firm") is a "disinterested person" as defined by 11 U.S.C. § 101(14), and the Firm holds no interest adverse to the Debtor or the Estate.

1

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Order#1488569#43f4841b-9bbb-4fff-878c-7db2368c3982

7171-000\EXP. 62

3. The Trustee is authorized pursuant to 11 U.S.C. §§ 327 and 330 and Federal Rule of Bankruptcy Procedure 2014(a), to employ the Firm as his forensic accountant to render services in this case, effective as of October 28, 2025, with compensation in such amount as the Court may hereafter allow in accordance with the law on the terms set forth in the Application.

4. Compensation to be received hereafter by the Firm is subject to approval by the court upon appropriate application and hearing in accordance with 11 U.S.C. §§ 330 and 331.

### # # #

Date: November 24, 2025

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

Order#1488569#43f4841b-9bbb-4fff-878c-7db2368c3982
7171-000\EXP. 62