Charles Daff, (Bar No. 76178)
100 Spectrum Center Dr., Suite 600
Irvine, CA 92618
Tel: (657) 218-4800
Fax: (657)218-4858
charleswdaff@gmail.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>Corona - College Heights Orange And<br><br>Debtor | Case No. 6:25-bk-14552-RB<br><br>Chapter 7<br><br>**TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY, LLP AS ACCOUNTANTS; DECLARATION OF ACCOUNTANT**<br><br>[No Hearing Required] |

**TO THE HONORABLE MAGDALENA REYES BORDEAUX, UNITED STATES BANKRUPTCY JUDGE:**

Charles W. Daff (hereinafter the "Trustee" or "Applicant") applies to the court for an order authorizing the employment of Hahn Fife & Company, LLP (hereinafter "Hahn Fife"), as his accountants (hereinafter "Application") and respectfully represents as follows:

1. Applicant is the duly qualified and acting Chapter 7 Trustee in the above-captioned case.

2. Applicant proposes to employ Donald T Fife of Hahn Fife & Company, LLP ("Hahn Fife"), located at 1055 E. Colorado Blvd., 5th Floor, Pasadena, CA 91106, telephone (626)792-0855, to provide accounting services to the bankruptcy estate that include potential preference analysis, preparing and filing the necessary state and federal estate tax returns, review of financial documents, any other reasonable duties assigned by the Trustee.

3. As indicated by the attached Declaration of Donald T. Fife, Hahn Fife is experienced in bankruptcy accounting matters, including those involving trustees, bankruptcy estates, and tax matters included in bankruptcy estates. The firm is competent to perform the requisite accounting services in this case. The firm's breadth of experience and length of service is described in the resumes copies of which are attached as Exhibit A.

4. As indicated by the attached Declaration of Donald T. Fife, Hahn Fife is familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, and will comply with the Code and the Rules. Hahn Fife has agreed to perform accounting services and to thereafter make application to this Court for compensation. Hahn Fife has further agreed and will accept as their fee such amount as is determined by the Court to be reasonable and proper.

5. Applicant proposes to employ Hahn Fife upon the following basis: Except as the Court may otherwise determine, after due notice, Hahn Fife will petition the Court under 11 U.S.C. Section 330 for an allowance of fees and reimbursable costs

2

not more often than every 120 days.  The petition will be heard upon notice to necessary parties.  Hahn Fife will accept compensation and reimbursements of expenses in such amounts that the Court may award.  There will be no written employment agreement apart from this Application.  The only source of payment or compensation will be the estate.  No retainer has been paid or is being proposed to Hahn Fife.

6. To the best of Applicant's information and belief, Hahn Fife: (1) does not hold or represent any interest adverse to Applicant, the Debtors, the creditors, and the estate; (2) has no connection with the Debtors, the creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, any person employed in the office of the United States Trustee, or any bankruptcy judge in the United States Bankruptcy Court for the Central District of California; (3) is a disinterested person as that term is defined in 11 U.S.C. Section 101(14); and (4) holds no pre-petition claim against the estate.

**WHEREFORE**, Applicant respectfully requests an order: (1) authorizing him to employ Hahn Fife as accountants, effective December 8, 2025, as an administrative expense of the estates upon the terms and conditions in this application; (2) granting for such other and further relief as is just and proper.

DATED: December 8, 2025

/s/ Charles W. Daff
Charles W. Daff
Chapter 7 Trustee

3

## DECLARATION OF DONALD T. FIFE

I, Donald T. Fife, declare as follows:

1. I am a duly licensed certified public accountant in the State of California and a Partner in the firm of Hahn Fife & Company, LLP.

2. I have personal knowledge of the facts in this Declaration and, if called as a witness, could competently testify to these facts.

3. The firm is experienced in bankruptcy matters, including those involving trustees, bankruptcy estates, and issues relating to the tax effects from sale of estate assets. I am competent to perform the requisite accounting services in this case. The firm's breadth of experience and length of service is described in the resume a copy of which is attached as <u>Exhibit A</u>.

4. I am familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, and will comply with the Code and Rules.

5. I agree to the terms and conditions of employment in the foregoing application. I am willing to accept compensation and reimbursement of expenses in such amounts that the Court may award. I understand that my compensation may be modified under U.S.C. Section 330, if so warranted. No retainer has been paid or is being proposed to the firm.

6. The firm does not hold or represent any interest adverse to Applicant, the Debtors, the creditors, and the estate. The firm has no connection with the Debtors, the creditors, any other party in interest, their respective attorneys and accountants, United States Trustee, and person employed in the office of the United States Trustee, or any bankruptcy judge in the United States Bankruptcy Court for the Central District of California. The firm is a disinterested party as that term is defined in 11 U.S.C. Section 101(14). The firm holds no pre-petition claim against the estate.

7. I agree that I will not share my compensation with any person or

entity.

8.   Attached as Exhibit B is a schedule of the firm's rate of reimbursement of expenses. The firm's rates range from $80.00 for Staff to $540.00 for Partner.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Pasadena, California on 12/5/2025

Donald T. Fife
Hahn Fife & Company, LLP

5

**EXHIBIT A**

## **Firm Statement of Qualifications**

The Firm was formed in September of 2003 and provides accounting and consulting services relating primarily to bankruptcy, litigation, turnaround, fraud and receivership matters. The Firm's professionals have extensive experience and training in these specialized fields of accounting practice and have served a broad range of clients in Southern California for many years. Following are brief summaries of the qualifications of firm's current professional staff. It is expected that the Firm will add professional staff as required to serve client needs.

### *Donald T. Fife, CPA*

Mr. Fife currently practices exclusively in bankruptcy, turnaround and litigation consulting, providing services such as financial analysis, forensic accounting, tax services and expert witness testimony. He serves clients such as bankruptcy trustees, creditors, debtors, creditor's committees and parties to civil litigation.

Mr. Fife has over 30 years of business and financial experience in accounting, bankruptcy, turnaround, taxation and fraud investigation. He formerly practiced as an accountant and consultant with Price Waterhouse, FTI Policano & Manzo, PHB Hagler Bailly, Inc., Biggs & Company and Spicer & Oppenheim. Over the last 25 years, his career has been concentrated in the areas of bankruptcy, turnaround, and litigation support.

Mr. Fife is a Certified Public Accountant licensed in California. He is also a member of the American Institute of Certified Public Accountants, the California Society of CPA's, the National Association of Bankruptcy Trustees, the American Bankruptcy Institute, and the California Bankruptcy Forum. He received his bachelor's degree in Business Administration/Accounting from California State University at Los Angeles.

Hourly Rate: $ 540.00

**EXHIBIT B**

## RATES FOR REIMBURSEMENT OF INCURRED EXPENSES
## HAHN FIFE & COMPANY, LLP

| | |
|---|---|
| PHOTOCOPYING | $0.10 PER PAGE |
| TELECOPIER - INCOMING | $0.15 PER PAGE |
| OUTGOING | $1.00 PER PAGE |
| MILEAGE | $0.27 PER MILE |
| TELEPHONE | ACTUAL COST |
| POSTAGE | ACTUAL COST |
| MESSENGER | ACTUAL COST |
| OVERNIGHT MAIL | ACTUAL COST |
| ON-LINE COMPUTER RESEARCH | ACTUAL COST |
| FILING FEES | ACTUAL COST |
| DEPOSITION OR WITNESS FEES | ACTUAL COST |
| PARKING | ACTUAL COST |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 Spectrum Center Dr., Suite 600, Irvine, CA 92618

A true and correct copy of the foregoing document entitled: __Notice of Motion for Order without Hearing Pursuant to LBR 9013-1(o) ; Trustee's Application to Employ Hahn Fife & Company LLP as Accounts with Proof of Service__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **12/08/2025** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail
John A Boyd    fednotice@tclaw.net
Lynda T Bui    lbui@shulmanbastian.com, ecf.filings@shbllp.com
Charles W Daff (TR)    charleswdaff@gmail.com, c122@ecfcbis.com
Caroline Djang    cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
Vanessa M Haberbush    vhaberbush@lbinsolvency.com,
dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com,lbogard@lbinsolvency.com
Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
Barbara Spiegel    barbara.spiegel@doj.ca.gov
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
David Wood    dwood@marshackhays.com,
dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* **12/08/2025** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Magdalena Reyes Bordeaux, US Bankruptcy Court, 3420 Twelfth St., Riverside, CA 92501
Corona - College Heights Orange and Lemon Association, 8000 Lincoln Avenue, Riverside, CA 92504

X Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/08/2025 | **Charles W Daff** | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 3    F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

## U.S. MAIL SERVICE LIST

**DEBTOR:**
CORONA - COLLEGE HEIGHTS
ORANGE AND LEMON ASSOCIATION
8000 LINCOLN AVENUE
RIVERSIDE, CA 92504-4343

**NEF - ATTORNEY FOR DEBTOR:**
DAVID WOOD
MARSHACK HAYS WOOD LLP
870 ROOSEVELT
IRVINE, CA 92620-3663

**NEF - INTERESTED PARTY:**
UNITED STATES TRUSTEE (RS)
3801 UNIVERSITY AVENUE, SUITE 720
RIVERSIDE, CA 92501-3255

**NEF - CHAPTER 7 TRUSTEE:**
CHARLES W DAFF (TR)
100 SPECTRUM CENTER DRIVE
SUITE 600
IRVINE, CA 92618-4969

**CLAIM FILED/CREDITOR LISTING:**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**CREDITOR LISTING/30 LARGEST UNSECURED:**
A&W RANCH
P.O. BOX 1959
ESCONDIDO, CA 92033-1959

**CREDITOR LISTING/30 LARGEST UNSECURED:**
ACADEMY RANCH
P.O. BOX 1959
ESCONDIDO, CA 92033-1959

**CREDITOR LISTING/CLAIM FILED:**
ALADDIN LANDS LLC
15641 COMPUTER LANE
HUNTINGTON BEACH, CA 92649-1607

**CREDITOR LISTING/CLAIM FILED:**
ANN-MARIE SRIVASTAVA
7895 S. FAIRFAX COURT
LITTLETON, CO 80122-3899

**CREDITOR LISTING/CLAIM FILED:**
ANTHONY VINEYARDS, INC.
P.O. BOX 9578
BAKERSFIELD, CA 93389-9578

**CREDITOR LISTING/30 LARGEST UNSECURED:**
BALCOM RANCH
ATTN: MARK BROWN
3363 BLACK AVE
SIMI VALLEY, CA 93063-1034

**CLAIM FILED/CREDITOR LISTING:**
BOB OR LISA HAMMOND
1002 CHAMBERSBURG RD.
FILLMORE, CA 93015-9714

**CLAIM FILED/CREDITOR LISTING:**
CA/AZ LEMON GROWERS ASSOC
P.O. BOX 6696
VISALIA, CA 93290-6696

**CREDITOR LISTING/30 LARGEST UNSECURED:**
CDFA CASHIER 90011
P.O. BOX 942872
SACRAMENTO, CA 94271-2872

**CLAIM FILED/CREDITOR LISTING:**
CDFA SHIPPING POINT INSPECTION (SPI)-411
1220 N. STREET, ROOM 140
SACRAMENTO, CA 95814

**CREDITOR LISTING/30 LARGEST UNSECURED:**
CALIFORNIA CITRUS MUTUAL
512 N. KAWEAH AVE.
EXETER, CA 93221-1200

**CREDITOR LISTING/30 LARGEST UNSECURED:**
CALIENTE RANCH
C/O JOHN GLESS
18541 VAN BUREN BLVD.
RIVERSIDE, CA 92508-9261

**CREDITOR LISTING/CLAIM FILED:**
CALIFORNIA CITRUS HARVESTING, INC.
20780 STONY BROOK CIR
RIVERSIDE, CA 92508-3151

**CLAIM FILED/30 LARGEST UNSECURED:**
CITRUS RESEARCH BOARD
P.O. BOX 230
FRESNO, CA 93708

**CREDITOR LISTING:**
CITY OF RIVERSIDE
8095 LINCOLN AVE.
RIVERSIDE, CA 92504-4311

**CREDITOR LISTING:**
CITY OF RIVERSIDE
CITY HALL - PLAZA LEVEL
3900 MAIN STREET
RIVERSIDE, CA 92522-0144

**CLAIM FILED/CREDITOR LISTING/SCHEDULE D:**
CO-BANK
6340 S. FIDDLERS GREEN CIRCLE
ENGLEWOOD, CO 80111-4951

**CREDITOR LISTING/SCHEDULE D:**
COBANK
P.O. BOX 209422
DALLAS, TX 75320-9422

**CREDITOR LISTING/30 LARGEST UNSECURED:**
COCOPAH NURSERY, INC.
81-880 ARUS AVE.
INDIO, CA 92201-7732

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          F 9013-3.1.PROOF.SERVICE

**CLAIM FILED/CREDITOR LISTING:**
COTTONTAIL CREEK RANCH
1885 COTTONTAIL CREEK RD.
CAYUCOS, CA 93430-1569

**CLAIM FILED:**
COVEY FARMS
7311 SANTA BARBARA STREET
CARLSBAD, CA 92011

**CLAIM FILED/CREDITOR LISTING/30 LARGEST UNSECURED:**
CTRUST STAFFING LLC
729 W. LACEY BLVD., SUITE 6A
HANFORD, CA 93230-4340

**CREDITOR LISTING/CLAIM FILED:**
DSCS TRUCKING LLC
ATTN: DANIEL SOTO
480 BRITTANY DR.
CORONA, CA 92879-6143

**CLAIM FILED/CREDITOR LISTING:**
DARREN BAKER
BAKER FAMILY FARM
P.O. BOX 22
BONSALL, CA 92003-0022

**CREDITOR LISTING/30 LARGEST UNSECURED:**
DAVE ROBERTS
39237 ROAD 172
VISALIA, CA 93292-9186

**CREDITOR LISTING/30 LARGEST UNSECURED:**
DORSEY FAMILY GROVES, LLC
981 JAMES RD.
VILLA PARK, CA 92861

**CREDITOR LISTING/30 LARGEST UNSECURED:**
ECAPITAL COMMERCIAL FINANCE
OMNI RESOURCE SOLUTIONS LLC
2975 REGENT BLVD., #100
IRVING, TX 75063-3157

**CLAIM FILED/PROOF OF CLAIM ADDRESS:**
ECAPITAL COMMERCIAL FINANCE CORP
315 E ROBINSON ST STE 200
ORLANDO, FL 32801

**CREDITOR LISTING/30 LARGEST UNSECURED:**
EL ESPINAL FLC
56801 HARRISON STREET
THERMAL, CA 92274-9536

**CLAIM FILED:**
EULER HERMES
AGENT FOR ECAPITAL FACTORING HOLDING
100 INTERNATIONAL DR 22ND FL
BALTIMORE, MD 21201

**CREDITOR LISTING/30 LARGEST UNSECURED:**
FOOTHILL ORGANICS
1203 S. SESPE ST.
FILLMORE, CA 93015-9767

**CLAIM FILED:**
FREDERICK STRICKLAND
1815 SCOTT AVE
VENTURA, CA 93004

**CREDITOR LISTING/30 LARGEST UNSECURED:**
FRUIT GROWERS SUPPLY COMPANY
P.O. BOX 847348
LOS ANGELES, CA 90084-7348

**CLAIM FILED/CREDITOR LISTING:**
FRUIT GROWERS SUPPLY COMPANY
C/O BODNER LAW PLLC
55 CHERRY LANE, SUITE 101
CARLE PLACE, NY 11514

**CREDITOR LISTING:**
HORN TECHNOLOGIES & SERVICES
2020 S. GOLDEN STATE BLVD #103
FOWLER, CA 93625-9300

**CLAIM FILED/CREDITOR LISTING:**
HORN TECHNOLOGIES & SERVICES
C/O LAW OFFICES OF TODD F. HAINES
30495 CANWOOD ST, SUITE 100
AGOURA HILLS, CA 91301

**CLAIM FILED/CREDITOR LISTING:**
INCOMPLIANCE ENVIRONMENTAL SERVICES
38740 NEWBERRY ST
BEAUMONT, CA 92223-3657

**CLAIM FILED/CREDITOR LISTING:**
INDUSTRIAL FIRE PROTECTION
316 W. AVENIDA GAVIOTA
SAN CLEMENTE, CA 92672-5444

**CLAIM FILED/CREDITOR LISTING:**
INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES - INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

**CLAIM FILED/CREDITOR LISTING:**
JR'S ENVIRONMENTAL SERVICE
114 ARCTURUS
THOUSAND OAKS, CA 91360-3006

**CREDITOR LISTING/30 LARGEST UNSECURED:**
JAMES WALKER FARMS
470 E. HERNDON AVE STE 206
FRESNO, CA 93720

**CLAIM FILED:**
JD FARMS
7311 SANTA BARBARA STREET
CARLSBAD, CA 92011

**CLAIM FILED:**
JD AND MR PARDEE, LLC
7311 SANTA BARBARA STREET
CARLSBAD, CA 92011

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **CLAIM FILED:**<br>JDP AND MRP MACIEL, LLC<br>7311 SANTA BARBARA STREET<br>CARLSBAD, CA 92011 | **CREDITOR LISTING/30 LARGEST UNSECURED:**<br>JOHN DEMSHKI<br>2161 SKYE DRIVE<br>RIVERSIDE, CA 92506-5554 | **CREDITOR LISTING/30 LARGEST UNSECURED:**<br>JOHN GLESS, TRUSTEE<br>C/O LAW OFFICE OF JASON C. GLESS<br>18541 VAN BUREN BLVD.<br>RIVERSIDE, CA 92508-9261 |
| **CREDITOR LISTING/CLAIM FILED:**<br>KOOL LOGISTICS, LLC<br>P.O. BOX 22524<br>NEW YORK, NY 10087-2524 | **PROOF OF CLAIM ADDRESS:**<br>KOOL LOGISTICS, LLC<br>553 BECKETT RD STE 601<br>SWEDESBORO, NJ 08085 | **CLAIM FILED/CREDITOR LISTING:**<br>MVP FARMS LP<br>590 W. MAIN ST. #103<br>SANTA PAULA, CA 93060-3209 |
| **CLAIM FILED/30 LARGEST UNSECURED:**<br>MAXCO SUPPLY INC.<br>605 S. ZEDIKER AVE<br>PARLIER, CA 93648-2033 | **CREDITOR LISTING/CLAIM FILED:**<br>MOTION INDUSTRIES, INC.<br>FILE 57463<br>LOS ANGELES, CA 90074-7463 | **PROOF OF CLAIM ADDRESS:**<br>MOTION INDUSTRIES<br>1605 ALTON RD<br>BIRMINGHAM, AL 35210 |
| **CREDITOR LISTING/30 LARGEST UNSECURED:**<br>OPAL FRY AND SON<br>10103 A. HIGHWAY 166<br>BAKERSFIELD, CA 93313-7804 | **CREDITOR LISTING/30 LARGEST UNSECURED:**<br>PCA<br>CENTRAL CALIFORNIA CORRUGATED<br>P.O. BOX 51677<br>LOS ANGELES, CA 90051-5977 | **CREDITOR LISTING:**<br>PG&E<br>P.O. BOX 997300<br>SACRAMENTO, CA 95899-7300 |
| **CLAIM FILED/PROOF OF CLAIM ADDRESS:**<br>PG&E<br>C/O BANKRUPTCY<br>PO BOX 8329<br>STOCKTON, CA 95208 | **CLAIM FILED:**<br>PACKAGING CORPORATION OF AMERICA<br>ATTN: VINCE CARRERA<br>1 NORTH FIELD COURT<br>LAKE FOREST, IL 60045 | **CLAIM FILED/CREDITOR LISTING:**<br>PACKERS AG SUPPLY LLC<br>P.O. BOX 1091<br>GRANTS PASS, OR 97528-0192 |
| **CLAIM FILED/CREDITOR LISTING:**<br>PAPE MATERIAL HANDLING<br>P.O. BOX 35144<br>#5077<br>SEATTLE, WA 98124-5144 | **CREDITOR LISTING/30 LARGEST UNSECURED:**<br>PAUMA RANCHES, INC.<br>C/O PERRICONE PROPERTIES<br>P.O. BOX 21845<br>LOS ANGELES, CA 90021-0845 | **CLAIM FILED/CREDITOR LISTING:**<br>PRIMUS LABS.COM/PRIMUS GROUP INC.<br>2810 INDUSTRIAL PKWY<br>SANTA MARIA, CA 93455-1812 |
| **CLAIM FILED/CREDITOR LISTING:**<br>PROACT LLC<br>40 RAGSDALE DRIVE, SUITE 200<br>MONTEREY, CA 93940-5774 | **CREDITOR LISTING/30 LARGEST UNSECURED:**<br>R-7 ENTERPRISES<br>39237 ROAD 172<br>VISALIA, CA 93292-9196 | **CLAIM FILED/CREDITOR LISTING:**<br>R.E. BADGER & SON, INC.<br>RE: RANCHO SANTA FE ASSN<br>P.O. BOX 830<br>RANCHO SANTA FE, CA 92067-0830 |
| **CREDITOR LISTING/30 LARGEST UNSECURED:**<br>RANCH GUEJITO CORP.<br>17224 SAN PASQUAL VALLEY ROAD<br>ESCONDIDO, CA 92027-7007 | **CLAIM FILED/CREDITOR LISTING:**<br>RIVERSIDE COUNTY TREASURER-TAX COLLECTOR<br>4080 LEMON STREET 4TH FL<br>RIVERSIDE, CA 92501-3609 | **CLAIM FILED/PROOF OF CLAIM ADDRESS:**<br>RIVERSIDE PUBLIC UTILITIES<br>3900 ORANGE ST<br>RIVERSIDE, CA 92501 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       F 9013-3.1.PROOF.SERVICE

**CLAIM FILED/CREDITOR LISTING:**
S & S GROVE MANAGEMENT
SERVICES, INC.
306 W. EL NORTE PKWY, STE N-426
ESCONDIDO, CA 92026-1960

**CREDITOR LISTING/30 LARGEST UNSECURED:**
SOBOBA BAND OF LUISENO INDIANS
ATTN: KEN ALFARO
P.O. BOX 487
SAN JACINTO, CA 92581-0487

**CREDITOR LISTING/30 LARGEST UNSECURED:**
SUNSHINE CITRUS C77
18451 VAN BUREN BLVD.
RIVERSIDE, CA 92508-9150

**CLAIM FILED/CREDITOR LISTING:**
TCC ELECTRIC LLC DBA W & E ELECTRIC
12686 AVENUE 416
OROSI, CA 93647-2054

**CREDITOR LISTING/CLAIM FILED:**
THE GROVE ACCOUNT
ATTN: RICK STRAUB
4044 LADERA VISTA ROAD
FALLBROOK, CA 92028-9432

**CREDITOR LISTING/30 LARGEST UNSECURED:**
THERMAL MANGOS LLC
2995 WOODSIDE ROAD #400
REDWOOD CITY, CA 94062-2448

**CREDITOR LISTING:**
ULINE SHIPPING SUPPLIES
P.O. BOX 88741
CHICAGO, IL 60680-1741

**CLAIM FILED/CREDITOR LISTING:**
ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE, WI 53158

**CLAIM FILED/CREDITOR LISTING:**
VILLA PARK TRUCKING INC. AKA VPT INC.
355 E. RINCON ST., STE. 301
CORONA, CA 92879-1372

**CREDITOR LISTING/30 LARGEST UNSECURED:**
VEG-FRESH FARMS
1400 W. RINCON ST
CORONA, CA 92878-9205

**PROOF OF CLAIM ADDRESS:**
VICTOR ROMO
(RANCHO MONTE VISTA)
39501 ROAD 104
DINUBA, CA 93618

**CREDITOR LISTING/30 LARGEST UNSECURED:**
VICTORS GROVE SERVICE INC.
31560 VIA DEL PASO
WINCHESTER, CA 92596-8463

**CLAIM FILED/CREDITOR LISTING:**
WEST LILAC FARMS #2 LLC/WEST LILAC FARMS, LLC
C/O JAMES D. PARDEE
7311 SANTA BARBARA ST.
CARLSBAD, CA 92011-4638

**CREDITOR LISTING/30 LARGEST UNSECURED:**
WITMAN RANCH, INC.
P.O. BOX 1959
ESCONDIDO, CA 92033-1959

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE